## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Diamondhead Casino Corporation, | C.A. No. 24-11354-JKS |
| Alleged Debtor. | **RE: D.I. 4** |

## <u>SUPPLEMENTAL CERTIFICATE OF SERVICE</u>

I, Jonathan M. Stemerman, hereby certify this 1st day of July 2024 as follows:

1.      On June 13, 2024, true and correct copies of the ***Summons*** and the ***Involuntary Petition Against a Non-Individual***, were served upon the Alleged Debtor via special process server (Parcels, Inc.) through the Delaware Secretary of State pursuant to 10 *Del. C.* §3111 and mailed by U.S. Mail, Certified Mail Return Receipt at the address listed below :

> Diamondhead Casino Corporation
> 1013 Princess Street
> Alexandria, VA  22314

*See* D.I. 4 (the "Certificate of Service").

2.      The undersigned supplements the Certificate of Service to certify that the certified mail return receipt was received by Alleged Debtor at the above-referenced address on June 17, 2024 (*see* Exhibit A).

/s/ Jonathan M. Stemerman
Jonathan M. Stemerman (No. 4510)
**ARMSTRONG TEASDALE LLP**
1007 N. Market Street, 3rd Floor
Wilmington, DE  19801
(302) 416-9670
Email: jstemerman@atllp.com

*Attorney for Petitioning Creditors*