## EXHIBIT A

# USPS Tracking®

**FAQs** ›

**Tracking Number:**

**Remove** ✕

## 70200090000178154457

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 2:34 pm on June 17, 2024 in ALEXANDRIA, VA 22314.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered
**Delivered, Left with Individual**
ALEXANDRIA, VA 22314
June 17, 2024, 2:34 pm

**Out for Delivery**
ALEXANDRIA, VA 22314
June 17, 2024, 6:10 am

**Arrived at Post Office**
ALEXANDRIA, VA 22314
June 17, 2024, 5:55 am

**Arrived at USPS Regional Destination Facility**
DULLES VA DISTRIBUTION CENTER
June 16, 2024, 2:12 pm

**In Transit to Next Facility**
June 15, 2024

**Arrived at USPS Regional Facility**

WILMINGTON DE DISTRIBUTION CENTER
June 13, 2024, 7:48 pm

● **Departed Post Office**
CAMDEN WYOMING, DE 19934
June 13, 2024, 5:05 pm

● **USPS in possession of item**
CAMDEN WYOMING, DE 19934
June 13, 2024, 11:44 am

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

---

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**By Certified Mail R.R.R.**
Diamondhead Casino Corporation
1013 Princess Street
Alexandria, VA 22314

9590 9402 5259 9154 9426 83

2. Article Number (Transfer from service label)

7020 0090 0001 7815 4457

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

USPS TRACKING #

9590 9402 5259 9154 9426 83



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Jonathan M. Stemerman, Esquire
ARMSTRONG TEASDALE LLP
1007 N. Market Street, 3rd Floor
Wilmington, DE 19801

19801-12980