IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : |
| DIAMONDHEAD CASINO CORPORATION, | :    C.A. No.24-11354-JKS |
| | : |
| Alleged Debtor. | : |

## STIPULATION AND ORDER OF EXTENSION

Whereas the Petitioning Creditors in the above matter filed their petition on June 12, 2024; and,

Whereas, Service was made upon the alleged debtor, Diamondhead Casino Corporation ("Diamondhead"), by service upon the Secretary of State of the State of Delaware and also via U.S. Mail to Diamondhead's offices at 1013 Princess Street, Alexandria, Virginia on June 13, 2024; and,

Whereas Diamondhead's response to the Petition is due on July 5, 2024; and,

Whereas, Counsel for Petitioning Creditors and Diamondhead have agreed to an extension of time for Diamondhead to respond to the Petition.

It is hereby stipulated and agreed by the parties in the above-captioned action, by and through their undersigned counsel, and subject to the approval of the Court, that:

Diamondhead shall file its response to the Petition in this action by no later than July 19, 2024.

Dated: July 3, 2024

**BIGGS AND BATTAGLIA**

By: /s/ Robert Goldberg
  Robert D. Goldberg (ID #631)
  921 North Orange Street
  Wilmington, DE 19801
  (302)655-9677-Phone
  (302)655-7924-Fax
  goldberg@batlaw.com

  *Attorneys for Alleged Debtor, Diamondhead Casino Corporation*

**ARMSTRONG TEASDALE LLP**

By: */s/*Jonathan M. Stemerman
  Jonathan M. Stemerman (No. 4510)
  1007 N. Market Street, 3rd Floor
  Wilmington, DE 19801
  (302) 416-9670
  Email: jstemerman@atllp.com

  *Attorneys for Petitioning Creditors*


So ordered this ___ day of July, 2024.

_____
United States Bankruptcy Court Judge