IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                                  :
                                                       :
DIAMONDHEAD CASINO CORPORATION, :          C.A. No.24-11354-JKS
                                                       :
Alleged Debtor.                                :

## STIPULATION AND ORDER OF EXTENSION

Whereas the Petitioning Creditors in the above matter filed their petition on June 12, 2024; and,

Whereas, Service was made upon the alleged debtor, Diamondhead Casino Corporation ("Diamondhead"), by service upon the Secretary of State of the State of Delaware and also via U.S. Mail to Diamondhead's offices at 1013 Princess Street, Alexandria, Virginia on June 13, 2024; and,

Whereas Diamondhead's response to the Petition is due on July 5, 2024; and,

Whereas, Counsel for Petitioning Creditors and Diamondhead have agreed to an extension of time for Diamondhead to respond to the Petition.

It is hereby stipulated and agreed by the parties in the above-captioned action, by and through their undersigned counsel, and subject to the approval of the Court, that:

Diamondhead shall file its response to the Petition in this action by no later than July 19, 2024.

Dated: July 3, 2024

**BIGGS AND BATTAGLIA**

By: /s/ Robert Goldberg
    Robert D. Goldberg (ID #631)
    921 North Orange Street
    Wilmington, DE 19801
    (302)655-9677-Phone
    (302)655-7924-Fax
    goldberg@batlaw.com

    *Attorneys for Alleged Debtor, Diamondhead Casino Corporation*

**ARMSTRONG TEASDALE LLP**

By: /s/Jonathan M. Stemerman
    Jonathan M. Stemerman (No. 4510)
    1007 N. Market Street, 3rd Floor
    Wilmington, DE 19801
    (302) 416-9670
    Email: jstemerman@atllp.com

    *Attorneys for Petitioning Creditors*

So ordered this 5th day of July, 2024.

_____
United States Bankruptcy Court Judge