UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

_____

| | | |
|---|---|---|
| In Re  DIAMONDHEAD CASINO | ) | |
| CORPORATION, | ) | Case No. 24-11354-JKS |
| | ) | |
| DEBTOR | ) | Chapter 7 |

_____

## CORPORATE OWNERSHIP STATEMENT
## OF  DEBTOR, DIAMONDHEAD CASINO CORPORATION

Diamondhead Casino Corporation ("Diamondhead"), pursuant to Rule 7007.1, makes the following Corporate Ownership Statement with respect to corporations that directly or indirectly own ten percent or more of any class of the Debtor corporation's equity interests.

| ISSUE | NAME |
|---|---|
| SERIES S VOTING, NON-CONVERTIBLE, REDEEMABLE PREFERRED STOCK | AUSTROINVEST INTERNATIONAL LIMITED |
| SERIES S-NR VOTING, NON-CONVERTIBLE, NON-REDEEMABLE PREFERRED STOCK | SERCO AMERICA CORPORATION |

BIGGS & BATTAGLIA

/s/ Robert D. Goldberg
Robert D. Goldberg (Delaware Bar ID #631)
921 N. Orange Street
Wilmington, DE  19899-1489
Telephone: (302) 655-9677
email: Goldberg@batlaw.com
ATTORNEY FOR DIAMONDHEAD
CASINO CORPORATION

Dated:  July18, 2024