UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

_____

| | |
|---|---|
| In Re: ) | |
| ) | |
| DIAMONDHEAD CASINO ) | |
| CORPORATION, ) | C. A. No. 24-11354-JKS |
| ) | |
| ALLEGED DEBTOR. ) | Chapter 7 |
| ) | |

_____

### NOTICE OF MOTION OF THE ALLEGED DEBTOR, DIAMONDHEAD CASINO CORPORATION, TO DISMISS THE INVOLUNTARY BANKRUPTCY PETITION OR, IN THE ALTERNATIVE, TO CONVERT THE CASE TO CHAPTER 11

**PLEASE TAKE NOTICE** that, on July 18, 2024 the alleged Debtor, Diamondhead Casino Corporation's Motion to Dismiss the Involuntary Bankruptcy Petition or, In the Alternative, to Convert the Case to Chapter 11 (the "Motion") was filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that, Objections, if any, to the Motion must be made, in writing, filed with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801 and served so as to be received by the undersigned counsel for the alleged Debtor on or before **September 3, 2024 at 4:00 p.m. (Prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** THAT, A HEARING WILL BE HELD ON **September 25, 2024 AT 1:00 P.M.** (PREVAILING EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF Delaware, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** That, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY

GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 7, 2024

        BIGGS & BATTAGLIA

        <u>/s/ Robert D. Goldberg</u>
        Robert D. Goldberg (Delaware Bar ID #631)
        921 N. Orange Street
        Wilmington, DE 19899-1489
        Telephone: (302) 655-9677
        email: Goldberg@batlaw.com
        ATTORNEY FOR DIAMONDHEAD CASINO CORPORATION