UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

_____

| | |
|---|---|
| In Re: | ) |
| | ) |
| DIAMONDHEAD CASINO | ) |
| CORPORATION, | )   C. A. No. 24-11354-JKS |
| | ) |
| ALLEGED DEBTOR. | )   Chapter 7 |
| | ) |

_____

**NOTICE OF AGENDA MATTERS**
**SCHEDULED FOR HEARING**

  **PLEASE TAKE NOTICE** that the hearing scheduled for September 25, 2024 at 1:00 p.m. has been moved to September 24, 2024 at 10:00 a.m. (at the Prevailing Eastern Time) and that the Court will hold a status conference at that time in the above matter. This proceeding will be conducted remotely **via Zoom**. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/content/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.

  **PLEASE TAKE FURTHER NOTICE** that Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

Dated: September 23, 2024      **BIGGS & BATTAGLIA**

                /s/ Robert D. Goldberg
                Robert D. Goldberg (Delaware Bar ID #631)
                921 N. Orange Street
                Wilmington, DE  19899-1489
                Telephone: (302) 655-9677
                email: Goldberg@batlaw.com
                ATTORNEY FOR DIAMONDHEAD
                CASINO CORPORATION