**24-11354-JKS Diamondhead Casino Corporation**
**9/24/24 @10:00 AM**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Rick Archer | | Law360 | 10:00 AM | Audio Only | no |
| Paul Berger | Paul Berger | N/a | 10:00 AM | Audio Only | no |
| Denisse Guevara | Armstrong Teasdale LLP | Petitioning Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Jane M. Leamy | Office of the U.S. Trustee | U.S. Trustee | 10:00 AM | Zoom(Video and Audio) | yes |
| Jonathan M. Stemerman | Armstrong Teasdale LLP | Petitioning Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Vince Sullivan | Law360 | | 10:00 AM | Audio Only | no |
| Deborah Ann Vitale | Diamondhead Casino Corporation | Diamondhead Casino Corporation | 10:00 AM | Zoom(Video and Audio) | yes |
| Jeffrey A. Wurst | Armstrong Teasdale LLP | | 10:00 AM | Zoom(Video and Audio) | yes |
| Jeffrey Wurst | Armstrong Teasdale | Petitioning Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Jeffrey A. Wurst | Ruskin Moscou Faltischek, P.C. | Petitioning Creditors | 10:00 AM | Zoom(Video and Audio) | yes |