UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

_____

| | |
|---|---|
| In Re: ) | |
| ) | |
| DIAMONDHEAD CASINO ) | |
| CORPORATION, ) | C. A. No. 24-11354-JKS |
| ) | |
| ALLEGED DEBTOR. ) | Chapter 7 |
| _____ ) | |

**NOTICE OF AGENDA MATTERS**
**SCHEDULED FOR HEARING**

**PLEASE TAKE NOTICE** that an evidentiary hearing for the Alleged Debtor's motion to dismiss has been rescheduled for December 4, 2024 at 10:00 a.m. (at the Prevailing Eastern Time) and that the Court will hold a hearing on the Debtor's motion to dismiss at that time in the above matter. This proceeding will be conducted in person. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/content/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.

**PLEASE TAKE FURTHER NOTICE** that Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

Dated:  October 22, 2024              **BIGGS & BATTAGLIA**

/s/ Robert D. Goldberg
Robert D. Goldberg (Delaware Bar ID #631)
921 N. Orange Street
Wilmington, DE  19899-1489
Telephone: (302) 655-9677
email: Goldberg@batlaw.com
ATTORNEY FOR DIAMONDHEAD
CASINO CORPORATION