**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| DIAMONDHEAD CASINO CORPORATION., | Case No. 24-11354 (JKS) |
| Alleged Debtor. | |

**NOTICE OF DEPOSITION OF  DEBORAH VITALE**

**TO:**　**Deborah Vitale**
　　　c/o Robert D. Goldberg
　　　Biggs & Battaglia
　　　921 N. Orange Street
　　　Wilmington, DE  19899-1489
　　　email: Goldberg@batlaw.com

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, made applicable to these proceedings by Federal Rule of Bankruptcy Procedure 7030, Edson Arneault, Kathleen and James Devlin, J. Steven Emerson, Emerson Partners, J. Steven Emerson as Successor to Steven Emerson Roth IRA, John Hawley as Servicing Agent for Argonaut 2000 Partners, L.P., Steven Rothstein, Barry and Irene Stark (collectively, the "Petitioning Creditors"), will take the oral deposition of  Deborah Vitale, on **November 19, 2024 at 2:00 p.m.  (Eastern)** through multi-platform video conferencing and/or other virtual remote means, and continue thereafter until completed. The deposition(s) will be taken before a Notary Public or other authorized official. The testimony will be recorded by stenographic, audiotaped, video, and/or real time computing means. The deposition(s) will be taken for the purposes of discovery, use at the hearing on the motions to dismiss the above-referenced bankruptcy case, and any other purposes permitted under the under Federal Rule of Civil Procedure Rule 30.

All parties in interest are invited to attend the deposition. Counsel for Petitioning Creditors will provide a link to the remote/virtual deposition to counsel for: (a) the Debtor;  (b) the Office of the United States Trustee; and (c) all other parties which request a link.

Dated: November 11, 2024          **ARMSTRONG TEASDALE LLP**

_/s/  Jonathan M. Stemerman_
Jonathan M. Stemerman (No. 4510)
Denisse Guevara (No. 7206)
1007 North Market Street, Third Floor
Wilmington, Delaware 19801
Telephone: (302) 416-9670
jstemerman@atllp.com
dguevara@atllp.com

_Counsel to Petitioning Creditors_