# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION.,<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 24-11354 (JKS) |

## NOTICE OF DEPOSITION OF GREGORY HARRISON

**TO:** **Gregory Harrison**
c/o Robert D. Goldberg
Biggs & Battaglia
921 N. Orange Street
Wilmington, DE  19899-1489
email: Goldberg@batlaw.com

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, made applicable to these proceedings by Federal Rule of Bankruptcy Procedure 7030, Edson Arneault, Kathleen and James Devlin, J. Steven Emerson, Emerson Partners, J. Steven Emerson as Successor to Steven Emerson Roth IRA, John Hawley as Servicing Agent for Argonaut 2000 Partners, L.P., Steven Rothstein, Barry and Irene Stark (collectively, the "Petitioning Creditors"), will take the oral deposition of Gregory Harrison, on **November 18, 2024 at 10:00 a.m.  (Eastern)** through multi-platform video conferencing and/or other virtual remote means, and continue thereafter until completed. The deposition(s) will be taken before a Notary Public or other authorized official. The testimony will be recorded by stenographic, audiotaped, video, and/or real time computing means. The deposition(s) will be taken for the purposes of discovery, use at the hearing on the motions to dismiss the above-referenced bankruptcy case, and any other purposes permitted under the under Federal Rule of Civil Procedure Rule 30.

All parties in interest are invited to attend the deposition. Counsel for Petitioning Creditors will provide a link to the remote/virtual deposition to counsel for: (a) the Debtor; (b) the Office of the United States Trustee; and (c) all other parties which request a link.

Dated: November 11, 2024                    **ARMSTRONG TEASDALE LLP**

                                                                  */s/ Jonathan M. Stemerman*
                                           Jonathan M. Stemerman (4510)
                                           Denisse Guevara (7206)
                                           1007 N. Market Street, 3rd Floor
                                           Wilmington, DE 19801
                                           Telephone: 302-416-9670
                                           jstemerman@atllp.com
                                           dguevara@atllp.com

                                           *Counsel to Petitioning Creditors*