**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: ) | | |
| ) | | |
| DIAMONDHEAD CASINO ) | | |
| CORPORATION, ) | C. A. No. 24-11354-JKS | |
| ) | | |
| ALLEGED DEBTOR. ) | Chapter 7 | |
| ) | | |

**NOTICE OF DEPOSITION OF JEFFREY WURST**
**TO BE CONDUCTED BY VIDEOCONFERENCE BY**
<u>**COUNSEL FOR THE ALLEGED DEBTOR**</u>

TO: Jeffrey Wurst
c/o Jonathan Stemerman
Armstrong Teasdale LLP
1007 North Market St.
Wilmington, DE 19801
jstemerman@atllp.com

PLEASE TAKE NOTICE THAT pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable to these proceedings through Rule 7030, of the Federal Rules of Bankruptcy Procedure, Counsel for the Alleged Debtor, Biggs and Battaglia will take the oral deposition of Jeffrey Wurst in connection with the Motion of Alleged Debtor to Dismiss or in the alternative convert to Chapter 11.

PLEASE TAKE FURTHER NOTICE THAT the deposition shall be conducted on November 19, 2024 beginning at 10:00 a.m. (prevailing Eastern Time) and continuing until completed. The deposition will be taken upon oral examination by videoconference pursuant to all applicable rules of the United States Bankruptcy Court for the District of Delaware, before a court reporter or such other person authorized by law to administer oaths, and will be recorded by audio and/or stenographic means. The deposition testimony may be used for discovery, evidentiary hearings, and/or for all purposes permitted by the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and under the rules of the Court.

All parties in interest are invited to attend the deposition. Counsel for the Alleged Debtor will provide a link to the remote/virtual deposition to

counsel for: (a) the Petitioning Creditors; (b) the Office of the United States Trustee; (c) all other parties requesting a link.

Dated: November 12, 2024

        BIGGS & BATTAGLIA

        /s/ Robert D. Goldberg
        Robert D. Goldberg (Delaware Bar ID #631)
        921 N. Orange Street
        Wilmington, DE  19899-1489
        Telephone: (302) 655-9677
        email: Goldberg@batlaw.com
        ATTORNEY FOR DIAMONDHEAD CASINO CORPORATION