IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

DIAMONDHEAD CASINO )
CORPORATION, )
) C. A. No. 24-11354-JKS
ALLEGED DEBTOR. )
) Chapter 7
)

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON DECEMBER 4, 2024, AT 10:00 AM.

CONTESTED MATTER

    Motion Of the Alleged Debtor, Diamondhead Casino Corporation, to Dismiss the Involuntary Bankruptcy Petition or, in the Alternative, to Convert the Case to Chapter 11 (Docket # 9, Filed 7/18/2024)

    Related Documents: Petitioning Creditors' Answering Brief in Opposition to Motion of the Alleged Debtor, Diamondhead Casino Corporation, to Dismiss the Involuntary Bankruptcy Petition or, in the Alternative, to Convert the Case to a Chapter 11 (Docket #11, Filed 9/03/2024)

    Response Deadline: 9/03/2024

    Responses Received: 9/03/2024

    Status: This matter is going forward on hearing in support of the Motion of the Alleged Debtor.
                    5   witnesses expected to testify
                    5-6   hours estimated time needed

December 2, 2024
Date

_[signature]_
Signature