## 10:00 AM

**24-11354-JKS Diamondhead Casino Corporation**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Rick Archer | Law360 | | 10:00 AM | Audio Only | no |
| Clara E Geoghegan | Law360 | | 10:00 AM | Audio Only | no |
| Jonathan M. Stemerman | Armstrong Teasdale LLP | Petitioning Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Vince Sullivan | Law360 | | 10:00 AM | Audio Only | no |
| leigh aulper | hammock investors | Diamondhead casino | 10:00 AM | Audio Only | no |

## SIGN-IN SHEET

| CASE NAME   Diamondhead Casino Corporation | COURTROOM #6 |
|---|---|
| CASE NUMBER:  24-11354 JKS | DATE:  12/4/2024 |

| **NAME** | **LAW FIRM or COMPANY** | **CLIENT REPRESENTING** |
|---|---|---|
| Robert Goldberg | Biggs and Battaglia | Diamondhead Casino Corp |
| Jonathan Stemerman | Armstrong Teasdale | Petitioning Creditor |
| Devissa Guevara | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |