# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF DELAWARE

_____

| | |
|---|---|
| In Re: ) | |
| ) | |
| DIAMONDHEAD CASINO ) | |
| CORPORATION, ) | C. A. No. 24-11354-JKS |
| ) | |
| ALLEGED DEBTOR. ) | Chapter 7 |
| _____ ) | |

## NOTICE OF AGENDA MATTERS
## SCHEDULED FOR HEARING

**PLEASE TAKE NOTICE** that the evidentiary hearing for the Alleged Debtor's motion to dismiss has been continued and is scheduled for January 16, 2025 at 9:30 a.m. (at the Prevailing Eastern Time) and that the Court will hold the continued hearing on the Debtor's motion to dismiss at that time in the above matter. This proceeding will be conducted in person. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/content/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.

**PLEASE TAKE FURTHER NOTICE** that Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

Dated:  December 18, 2024             **BIGGS & BATTAGLIA**
/s/ Robert D. Goldberg
Robert D. Goldberg (Delaware Bar ID #631)
921 N. Orange Street
Wilmington, DE  19899-1489
Telephone: (302) 655-9677
email: Goldberg@batlaw.com
ATTORNEY FOR DIAMONDHEAD
CASINO CORPORATION