IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

DIAMONDHEAD CASINO CORPORATION,

ALLEGED DEBTOR.

) 
) 
) C. A. No. 24-11354-JKS
) 
) Chapter 7
)

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JANUARY 16, 2025, AT 10:00 AM.

CONTESTED MATTER

Continuation of Hearing on Motion of the Alleged Debtor, Diamondhead Casino Corporation, to Dismiss the Involuntary Bankruptcy Petition or, in the Alternative, to Convert the Case to Chapter 11 (Docket # 9, Filed 7/18/2024) This proceeding will be conducted **via Hybrid/Zoom**. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/content/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

Related Documents: Petitioning Creditors' Answering Brief in Opposition to Motion of the Alleged Debtor, Diamondhead Casino Corporation, to Dismiss the Involuntary Bankruptcy Petition or, in the Alternative, to Convert the Case to a Chapter 11 (Docket #11, Filed 9/03/2024)

Response Deadline: 9/03/2024

Responses Received: 9/03/2024
Status: This matter is going forward on hearing in support of the Motion of the Alleged Debtor.

     3    witnesses expected to testify
    2-3   hours estimated time needed

January 14, 2024
Date

_____
Signature