IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____

In Re:

DIAMONDHEAD CASINO )
CORPORATION, )
 ) C. A. No. 24-11354-JKS
ALLEGED DEBTOR. )
 ) Chapter 7
_____ )


AMENDED NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JANUARY 16, 2025, AT 9:30 AM.


CONTESTED MATTER

 Continuation of Hearing on Motion of the Alleged Debtor, Diamondhead Casino Corporation, to Dismiss the Involuntary Bankruptcy Petition or, in the Alternative, to Convert the Case to Chapter 11 (Docket # 9, Filed 7/18/2024). This proceeding will be conducted **via Hybrid/Zoom**.  Please refer to Judge Stickles' Chambers Procedures https://www.deb.uscourts.gov/content/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

 Related Documents: Petitioning Creditors' Answering Brief in Opposition to Motion of the Alleged Debtor, Diamondhead Casino Corporation, to Dismiss the Involuntary Bankruptcy Petition or, in the Alternative, to Convert the Case to a Chapter 11 (Docket #11, Filed 9/03/2024).

 Response Deadline: 9/03/2024

 Responses Received: 9/03/2024

 Status: This matter is going forward on hearing in support of the Motion of the Alleged Debtor.
   __3-4__  witnesses expected to testify

<u>  2-3  </u>  hours estimated time needed

<u>January 15, 2025            </u>         <u>[signature]                        </u>
Date                                                              Signature