## SIGN-IN SHEET

| CASE NAME   Diamondhead Casino Corporation | COURTROOM #6 |
|---|---|
| CASE NUMBER:  24-11354 JKS | DATE:  1/16/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert Goldberg | Biggs and Battaglia | Diamondhead |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## 09:30 AM

### 24-11354-JKS Diamondhead Casino Corporation

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Edson Arneault | | | 09:30 AM | Zoom(Video and Audio) | yes |
| Harold J. Bordwin | Keen-Summit Capital Partners LLC | | 09:30 AM | Zoom(Video and Audio) | yes |
| Clara E Geoghegan | Law360 | | 09:30 AM | Audio Only | no |
| Denisse Guevara | Armstrong Teasdale LLP | Ted Arneault | 09:30 AM | Zoom(Video and Audio) | yes |
| Yun Park | Law360 | | 09:30 AM | Audio Only | no |
| Jonathan M. Stemerman | Armstrong Teasdale LLP | Petitioning Creditors | 09:30 AM | Zoom(Video and Audio) | yes |
| Vince Sullivan | Law360 | | 09:30 AM | Audio Only | no |
| Jeffrey Wurst | Armstrong Teasdale | Petitioning Creditors | 09:30 AM | Zoom(Video and Audio) | yes |

| leigh aulper | hammock investors | diamondhead | 10:00 AM | Audio Only | no |