IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 7 |
| | : | |
| DIAMONDHEAD CASINO CORPORATION, | : | C.A. No.24-11354-JKS |
| | : | |
| Alleged Debtor. | : | |

**STIPULATED BRIEF SCHEDULE AND [PROPOSED]
ORDER ON MOTION OF THE ALLEGED DEBTOR TO DISMISS
OR, IN THE ALTERNATIVE, TO CONVERT TO A CHAPTER 11**

Whereas Diamondhead Casino Corporation ("Diamondhead"), the Alleged Debtor, filed its Motion to Dismiss the Chapter 7 Bankruptcy in the above matter or, in the Alternative, to Convert to a Chapter 11 (the "Motion") on July 18, 2024; and,

Whereas, hearings on said motion were conducted by the Court on December 4, 2024 and January 16, 2025, and:

Whereas Diamondhead and the Petitioning Creditors have agreed upon a post-hearing brief schedule on the Motion as set forth below.

It is hereby stipulated and agreed by the parties in the above-captioned action, by and through their undersigned counsel, and subject to the approval of the Court, that the briefing schedule on the Motion shall be as follows:

Diamondhead's Opening Brief shall be filed on or before February 11, 2025

Petitioning Creditor's Answering Brief shall be filed on or before 21 days after the filing of Diamondhead's' Opening Brief

Diamondhead's Reply Brief shall be filed no later than 10 days after the filing of Petitioning Creditor's Answering Brief

Dated: January 23, 2025

**BIGGS AND BATTAGLIA**

By: /s/ Robert Goldberg
Robert D. Goldberg (ID #631)
921 North Orange Street
Wilmington, DE 19801
(302)655-9677-Phone
(302)655-7924-Fax
goldberg@batlaw.com

*Attorneys for Alleged Debtor, Diamondhead Casino Corporation*

**ARMSTRONG TEASDALE LLP**

By: /s/Jonathan M. Stemerman
Jonathan M. Stemerman (No. 4510)
1007 N. Market Street, 3rd Floor
Wilmington, DE 19801
(302) 416-9670
Email: jstemerman@atllp.com

*Attorneys for Petitioning Creditors*

SO ORDERED this _____ day of January, 2025.

_____
The Honorable J. Kate Stickles