**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Diamondhead Casino Corporation<br><br>Debtor. | Chapter 7<br><br>C.A. No. 24-11354-JKS |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX**

**PLEASE TAKE NOTICE** that pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Denisse Guevera hereby withdraws his appearance as counsel to Petitioning Creditors in the above-captioned matter.  The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in the above-captioned cases, remove from the electronic and paper noticing matrix for the above-captioned cases:

> Denisse Guevara
> Armstrong Teasdale LLP
> 1007 North Market Street, Third Floor
> Wilmington, DE 19801
> Email:  dguevara@atllp.com

**PLEASE TAKE FURTHER NOTICE** that Jonathan Stemerman of Armstrong Teasdale LLP, will continue to represent Petitioning Creditors and is not intended to be affected by this notice.

Dated:  July 24, 2025

**ARMSTRONG TEASDALE LLP**

*/s/ Jonathan M. Stemerman*
Jonathan M. Stemerman (No. 4510)
1007 North Market Street,  Third Floor
Wilmington, DE 19801
Telephone: (302) 416-9671
Email: jstemerman@atllp.com