**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Diamondhead Casino Corporation,<br><br>Alleged Debtor. | Chapter 7<br><br>C.A. No. 24-11354-JKS |

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2025, I served through U.S. Mail a copy of the *Court's July 30, 2025 Opinion and Order* [D.I. 42 & 43] upon the following:

Diamondhead Casino Corporation
1013 Princess Street
Alexandria, VA 22314

*/s/ Jonathan M. Stemerman*
**ARMSTRONG TEASDALE LLP**
1007 N. Market Street, 3rd Floor
Wilmington, DE 19801
(302) 416-9670
Email: jstemerman@atllp.com

*Attorney for Petitioning Creditors*