IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION<br>1013 Princess Street<br>Alexandria, VA 22314<br>EIN 59-2935476<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11354 (JKS)<br><br>**Related to D.I. 1** |

### ORDER FOR RELIEF IN AN INVOLUNTARY CASE

On consideration of the petition filed on June 12, 2024 against the above-named debtor, an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is granted.

**Dated: July 31st, 2025**
**Wilmington, Delaware**

*J. Kate Stickles*
**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**