## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Motion, Motion of the Alleged Debtor, Diamondhead Casino Corporation, to Stay the Court's Opinion and Order of July 30, 2025 and Order of July 31, 2025, Declaration of Deborah Vitale and Proposed Order have been served electronically via CM/ECF this 13th day of August, 2025, on the following:

>Jonathan M. Stemerman, Esquire
>ARMSTRONG TEASDALE LLP
>1007 N. Market Street, 3rd Floor
>Wilmington, DE 19801

>/s/ Robert D. Goldberg
>Robert D. Goldberg