UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number:  24-11354              BK ●  AP ○

If AP, related BK case number:

Title of Order Appealed:  1. Opinion 2. Order 3. Order for Relief in an Involuntary Case

Docket #:  42; 43; 45 7/30/25        Date Entered:  7/30/25; 7/31/25

Item Transmitted:

| ✓ | Notice of Appeal | Docket #: 50 | Date Filed: 8/13/25 |
| ☐ | Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ | Cross Appeal | Docket #: | Date Filed: |
| ☐ | Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ | Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Diamondhead Casino Corporation

**Appellee/Cross Appellee**

Edson Areault; Kathleen and James Devlin; John Hawley, as servicing agent for Argonaut 2000 Partners LP; Emerson Partners; J. Steven Emerson, as successor to Steven Emerson;

**Counsel for Appellant/Cross Appellant:**

Robert D. Goldberg
921 N Orange St
Wilmington, DE  19801

**Counsel for Appellee/Cross Appellee:**

Jonathan M. Stemerman
1007 N Market St, 3rd Floor
Wilmington, DE  19801

| Filing fee paid? | Yes ● | No ○ |
| IFP application filed by applicant? | Yes ○ | No ● |
| Have additional appeals of the same order been filed? | Yes ○ | No ● |
| *If Yes, has District Court assigned a Civil Action Number? | Yes ○ | No ● |

Civil Action Number:

(continued on next page)

**Notes:**   APPELLEES CONT'D:

J. Steven Emerson; Steven Rothstein; Barry and Irene Stark

*I hereby certify that all designated items are available electronically through CM/ECF.*

Date: 8/13/25    by: /s/ Kimberly Ross _____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   25-32