UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | |
| DIAMONDHEAD CASINO ) | |
| CORPORATION, ) | C. A. No. 24-11354-JKS |
| ) | |
| ALLEGED DEBTOR. ) | Chapter 7 |

**MOTION OF DEBORAH A. VITALE FOR LEAVE TO INERVENE AND BE HEARD IN THE ABOVE CAPTIONED CASE; and**

**MOTION TO VACATE THE COURT'S OPINION AND ORDER DATED JULY 30, 2025 AND ORDER DATED JULY 31, 2025 AND DISMISS THE INVOLUNTARY PETITION OR, ALTERNATIVELY, TO ALTER AND AMEND THE OPINION AND ORDERS; and**

**MOTION FOR A STAY OF THE COURT'S OPINION (D.I. 42) AND ORDER (D.I. 43) DATED JULY 30, 2025 AND ORDER (D.I. 45) DATED JULY 31, 2025 PENDING RESOLUTION OF THE APPEAL**

Deborah A. Vitale, an equity security holder of the Debtor and Trustee of the Europa Cruises Corporation Stock Ownership Plan, respectfully moves this Court:

i)  for leave to intervene and be heard in the above-captioned case pursuant to Federal Rule of Bankruptcy 2018(a); and

ii)  to vacate the Court's Opinion (D.I. 42) and Order (D.I. 43) dated July 30, 2025 and Order (D.I. 45) dated July 31, 2025 and dismiss the Petition or, alternatively, alter and amend the Opinion (D.I. 42) and Orders (D.I. 43 and D.I. 45); and

1

iii)    to stay the Court's Opinion (D.I. 42) and Order (D.I. 43) dated July 30, 2025 and Order (D.I. 45) dated July 31, 2025 pending resolution of the Movant's appeal.

Deborah A. Vitale (hereinafter "the Movant") is timely appealing the Court's Opinion (D.I. 42) and Order (D.I. 43) dated July 30, 2025 and its Order (D.I. 45) dated July 31, 2025. To preserve the status quo and prevent irreparable harm, the Movant seeks a stay of the Opinion (D.I. 42) and Order (D.I. 43) dated July 30, 2025 and the Order (D.I. 45) dated July 31, 2025, pending resolution of the Movant's appeal.

The Movant is a significant equity security holder of the Debtor. The Movant owns i) 767,000 shares of common stock; ii) 447,272 shares of fully vested common stock in the Debtor's Employee Stock Ownership Plan; and ii) 2,965,000 of the Debtor's common stock options. In addition, the Movant is the Trustee of the Europa Cruises Corporation Employee Stock Ownership Plan ("ESOP"), which was established by the Debtor in 1994 and is one of the largest equity security owners of the Debtor. The Movant has a direct and substantial interest in the administration of the estate and the disposition of its assets. As Trustee of the ESOP, the Movant has an additional and substantial interest in the administration of the estate, the protection of the Debtor's shareholder value, and the disposition of its assets.

Rule 2018(a) permits an interested entity to intervene in a bankruptcy case upon a showing of cause. The Movant respectfully submits that cause exists here due to the impact the Orders entered herein have already had and will have on the Movant's and the ESOP Plan's substantial equity interests.

In the interest of judicial economy, as grounds for this motion, the Movant incorporates herein by reference, the facts and arguments set forth in the following motions of the alleged Debtor, together with the notices, briefs, exhibits, declarations and proposed orders filed in support thereof or therewith:

a) the Motion of the Alleged Debtor, Diamondhead Casino Corporation, to Vacate the Court's Opinion and Order dated July 30, 2025 and Order dated July 31, 2025 and dismiss the Petition or, alternatively, alter and amend the Opinion and Orders;

b) the Motion of the Alleged Debtor, Diamondhead Casino Corporation, for a Stay of the Court's Opinion (D.I. 42) and Order (D.I. 43) Dated July 30, 2025 and Order (D.I. 45) dated July 31, 2025, Pending Resolution of the Appeal.

Dated: August 13, 2025

Respectfully submitted.

/s/ Deborah Vitale
Deborah Vitale
1866 Carpenter Road
Alexandria, VA 22314
727-510-1412
Email: vitaledav@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served, via first-class mail, postage prepaid, this 13th day of August, 2025, on the following:

Jonathan M. Stemerman, Esquire
Armstrong Teasdale, LLP
1007 N. Market Street, 3rd Floor
Wilmington, DE 19801

Robert D. Goldberg
Biggs & Battaglia
921 N. Orange Street
Wilmington, DE  19899-1489

/s/ Deborah Vitale
Deborah Vitale

Generated: Aug 13, 2025 12:50PM                                                                                      Page 1/1



# U.S. Bankruptcy Court

**Delaware Bankruptcy - Wilmington**

**THIS IS A COPY**

Receipt Date: Aug 13, 2025 12:43PM

Deborah Vitale

| Rcpt. No: 10095707 | Trans. Date: Aug 13, 2025 12:43PM | | Cashier ID: #CH (4638) | |
|---|---|---|---|---|
| **CD** | **Transaction** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| ST | LiftAutomaticSta | 24-11354-JKS | 1 | 199.00 | 199.00 |

| CD | Tender | Amt |
|---|---|---|
| CA | CASH | $199.00 |
| | Total Due Prior to Payment: | $199.00 |
| | Total Tendered: | $199.00 |
| | Total Cash Received: | $199.00 |

**Debtor**: Diamondhead Casino Corporation

Exact change only.