## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Brief in Support of the Alleged Debtor, Diamondhead Casino Corporation, motion to Vacate the Court's Opinion and Order of July 30, 2025 and Order of July 31, 2025 and Dismiss the Involuntary Petition or, Alternatively, to alter and amend the Opinion and Order, Declaration of Deborah Vitale in support of said Motion have been served electronically via CM/ECF this 15th day of August, 2025, on the following:

>Jonathan M. Stemerman, Esquire
>ARMSTRONG TEASDALE LLP
>1007 N. Market Street, 3rd Floor
>Wilmington, DE 19801

>/s/ Robert D. Goldberg
>Robert D. Goldberg