# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Diamondhead Casino Corporation | **Case No.:** 24−11354−JKS<br><br>**Chapter:** 7 |

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

*Stephen L Grant, Clerk of Court*

Date: 8/13/25
(VAN−440)

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: | Case No. 24-11354-JKS |
| Diamondhead Casino Corporation | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 13, 2025 | Form ID: van440 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Jonathan M. Stemerman, Armstrong Teasdale LLP, 1007 North Market Street, Ste Third Floor, Wilmington, DE 19801-1227 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Aug 13 2025 20:10:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jonathan M. Stemerman | on behalf of Petitioning Creditor Barry and Irene Stark JStemerman@atllp.com msinko@atllp.com |
| Jonathan M. Stemerman | on behalf of Petitioning Creditor Kathleen and James Devlin JStemerman@atllp.com msinko@atllp.com |
| Jonathan M. Stemerman | on behalf of Petitioning Creditor Steven Rothstein JStemerman@atllp.com msinko@atllp.com |

District/off: 0311-1 User: admin Page 2 of 2
Date Rcvd: Aug 13, 2025 Form ID: van440 Total Noticed: 2

| | |
|---|---|
| Jonathan M. Stemerman | on behalf of Petitioning Creditor Emerson Partners JStemerman@atllp.com msinko@atllp.com |
| Jonathan M. Stemerman | on behalf of Petitioning Creditor J. Steven Emerson JStemerman@atllp.com msinko@atllp.com |
| Jonathan M. Stemerman | on behalf of Petitioning Creditor Edson Arneault JStemerman@atllp.com msinko@atllp.com |
| Jonathan M. Stemerman | on behalf of Petitioning Creditor John Hawley as Servicing Agent for Argonaut 2000 Partners L.P. JStemerman@atllp.com, msinko@atllp.com |
| Jonathan M. Stemerman | on behalf of Petitioning Creditor J. Steven Emerson as Successor to Steven Emerson Roth IRA JStemerman@atllp.com msinko@atllp.com |
| Robert D. Goldberg | on behalf of Alleged Debtor Diamondhead Casino Corporation goldberg@batlaw.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 10