**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11354 (JKS)<br><br>Hearing Date: October 7, 2025 at 11:00 a.m. (ET)<br>Objection Deadline: September 2, 2025 at 4:00 p.m. (ET) |

**AMENDED[1] NOTICE OF HEARING ON APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOEY MILLER COFFEY TATE LLP AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS, EFFECTIVE AS OF AUGUST 1, 2025**

**PLEASE TAKE NOTICE** that August 18, 2025, George L. Miller, the chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (collectively, the "Debtors"), filed the attached *Application of Chapter 7 Trustee George L. Miller to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, Effective as of August 1, 2025* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the Application must be made on or before **September 2, 2025, at 4:00 p.m. (Eastern time)**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (a) counsel for the Trustee, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Bradford J. Sandler and Peter J. Keane) bsandler@pszjlaw.com, pkeane@pszjlaw.com; (b) the U.S. Trustee, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, USTPRegion03.wl.ecf@usdoj.gov; and (c) all parties requesting notice pursuant to Bankruptcy Rule 2002.

---

[1] **Amended to reflect the scheduling of a hearing date. The objection deadline remains the same.**

4913-3477-6673.1 57101.00001

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **OCTOBER 7, 2025 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

Dated:  August 21, 2025

          **PACHULSKI STANG ZIEHL & JONES LLP**

          */s/ Peter J. Keane*
          Bradford J. Sandler (DE Bar No. 4142)
          Peter J. Keane (DE Bar No. 5503)
          Edward A. Corma (DE Bar No. 6718)
          919 North Market Street, 17th Floor
          P.O. Box 8705
          Wilmington, DE 19899-8705 (Courier 19801)
          Telephone:  (302) 652-4100
          Facsimile:  (302) 652-4400
          Email:  bsandler@pszjlaw.com
                   pkeane@pszjlaw.com
                   ecorma@pszjlaw.com

          *Proposed Counsel to George L. Miller, Chapter 7 Trustee*