# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

_____

| | |
|---|---|
| In Re: ) | |
| ) | |
| DIAMONDHEAD CASINO ) | |
| CORPORATION, ) | C. A. No. 24-11354-JKS |
| ) | |
| ALLEGED DEBTOR. ) | Chapter 7 |

_____

## DIAMONDHEAD CASINO CORPORATION'S
## DESIGNATION OF THE RECORD ON APPEAL

Diamondhead Casino Corporation ("Appellant"), pursuant to Federal Rule of Bankruptcy Procedure 8009 and Local Rule 8009-1, hereby submits this Designation of the Items to be Included in the Record on Appeal from the Bankruptcy Court's Opinion (D.I. 42) entered on July 30, 2025, Order (D.I. 43) entered on July 30, 2025, and Order (D.I. 45) entered on July 31, 2025, pursuant to Federal Rule of Bankruptcy Procedure 8009 and Local Rule 8009-1.

| | DOCKET NUMBER | DATE FILED | TITLE OF DOCUMENT |
|---|---|---|---|
| 1 | 1 | 06/12/2024 | Chapter 7 Involuntary Petition |
| 2 | 9 | 07/18/2024 | First Motion to Dismiss Involuntary Petition Filed by Diamondhead Casino Corporation<br>Attachment #1:<br>Declaration of Deborah Vitale in Support of Motion to Dismiss<br>Exhibits #1 through #18 to Declaration of Deborah Vitale<br>Declaration of Gregory A. Harrison in Support of Motion to Dismiss<br>Exhibit #1 to Declaration of Gregory A. Harrison |

| 3 | 11 | 09/03/2024 | Response of Petitioning Creditors Answering Brief in Opposition to Motion of the Alleged Debtor, Diamondhead Casino Corporation, to Dismiss the Involuntary Bankruptcy Petition or, in the Alternative, to Convert the Case to a Chapter 11 |
|---|---|---|---|
| 4 | 12 | 09/03/2024 | Declaration in Support of Petitioning Creditors' Answering Brief in Opposition to Motion of the Alleged Debtor, Diamondhead Casino Corporation, to Dismiss the Involuntary Bankruptcy Petition or, in the Alternative, to Convert the Case to a Chapter 11 |
| 5 | 27 | 12/16/2024 | Transcript regarding Hearing Held 12/4/2024 re Motion to Dismiss |
| 6 | 36 | 01/23/2025 | Transcript regarding Hearing Held 01/16/2025 |
| 7 | 37 | 02/11/2025 | Exhibit(s) Notice of Admitted Exhibits and Attachment #1 Exhibit List of Admitted Exhibits And all exhibits identified in Attachment #1 |
| 8 | 38 | 02/11/2025 | Brief Opening Post Hearing Brief of Debtor (related document 9, 35) |
| 9 | 39 | 03/04/2025 | Memorandum of Law/Brief Petitioning Creditors' Post-Hearing Answering Brief in Opposition to Motion of the Alleged Debtor, Diamondhead Casino Corporation, to Dismiss the Involuntary Bankruptcy Petition or, in the Alternative, to Convert the Case to a Chapter 11 |
| 10 | 40 | 03/14/2025 | Reply Brief of the Alleged Debtor, Diamondhead Casino Corporation, In Support of Its Motion to Dismiss the Involuntary Petition or, In the Alternative, to Convert the Case to Chapter 11 |
| 11 | 42 | 07/30/2025 | OPINION |
| 12 | 43 | 07/30/2025 | ORDER |
| 13 | 45 | 07/31/2025 | ORDER for Relief in Involuntary Case |
| 14 | 46 | 08/01/2025 | Appointment of Trustee George L. Miller |
| 15 | 47 | 08/13/2025 | First Motion to Stay Pending Appeal filed by Diamondhead Casino Corporation Attachment #1: Declaration of Deborah Vitale in Support of Motion for Stay Attachment #1: Exhibit A to Declaration of Deborah Vitale |
| 16 | 49 | 08/13/25 | BRIEF IN Support of Motion to VACATE Court's Opinion and Order dated July 30, 2025 and its Order dated July 31, 2025 and to dismiss the Petition or alternatively, to alter and amend its Opinion Attachments #1, 2, 3, 4, 5,6, and 7 (Exhibits A-F) Attachment #8: Declaration of Deborah Vitale in Support of Motion |

| 17 | 50 | 08/13.2025 | Notice of Appeal of Diamondhead Casino Corporation Fee amount $298<br>Attachments :<br>#1: Ex A: July 30, 2025 Opinion of the Court<br>#2: Ex B: July 30, 2025 Order of the Court<br>#3: Ex C: July 31, 2025 Order of the Court<br>#4: Certificate of Service |
|----|----|------------|---|
| 18 | 51 | 08/13/2025 | Receipt of filing fee for Notice of Appeal ($298.00) |
| 19 | 52 | 08/13/2025 | Transmittal of record on Appeal to District Court with Attachments #1<br>Notice of Appeal (#50)<br>Opinion on Appeal (#42)<br>Order on Appeal (#43)<br>Order on Appeal (#45) |
| 20 | 53 | 08/13/2025 | Clerk's Notice Regarding Filing of Appeal |
| 21 | 54 | 08/14/2025 | Notice of Docketing Record on Appeal to District Court |
| 22 | 55 | 08/13/2025 | Motion for Leave to Intervene and Be Heard, Motion to Vacate the Court's Opinion and Order dated July 30, 2025 and Dismiss the Involuntary Petition or, Alternatively, to Alter and Amend the Opinion and Orders (42, 43, 45) Motion to Stay Pending Appeal of the Court's Opinion and Order dated July 30, 2025 and Order dated July 31, 2025 Pending Resolution of the Appeal Filed by Deborah Vitale |
| 23 | 56 | 08/13/2025 | Notice of Appeal of Europa Cruises Corporation Stock Ownership Plan<br>Receipt: fee amount $298 |
| 24 | 57 | 08/13/2025 | Notice of Appeal of Deborah A. Vitale<br>Receipt: $298 |
| 25 | 58 | 08/14/2025 | Transmittal of Record on Appeal to District Court |
| 26 | 59 | 08/14/2025 | Transmittal of Record on Appeal to District Court |
| 27 | 63 | 08/15/2025 | Motion to Vacate the Court's Opinion and Order dated July 30, 2025 and Dismiss the Involuntary Petition or alternatively, to alter and amend the Opinion and Order Attachments: #1 Notice of Motion; #2 Proposed Form of Order; #3 Certificate of Service |
| 28 |    |            | Exhibits and Joint Exhibits Identified in D.I. 37 above (Exhibits 1 through 61)<br>Hearing Dates:<br>a) 12-4-24 and b) 1-16-25 |

The Appellant reserves the right to supplement its Designation of the Items to be Included in the Record on Appeal as additional transcripts or filings become available.

Dated:  August 27, 2025                    BIGGS & BATTAGLIA

/s/ Robert D. Goldberg
Robert D. Goldberg (Delaware Bar ID #631)
921 N. Orange Street
Wilmington, DE  19899-1489
Telephone: (302) 655-9677
email: Goldberg@batlaw.com
*Attorney for Appellant Diamondhead Casino Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Designation of the Items to be Included in the Record on Appeal, was served electronically, via CM/ECF, this 27th day of August, 2025, on the following:

Jonathan M. Stemerman, Esquire
Armstrong Teasdale, LLP
1007 N. Market Street, 3rd Floor
Wilmington, DE 19801

Bradford J. Sandler
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

                                               /s/ Robert D. Goldberg