IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> DIAMONDHEAD CASINO CORPORATION, <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-11354 (JKS) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 3, 2025, AT 3:00 P.M. (EASTERN TIME)

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (ET) one business day prior to the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**STATUS CONFERENCE MATTER:**

1. Status Conference

    Status: A case status conference will go forward.

**CONTESTED MATTER:**

1. Motion of the Alleged Debtor, Diamondhead Casino Corporation, for a Stay of the Court's Opinion (D.I. 42) and Order (D.I. 43) Dated July 30, 2025 and Order (D.I. 45) Dated July 31, 2025, Pending Resolution of the Appeal [Filed: 8/13/25] (Docket No. 47)

    Response Deadline:    August 28, 2025 at 4:00 p.m. (Eastern Time)

    Related Documents:

    (a) Motion of the Alleged Debtor, Diamondhead Casino Corporation, to Vacate the Court's Opinion and Order Dated July 30, 2025 and Order Dated July 31, 2025 and Dismiss the Involuntary Petition or, Alternatively, to Alter and Amend the Opinion and Orders [Filed 8/15/25] (Docket No. 63)

(b) Opinion [Filed 7/30/25] (Docket No. 42)

(c) Order [Filed 7/30/25] (Docket No. 43)

(d) Order for Relief in an Involuntary Case [Filed 7/31/25] (Docket No. 45)

(e) Motion of Deborah A. Vitale for Leave to Intervene and be Heard in the Above Captioned Case; and Motion to Vacate the Court's Opinion and Order Dated July 30, 2025 and Order Dated July 31, 2025 and Dismiss the Involuntary Petition or, Alternatively, to Alter and Amend the Opinion and Orders; and Motion for a Stay of the Court's Opinion (D.I. 42) and Order (D.I. 43) Dated July 30, 2025 and Order (D.I. 45) Dated July 31, 2025 Pending Resolution of the Appeal [Filed 8/13/25] (Docket No. 55)

(f) Letter to Court filed by Robert D. Goldberg [Filed 8/28/25] (Docket No. 78)

Responses Received:

(a) Petitioning Creditors' Omnibus Objection to (A) Motion of "Alleged Debtor", Diamondhead Casino Corporation, to Vacate the Court's Opinion and Orders [D.I. 63]; (B) Motion of the "Alleged Debtor", Diamondhead Casino Corporation for a Stay of the Court's Opinion (D.I. 42) and Order (D.I. 45) Dated July 31, 2025, Pending Resolution of the Appeal [D.I. 47]; and (C) Motion of Deborah A. Vitale for Leave to Intervene and be Heard in the Above Captioned Case and Joinders to "Alleged Debtor" Diamondhead Casino Corporation's Motion to Vacate/Dismiss and Motion for Stay Pending Appeal [D.I. 55] [Filed 8/28/25] (Docket No. 77)

Reply Deadline:    September 2, 2025 at 4:00 p.m. (Eastern Time)

Status:  The hearing on this matter is going forward.

Dated:  August 29, 2025    **PACHULSKI STANG ZIEHL & JONES LLP**

    */s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
    pkeane@pszjlaw.com
    ecorma@pszjlaw.com

*Proposed Counsel to George L. Miller, Chapter 7 Trustee*