# SIGN-IN SHEET

| CASE NAME: Diamondhead Casino Corporation | COURTROOM #6 |
|---|---|
| CASE NUMBER: 24-11354 (JKS) | DATE: September 3, 2025 @ 3:00 p.m. |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert Goldberg | Biggs + Battaglia | Diamondhead |
| Jonathan Stemerman | Armstrong Teasdale | Petitioning Creditors |
| BRADFORD J. SANDLER | PACHULSKI STANG | GEORGE MILLER, TRUSTEE |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## 3:00 PM

**24-11354-JKS Diamondhead Casino Corporation**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Rick Archer | Law360 | Law360 | 3:00 PM | Audio Only | no |
| Michael Berenhaus | | | 3:00 PM | Audio Only | yes |
| Stephen Duran Flield | | Diamondheard | 3:00 PM | Audio Only | no |
| Uday Gorrepati | | | 3:00 PM | Audio Only | no |
| Bhagwan S Khalsa | | | 3:00 PM | Audio Only | no |
| George Miller | Miller Coffey Tate LLP | Trustee | 3:00 PM | Zoom(Video and Audio) | yes |
| Vince Sullivan | Law360 | | 3:00 PM | Audio Only | no |
| Robert Zimmerman | | Self | 3:00 PM | Audio Only | no |
| gregory A harrison | greg harrison and associates | Diamondhead Corp | 3:00 PM | Audio Only | yes |