IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DIAMONDHEAD CASINO CORPORATION, | Case No. 24-11354 (JKS) |
| Debtor. | **Ref. Docket No. 91** |

### ORDER SHORTENING NOTICE AND EXPEDITING HEARING ON MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, TO COMPEL TURNOVER OF ESTATE PROPERTY

Upon the motion (the "Motion")[1] of George L. Miller, chapter 7 trustee (the "Trustee") to the estate of the above-captioned debtor (the "Debtor"), for entry of an order (this "Order"): (a) shortening notice with respect to the *Motion of Chapter 7 Trustee, to Compel Turnover of Estate Property* (the "Turnover Motion"); (b) setting a hearing to consider the Turnover Motion during the week of September 8, 2025, subject to the Court's availability, and setting the objection deadline for noon (prevailing Eastern Time) one (1) day before the hearing; and (c) granting related relief, all as more fully set forth in the Motion; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

Trustee's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Turnover Motion will be considered by the Court on **September 15, 2025 at 1:00 pm. (prevailing Eastern Time) via Zoom.**

3. Any response or objection to the Turnover Motion shall be filed on or before **September 12, 2025 at 3:00 pm. (prevailing Eastern Time)**.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: September 9th, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE