IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11354 (JKS)<br><br>Hearing Date: September 15, 2025 at 1:00 p.m. (ET)<br>Objection Deadline: September 12, 2025 at 3:00 p.m. (ET) |

**NOTICE OF HEARING ON MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, TO COMPEL TURNOVER OF ESTATE PROPERTY**

**PLEASE TAKE NOTICE** that September 4, 2025, George L. Miller, the chapter 7 trustee (the "Trustee") to the estate of the above-captioned debtor (the "Debtor"), filed the *Motion of George L. Miller, Chapter 7 Trustee, to Compel Turnover of Estate Property* (the "Motion") [Docket No. 90] and the *Motion for Entry of an Order Shortening Notice and Expediting Hearing on Motion of George L. Miller, Chapter 7 Trustee, to Compel Turnover of Estate Property* [Docket No. 91].

**PLEASE TAKE FURTHER NOTICE** that on September 9, 2025, the Court entered an *Order Shortening Notice and Expediting Hearing on Motion of George L. Miller, Chapter 7 Trustee, to Compel Turnover of Estate Property* (the "Order to Shorten") [Docket No. 94]. A copy of the Order to Shorten is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order to Shorten, the deadline for any response or objection to the entry of an order with respect to the relief sought in the Motion must be filed on or before **September 12, 2025, at 3:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (a) counsel for the Trustee, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Bradford J. Sandler and Peter J.

Keane) bsandler@pszjlaw.com, pkeane@pszjlaw.com; (b) the U.S. Trustee, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Jonathan Jonathan W. Lipshie) Jon.Lipshie@usdoj.gov; and (c) all parties requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD **VIA ZOOM VIDEOCONFERENCE ON SEPTEMBER 15, 2025 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

Dated: September 9, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
           pkeane@pszjlaw.com
           ecorma@pszjlaw.com

*Proposed Counsel to George L. Miller, Chapter 7 Trustee*

4900-0545-6743.1 57101.00001

2