**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| DIAMONDHEAD CASINO CORPORATION, | Case No. 24-11354 (JKS) |
| Debtor. |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON SEPTEMBER 15, 2025, AT 1:00 P.M. (EASTERN TIME)**

> **This proceeding will be conducted remotely via Zoom.  Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (ET)  one business day prior to the hearing unless otherwise noticed  using the eCourtAppearances tool available on the Court's website.**

**MATTER GOING FORWARD:**

1.      Motion of George L. Miller, Chapter 7 Trustee, to Compel Turnover of Estate Property [Filed: 9/4/25] (Docket No. 90)

Response Deadline:     September 12, 2025 at 3:00 p.m. (Eastern Time)

Related Documents:

(a)     Motion for Entry of an Order Shortening Notice and Expediting Hearing on Motion of George L. Miller, Chapter 7 Trustee, to Compel Turnover of Estate Property [Filed 8/15/25] (Docket No. 91)

(b)     Order Shortening Notice and Expediting Hearing on Motion of George L. Miller, Chapter 7 Trustee, to Compel Turnover of Estate Property [Filed 9/9/25] (Docket No. 94)

(c)     Notice of Hearing on Motion of George L. Miller, Chapter 7 Trustee, to Compel Turnover of Estate Property [Filed 9/9/25] (Docket No. 95)

<u>Responses Received</u>:   None as of the filing of this agenda.

<u>Status</u>:  The hearing on this matter is going forward.


Dated:  September 11, 2025          **PACHULSKI STANG ZIEHL & JONES LLP**

 */s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:   bsandler@pszjlaw.com
         pkeane@pszjlaw.com
         ecorma@pszjlaw.com

*Proposed Counsel to George L. Miller, Chapter 7 Trustee*