IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11354 (JKS)<br><br>**Ref. Docket No. 90** |

**ORDER COMPELLING TURNOVER OF ESTATE PROPERTY**

Upon the motion (the "Motion")[1] of George L. Miller, chapter 7 trustee (the "Trustee") to the estate of the above-captioned debtor (the "Debtor"), for entry of an order (this "Order"): (a) compelling the Debtor to turn over the Books and Records; (b) directing the Debtor's officers and directors, including but not limited to Deborah A. Vitale, the Debtor's President and Chief Executive Officer, and Gregory A. Harrison, the Chairman of the Debtor's Board of Directors, to preserve all documents and electronically stored information relating to the Debtor; and (c) granting related relief, all as more fully set forth in the Motion; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Trustee's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the parties having

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

4923-4249-2262.6 57101.00001

agreed to the relief to be granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. On or before September 30, 2025, the Debtor shall turn over to the Trustee the Books and Records, including all electronic data belonging to the Debtor and any non-personal login credentials.

3. On or before September 30, 2025, Deborah A. Vitale, the Debtor's President and Chief Executive Officer, and Gregory A. Harrison, the Chairman of the Debtor's Board of Directors, and any other of the Debtor's officers and directors, representatives, or agents with access to, control of, or possession of any of the Books and Records, are hereby directed to cooperate with the Trustee to arrange for turnover of the Books and Records.

4. The Debtor's officers and directors, representatives, or agents, including but not limited to Ms. Vitale and Mr. Harrison, are hereby directed to preserve all documents and electronically stored information relating to the Debtor.

5. The Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: September 15th, 2025**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

4923-4249-2262.6 57101.00001