IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11354 (JKS)<br><br>Re: Docket Nos. 97, 101 |

**SECOND AMENDED[1] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 15, 2025, AT 1:00 P.M. (EASTERN TIME)**

> **THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**MATTER GOING FORWARD:**

1. Motion of George L. Miller, Chapter 7 Trustee, to Compel Turnover of Estate Property [Filed: 9/4/25] (Docket No. 90)

   Response Deadline:    September 12, 2025 at 3:00 p.m. (Eastern Time)

   Related Documents:

   (a) Motion for Entry of an Order Shortening Notice and Expediting Hearing on Motion of George L. Miller, Chapter 7 Trustee, to Compel Turnover of Estate Property [Filed 8/15/25] (Docket No. 91)

   (b) Order Shortening Notice and Expediting Hearing on Motion of George L. Miller, Chapter 7 Trustee, to Compel Turnover of Estate Property [Filed 9/9/25] (Docket No. 94)

   (c) Notice of Hearing on Motion of George L. Miller, Chapter 7 Trustee, to Compel Turnover of Estate Property [Filed 9/9/25] (Docket No. 95)

   (d) **Certification of Counsel Submitting Revised Order Compelling Turnover of Estate Property [Filed 9/15/25] (Docket No. 100)**

   (e) **Order Compelling Turnover Of Estate Property [Filed 9/15/25] (Docket No. 102)**

---

[1] **Amended items are noted in bold.**

4906-3881-0216.2 57101.00001

Responses Received:

(a) **Debtor's Reply to Motion of George L. Miller, Chapter 7 Trustee, to Compel Turnover of Estate Property [Filed 9/12/25] (Docket No. 97)**

Status: **An order has been entered resolving this matter. The hearing is cancelled.**

Dated: September 15, 2025　　**PACHULSKI STANG ZIEHL & JONES LLP**

　　　　　　　　　　　　　　　　/s/ Peter J. Keane
　　　　　　　　　　　　　　　Bradford J. Sandler (DE Bar No. 4142)
　　　　　　　　　　　　　　　Peter J. Keane (DE Bar No. 5503)
　　　　　　　　　　　　　　　Edward A. Corma (DE Bar No. 6718)
　　　　　　　　　　　　　　　919 North Market Street, 17th Floor
　　　　　　　　　　　　　　　P.O. Box 8705
　　　　　　　　　　　　　　　Wilmington, DE 19899-8705 (Courier 19801)
　　　　　　　　　　　　　　　Telephone:  (302) 652-4100
　　　　　　　　　　　　　　　Facsimile:  (302) 652-4400
　　　　　　　　　　　　　　　Email:  bsandler@pszjlaw.com
　　　　　　　　　　　　　　　　　　　pkeane@pszjlaw.com
　　　　　　　　　　　　　　　　　　　ecorma@pszjlaw.com

　　　　　　　　　　　　　　　*Proposed Counsel to George L. Miller, Chapter 7 Trustee*