# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DIAMONDHEAD CASINO CORPORATION, | Case No. 24-11354 (JKS) |
| Debtor. | **Ref. Docket No. 95** |

## CERTIFICATE OF SERVICE

I, Bradford J. Sandler, hereby certify that on the 9th day of September 2025, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

*Notice of Hearing on Motion of George L. Miller, Chapter 7 Trustee, to Compel Turnover of Estate Property – Docket No. 95*

／s/ *Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)

4932-6591-7512.1 57095.001

Diamondhead Casino Corporation
2002 Service List FCM & Email
Case No. 24-11354 (JKS)
Document No. 4898-8038-7680.001
01 – First Class Mail
06 – Electronic Mail

**ELECTRONIC MAIL**
(Counsel to the U.S. Trustee)
Bradford J Sandler, Esquire
Peter J Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N Market St, 17th Floor
Wilmington, DE 19801
**Email:  bsandler@pszjlaw.com; pkeane@pszjlaw.com**

**ELECTRONIC MAIL**
(Counsel to Debtor)
Robert D. Goldberg, Esquire
Biggs & Battaglia
921 North Orange Street
Wilmington, DE 19801
**Email: goldberg@batlaw.com**

**ELECTRONIC MAIL**
(Counsel to Petitioning Creditors)
Jonathan Stemerman, Esquire
Armstrong Teasdale LLP
1007 North Market Street, 3rd Floor
Wilmington, DE 19801
**Email: jstemerman@atllp.com**

**ELECTRONIC MAIL**
U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
**Email: USTPRegion03.WL.ECF@USDOJ.GOV**

**ELECTRONIC MAIL**
Deborah A. Vitale, Esquire
1866 Carpenter Road
Alexandria, VA 22314
**Email: vitaledav@aol.com**

**FIRST CLASS MAIL**
Europa Cruises Corporation Stock
   Ownership Plan
1013 Princess Street
Alexandria, VA 22314