# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11354 (JKS)<br><br>**Re: Docket No. 66** |

### CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO CHAPTER 7 TRUSTEE, EFFECTIVE AS OF AUGUST 1, 2025

The undersigned counsel for George L. Miller, chapter 7 trustee (the "Trustee"), to the estate of the above-captioned debtor (the "Debtor"), hereby certifies that:

1. On August 18, 2025, the Trustee filed the *Application of Chapter 7 Trustee for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel To Chapter 7 Trustee, Effective as of August 1, 2025* (the "Application") [Docket No. 66].

2. On August 21, 2025, the Trustee filed the *Amended Notice of Hearing on Application of Chapter 7 Trustee for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel To Chapter 7 Trustee, Effective as of August 1, 2025* (the "Notice") [Docket No. 72].

3. Pursuant to the Notice, objections to the entry of an order granting the Application were due no later than September 2, 2025 at 4:00 p.m. (ET).

4. The undersigned has caused the Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon. Additionally, no objections to the Application have been received by the undersigned counsel.

4902-3627-2744.1 57101.00001

Accordingly, the Trustee requests that the proposed order attached as **Exhibit A** to the Application be entered at the Court's earliest convenience.

Dated:  September 17, 2025    PACHULSKI STANG ZIEHL & JONES LLP

    */s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: bsandler@pszjlaw.com
      pkeane@pszjlaw.com
      ecorma@pszjlaw.com

*Proposed Counsel to George L. Miller, Chapter 7 Trustee*