Official Form 417A (12/23)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# SUPPLEMENTAL NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Diamondhead Casino Corporation

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   Order (D.I.89 ) Denying Motions Filed at D.I. Nos. 47, 55 and 63

2. State the date on which the judgment—or the appealable order or decree—was entered:
   September 4, 2025

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Edson Arneault       Attorney: Jonathan M. Stemerman, Esq.
                                          1007 N. Market St. 3rd Floor
                                          Wilmington, DE 19801
                                          302- 416- 9670

2. Party: Kathleen and James Devlin   Attorney: Jonathan M. Stemerman, Esq.
                                                1007 N. Market St. 3rd Floor
                                                Wilmington, DE 19801
                                                302-416-9670

   Additional Parties listed on page 3


## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

[X] Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_[signature]_    Date: September 18, 2025
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
_____
_____
_____

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Attachment to Form 417A - Additional Parties:

3) Party:  Emerson Partners                    Attorney: Jonathan M. Stemerman, Esquire
                                               1007 N. Market Street, 3rd Floor
                                               Wilmington, Delaware 19801
                                               (302) 416-9670

4) Party:  J. Steven Emerson as Successor to Steven Emerson Roth IRA
                                               Attorney: Jonathan M. Stemerman, Esquire
                                               1007 N. Market Street, 3rd Floor
                                               Wilmington, Delaware 19801
                                               (302) 416-9670

5) Party:  J. Steven Emerson                   Attorney: Jonathan M. Stemerman, Esquire
                                               1007 N. Market Street, 3rd Floor
                                               Wilmington, Delaware 19801
                                               (302) 416-9670

6) Party:  John Hawley as Servicing Agent for Argonaut 2000 Partners, L.P.
                                               Attorney: Jonathan M. Stemerman, Esquire
                                               1007 N. Market Street, 3rd Floor
                                               Wilmington, Delaware 19801
                                               (302) 416-9670

7) Party:  Steven Rothstein                    Attorney: Jonathan M. Stemerman, Esquire
                                               1007 N. Market Street, 3rd Floor
                                               Wilmington, Delaware 19801
                                               (302) 416-9670

8) Party:  Barry and Irene Stark               Attorney: Jonathan M. Stemerman, Esquire
                                               1007 N. Market Street, 3rd Floor
                                               Wilmington, Delaware 19801
                                               (302) 416-9670

PAGE 4

## ATTACHED EXHIBITS

A) OPINION
   [D.I. 42]

B) ORDER
   [D.I. 43]

C) ORDER FOR RELIEF IN AN INVOLUNTARY CASE
   [D.I. 45]

D) ORDER DENYING MOTIONS FILED AT D.I. NOS. 47, 55 AND 63
   [D.I. 89]