


**EXHIBIT B**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION,<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 24-11354 (JKS)<br><br>**Related to D.I. Nos. 9, 42** |

## ORDER

For the reasons set forth in the Court's Opinion issued contemporaneously herewith,

**IT IS HEREBY ORDERED** that the Motion of the Alleged Debtor, Diamondhead Casino Corporation, to Dismiss the Involuntary Bankruptcy Petition or, in the Alternative, to Convert the Case to Chapter 11 is DENIED.

Dated: July 30, 2025

_____
J. Kate Stickles
United States Bankruptcy Judge