UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## ADDITIONAL ITEMS ON APPEAL TRANSMITTAL SHEET

**Case Number:** 24-11354    BK ● AP ○

If AP, related BK case number:

**District Court Case Number:** 25-1167

Item(s) Transmitted:

| | | |
|---|---|---|
| Supplemental Notice of Appeal and Statement o... | **Docket #:** 111 | **Date Entered:** 9/18/25 |
| | **Docket #:** | **Date Entered:** |
| | **Docket #:** | **Date Entered:** |

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 9/19/25    **by:** /s/ Kimberly Ross
                          **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number: 25-32