# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Diamondhead Casino Corporation

**Case No.:** 24−11354−JKS

**Chapter:** 7

## CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

*Stephen L Grant, Clerk of Court*

Date: 9/17/25
(VAN−440)

United States Bankruptcy Court
District of Delaware

In re:  
Diamondhead Casino Corporation  
    Debtor

Case No. 24-11354-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 2  
Date Rcvd: Sep 17, 2025     Form ID: van440     Total Noticed: 8

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diamondhead Casino Corporation, 1013 Princess Street, Alexandria, VA 22314-2246 |
| cr | + | Barry and Irene Stark, 10692 Hawks Vista Street, Plantation, FL 33324-8211 |
| cr | + | Emerson Partners, 1522 Ensley Avenue, Los Angeles, CA 90024-5325 |
| cr | + | J. Steven Emerson, 1522 Ensley Avenue, Los Angeles, CA 90024-5325 |
| cr | + | J. Steven Emerson as Successor to Steven Emerson R, 1522 Ensley Avenue, Los Angeles, CA 90024-5325 |
| cr | + | John Hawley as Servicing Agent for Argonaut 2000 P, 991 Grindelwald Lane, Unit 6, Midway, UT 84049-6127 |
| cr | + | Steven Rothstein, POB 2957, Edwards, CO 81632-2957 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Sep 17 2025 20:16:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 19, 2025      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2025 at the address(es) listed below:

**Name**      **Email Address**

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 17, 2025 | Form ID: van440 | Total Noticed: 8 |

Bradford J. Sandler
    on behalf of Trustee George L. Miller bsandler@pszjlaw.com  abates@pszjlaw.com

Edward A. Corma
    on behalf of Trustee George L. Miller ecorma@pszjlaw.com

George L. Miller
    gmiller@mctllp.com  lcromley@mctllp.com;Clawless@mctllp.com;de22@ecfcbis.com

Jonathan M. Stemerman
    on behalf of Creditor John Hawley as Servicing Agent for Argonaut 2000 Partners  L.P. JStemerman@atllp.com, msinko@atllp.com

Jonathan M. Stemerman
    on behalf of Creditor Steven Rothstein JStemerman@atllp.com  msinko@atllp.com

Jonathan M. Stemerman
    on behalf of Creditor Edson Arneault JStemerman@atllp.com  msinko@atllp.com

Jonathan M. Stemerman
    on behalf of Creditor J. Steven Emerson as Successor to Steven Emerson Roth IRA JStemerman@atllp.com  msinko@atllp.com

Jonathan M. Stemerman
    on behalf of Creditor Barry and Irene Stark JStemerman@atllp.com  msinko@atllp.com

Jonathan M. Stemerman
    on behalf of Creditor J. Steven Emerson JStemerman@atllp.com  msinko@atllp.com

Jonathan M. Stemerman
    on behalf of Creditor Emerson Partners JStemerman@atllp.com  msinko@atllp.com

Jonathan M. Stemerman
    on behalf of Creditor Kathleen and James Devlin JStemerman@atllp.com  msinko@atllp.com

Peter J Keane
    on behalf of Trustee George L. Miller pkeane@pszjlaw.com

Robert D. Goldberg
    on behalf of Debtor Diamondhead Casino Corporation goldberg@batlaw.com

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV

TOTAL: 14