UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION<br><br>Alleged Debtor. | Chapter 7<br>Case No. 24-11354 (JKS) |
| DIAMONDHEAD CASINO CORPORATION<br><br>Appellant,<br><br>v.<br><br>EDSON ARNEAULT, et al.,<br><br>Appellees. | Case No. 1:25-cv-1018-MN |
| EUROPA CRUISES CORPORATION STOCK OWNERSHIP PLAN,<br><br>Appellant,<br>v.<br><br>EDSON ARNEAULT, et al.,<br><br>Appellees. | Case No. 1:25-cv-1021-MN |
| DEBORAH A. VITALE<br><br>Appellant,<br><br>v.<br><br>EDSON ARNEAULT, et al.,<br><br>Appellees. | Case No. 1:25-cv-1022-MN |

FILED 2025 SEP 17 P 2:08 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

1

## NOTICE OF WITHDRAWAL OF APPEAL OF
## EUORPA CRUISES CORPORATION STOCK OWNERSHIP PLAN

Please take notice that the appeal filed by the Europa Cruises Corporation Employee Stock Ownership Plan ("ESOP")(Case No. 1:25-cv-1021-MN) is withdrawn.

Dated:   September 17, 2025

                Respectfully submitted,
                /s/ Deborah A. Vitale
                Deborah A. Vitale, Trustee
                Europa Cruises Corporation
                Stock Ownership Plan
                1013 Princess Street
                Alexandria, VA 22314
                Telephone: (727) 510-1412
                Email: vitaledav@aol.com