# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DIAMONDHEAD CASINO CORPORATION, | Case No. 24-11354 (JKS) |
| Debtor. | **Ref. Docket No. 90, 91** |

## CERTIFICATE OF SERVICE

I, Bradford J. Sandler, hereby certify that on the 4th day of September 2025, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

1. *Motion of George L. Miller, Chapter 7 Trustee, to Compel Turnover of Estate Property – Docket No. 90; and,*

2. *Motion For Entry Of An Order Shortening Notice And Expediting Hearing On Motion Of George L. Miller, Chapter 7 Trustee, To Compel Turnover Of Estate Property – Docket No. 91.*

/s/ Bradford J. Sandler
Bradford J. Sandler (DE Bar No. 4142)

4932-6591-7512.1 57095.001

Diamondhead Casino Corporation
Case No. 24-11354 (JKS)
Document No. 4898-8038-7680.001
01 – Electronic Mail

***ELECTRONIC MAIL***

Gregory Harrison
***Email: <u>gregoryaharrison@aol.com</u>***