**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11354 (JKS)<br><br>**Re: Docket No. 98** |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION OF GEORGE L. MILLER CHAPTER 7 TRUSTEE FOR ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO PREPARE AND FILE DEBTOR'S SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS, EXTENDING TIME FOR FILING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS, AND APPROVING REIMBURSEMENT OF EXPENSES INCURRED AS AN ADMINISTRATIVE EXPENSE**

The undersigned counsel for George L. Miller, chapter 7 trustee (the "Trustee"), to the estate of the above-captioned debtor (the "Debtor"), hereby certifies that:

1. On September 12, 2025, the Trustee filed the *Motion of George L. Miller Chapter 7 Trustee for Order Authorizing Chapter 7 Trustee to Prepare and File Debtor's Schedules and Statement of Financial Affairs, Extending Time for Filing Schedules and Statement of Financial Affairs, and Approving Reimbursement of Expenses Incurred as an Administrative Expense* (the "Motion") [Docket No. 98].

2. Pursuant to the notice attached to the Motion, objections to the entry of an order granting the Motion were due no later than September 26, 2025 at 4:00 p.m. (ET).

3. The undersigned has caused the Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Motion appears thereon. Additionally, no objections to the Motion have been received by the undersigned counsel.

4923-5367-7422.1 57101.00001

Accordingly, the Trustee requests that the proposed order attached as **Exhibit A** to the Motion be entered at the Court's earliest convenience.

Dated:  October 1, 2025     PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
            pkeane@pszjlaw.com
            ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*

4923-5367-7422.1 57101.00001

2