**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11354 (JKS)<br><br>**Re: Docket No. 98** |

**ORDER GRANTING MOTION OF GEORGE L. MILLER CHAPTER 7 TRUSTEE FOR ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO PREPARE AND FILE DEBTOR'S SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS, EXTENDING TIME FOR FILING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS, AND APPROVING REIMBURSEMENT OF EXPENSES INCURRED AS AN ADMINISTRATIVE EXPENSE**

Upon consideration the motion (the "<u>Motion</u>")[1] of George L. Miller, chapter 7 trustee (the "<u>Trustee</u>") to the estate of the above-captioned debtor (the "<u>Debtor</u>"), for entry of an order (this "<u>Order</u>"), authorizing the Trustee to prepare and file the Debtor's Schedules and Statement of Financial Affairs, extending the time for filing the Schedules and Statement of Financial Affairs, and approving reimbursement of fees and costs incurred in the preparation and filing of the Schedules and Statement of Financial Affairs, as an administrative expense, all as more fully set forth in the Motion; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, creditors, and other parties in interest; and the Court having found that notice of and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Trustee is hereby authorized to prepare and file with this Court the Schedules and Statement of Financial Affairs for the Debtor.

3. The time for the Trustee to prepare and/or finalize and file the Schedules and Statement of Financial Affairs of the Debtor as required by Bankruptcy Rule 1007(b) is hereby extended to and including to 30 days following entry of this Order.

4. Professional fees and reimbursement of any and all costs incurred by the Trustee and his professionals in the preparation and/or finalization and filing of the Schedules and Statement of Financial Affairs shall be allowed as an administrative expense in accordance with Bankruptcy Rule 1007(k) upon approval of fee applications of the Trustee and his professionals.

5. The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6.	This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: October 2nd, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE