**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11354 (JKS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
<u>HEARING ON OCTOBER 7, 2025, AT 11:00 A.M. (EASTERN TIME)</u>**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (ET) one business day prior to the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

## <u>RESOLVED MATTERS</u>

1. Motion of Deborah A. Vitale for Leave to Intervene and be Heard in the Above Captioned Case: Motion to Vacate the Court's Opinion and Order Dated July 30, 2025 and Order Dated July 31, 2025 and Dismiss the Involuntary Petition or, Alternatively, to Alter and Amend the Opinion and Orders; and Motion for Stay of the Court's Opinion (D.I. 42) and Order (D.I. 43) Dated July 30, 2025 and Order (D.I. 45) Dated July 31, 2025 Pending Resolution of the Appeal [Filed 8/13/25] (Docket No. 55)

   <u>Response Deadline</u>:    August 28, 2025 at 4:00 p.m. (Eastern Time)

   <u>Related Documents</u>:

   (a)    Certification of Counsel Regarding Order Denying Motions Filed at D.I. Nos. 47, 55 and 63 [Filed 9/4/25] (Docket No. 88)

  (b) Order Denying Motions Filed at D.I. Nos. 47, 55 and 63 [Filed 9/4/25] (Docket No. 89)

 Responses Received:

  (a) Petitioning Creditors Omnibus Objection to (A) Motion of "Alleged Debtor", Diamondhead Casino Corporation, to Vacate the Court's Opinion and Order Dated July 30, 2025 and Order dated July, 2025 and Dismiss the Involuntary Petition or, Alternatively, to Alter and Amend the Opinion and Orders [D.I. 63]; (B) Motion of the "Alleged Debtor", Diamondhead Casino Corporation for a Stay of the Court's Opinion [D.I. 42] and Order [D.I. 45] Dated July 31, 2025, Pending Resolution of the Appeal [D.I. 47]; (C) Motion of Deborah A. Vitale for Leave to Intervene and be Heard in the Above Captioned Case and Joinders to "Alleged Debtor" Diamondhead Casino Corporation's Motion to Vacate/Dismiss and Motion for Stay Pending Appeal [D.I. 55] [Filed 8/28/25] (Docket No. 77)

  (b) Letter From Robert Goldberg to the Honorable J. Kate Stickles Regarding Jurisdiction on Pending Motions [Filed 8/28/25] (Docket No. 78)

 Status: An order has been entered by the Court. No hearing is necessary.

2. Application of Chapter 7 Trustee George L. Miller to Employ and Retain Pachulski Stang Ziehl & Jones LLP LLP as Counsel to Chapter 7 Trustee, Effective as of August 1, 2025 [Filed 8/18/25] (Docket No. 66)

 Response Deadline: September 2, 2025 at 4:00 p.m. (Eastern Time)

 Related Documents:

  (a) Certificataion of No Objection Regarding Application of Chapter 7 Trustee George L. Miller to Employ and Retain Pachulski Stang Ziehl & Jones LLP LLP as Counsel to Chapter 7 Trustee, Effective as of August 1, 2025 [Filed 9/17/25] (Docket No. 106)

  (b) Order Granting Application of Chapter 7 Trustee for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLp as Counsel to Chapter 7 Trustee, Effective as of August 1, 2025 [Filed 9/18/25] (Docket No. 110)

 Status: An order has been entered by the Court. No hearing is necessary.

3. Motion of George L. Miller Chapter 7 Trustee for Order Authorizing Chapter 7 Trustee to Prepare and File Debtor's Schedules and Statement of Financial Affairs, Extending Time for Filing Schedules and Statement of Financial Affairs, and Approving Reimbursement of Expenses Incurred as an Administrative Expense [Filed 9/12/25] (Docket No. 98)

   Response Deadline:    September 26, 2025 at 4:00 p.m. (Eastern Time)

   Related Documents:

   (a)    Certification of No Objection Regarding Motion of George L. Miller Chapter 7 Trustee for Order Authorizing Chapter 7 Trustee to Prepare and File Debtor's Schedules and Statement of Financial Affairs, Extending Time for Filing Schedules and Statement of Financial Affairs, and Approving Reimbursement of Expenses Incurred as an Administrative Expense [Filed 10/1/25] (Docket No. 120)

   (b)    [Signed] Order Granting Motion of George L. Miller Chapter 7 Trustee For Order Authorizing Chapter 7 Trustee To Prepare And File Debtors Schedules And Statement Of Financial Affairs, Extending Time For Filing Schedules And Statement of Financial Affairs, And Approving Reimbursement Of Expenses Incurred As An Administrative Expense [Filed 10/2/25] (Docket No. 122)

   Responses Received:    None.

   Status:    An order has been entered by the Court.  No hearing is necessary.

4. Motion of the Alleged Debtor, Diamondhead Casino Corporation, to Vacate the Court's Opinion and Order Dated July 30, 2025 and Order Dated July 31, 2025 and Dismiss the Involuntary Petition or, Alternatively, to Alter and Amend the Opinion and Orders [Filed 8/15/25] (Docket No. 63)

   Response Deadline:    September 2, 2025 at 4:00 p.m. (Eastern Time)

   Related Documents:

   (a)    Order Denying Motions Filed at D.I. Nos. 47, 55 and 63 [Filed 9/4/25] (Docket No. 89)

   Responses Received:

   (b)    Petitioning Creditors Omnibus Objection to  (A) Motion of "Alleged Debtor", Diamondhead Casino Corporation, to Vacate the Court's Opinion and Order Dated July 30, 2025 and Order dated July, 2025 and Dismiss the Involuntary Petition or, Alternatively, to Alter and Amend the Opinion and Orders [D.I. 63]; (B) Motion of the "Alleged Debtor", Diamondhead Casino Corporation for a Stay of the Court's Opinion [D.I. 42] and Order [D.I. 45] Dated July 31, 2025, Pending Resolution of the Appeal [D.I. 47]; (C) Motion of Deborah A. Vitale for Leave to Intervene and be Heard in the Above Captioned Case and Joinders to "Alleged Debtor" Diamondhead Casino Corporation's Motion to Vacate/Dismiss and Motion for Stay Pending Appeal [D.I. 55] [Filed 8/28/25] (Docket No. 77)

  (c) Letter From Robert Goldberg to the Honorable J. Kate Stickles Regarding Jurisdiction on Pending Motions [Filed 8/28/25] (Docket No. 78)

Status: An order has been entered by the Court.  No hearing is necessary.

## MATTER GOING FORWARD:

5. Application of Chapter 7 Trustee George L. Miller to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, Effective as of August 1, 2025 [Filed 8/18/25] (Docket No. 65)

    Response Deadline: September 2, 2025 at 4:00 p.m. (Eastern Time)

    Related Documents:

    (a) Amended Notice of Hearing on Application of Chapter 7 Trustee George L. Miller to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, Effective as of August 1, 2025 Effective as of August 1, 2025 [Filed 8/21/25] (Docket No. 73)

    Responses Received:

    (b) Objection of Deborah A. Vitale to Trustee's Application to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants [Filed 9/2/25] (Docket No. 81)

    Reply:

    (c) Reply in Support of Application of Chapter 7 Trustee George L. Miller to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, Effective as of August 1, 2025 [Filed 10/2/25] (Docket No. 121)

    Status: The hearing on this matter is going forward.

| | |
|---|---|
| Dated:  October 3, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP** |

 /s/ Peter J. Keane
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
          pkeane@pszjlaw.com
          ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*