## SIGN-IN SHEET

| CASE NAME   Diamondhead Casino Corporation | COURTROOM #5 |
|---|---|
| CASE NUMBER:  24-11354 JKS | DATE:  10/7/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Brad Sandler | Pachulski Stang Ziehl & Jones | Ch. 7 Trustee |
| Peter Keane | " | " |
| Robert Goldberg | Biggs & Battaglia | Diamondhead |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## 11:00 AM

**24-11354-JKS Diamondhead Casino Corporation**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Rick Archer | Law360 | | 11:00 AM | Audio Only | no |
| Stephen Duran Flield | | Diamondheard | 11:00 AM | Audio Only | no |
| Uday Gorrepati | | | 11:00 AM | Audio Only | no |
| Peter J Keane | Pachulski Stang Ziehl & Jones LLP | Chapter 7 Trustee | 11:00 AM | Zoom(Video and Audio) | yes |
| George L. Miller | Miller Coffey Tate LLP | Chapter 7 Trustee | 11:00 AM | Zoom(Video and Audio) | yes |
| Bradford J. Sandler | Pachulski Stang Ziehl & Jones LLP | Chapter 7 Trustee | 11:00 AM | Zoom(Video and Audio) | yes |
| Vince Sullivan | Law360 | | 11:00 AM | Audio Only | no |
| Vince Sullivan | Law360 | | 11:00 AM | Audio Only | no |
| Deborah Vitale | | Deborah Vitale | 11:00 AM | Zoom(Video and Audio) | yes |
| Alex Wittenberg | Law360 | | 11:00 AM | Audio Only | no |
| seeman saeed | | | 11:00 AM | Audio Only | yes |