# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION,<br><br>                Debtor. | Chapter 7<br><br>Case No. 24-11354 (JKS)<br><br>Ref. Docket No. 124 |

**Hearing Date: November 3, 2025, at 3:00 p.m. (ET)**
**Objection Deadline: October 27, 2025, at 4:00 p.m. (ET)**

**NOTICE OF HEARING ON MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR ORDERS (A) ESTABLISHING BIDDING PROCEDURES IN CONNECTION WITH SALE OF DEBTOR'S ASSETS AND AUTHORIZING TRUSTEE'S ABILITY TO SELECT STALKING HORSE AND PROVIDE BID PROTECTIONS; (B) APPROVING THE FORM AND MANNER OF NOTICES; (C) SCHEDULING A SALE HEARING; (D) AUTHORIZING THE SALE OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES; AND (E) GRANTING RELATED RELIEF**

    **PLEASE TAKE NOTICE** that October 10, 2025, George L. Miller, the chapter 7 trustee (the "Trustee") to the estate of the above-captioned debtor (the "Debtor"), filed the attached *Motion of George L. Miller, Chapter 7 Trustee, for Orders (A) Establishing Bidding Procedures in Connection With Sale of Debtor's Assets and Authorizing Trustee's Ability to Select Stalking Horse and Provide Bid Protections; (B) Approving the Form and Manner of Notices; (C) Scheduling a Sale Hearing; (D) Authorizing the Sale of the Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (E) Granting Related Relief* (the "Motion") [Docket No. 124].

    **PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the Application must be made on or before **October 27, 2025, at 4:00 p.m. (Eastern time)**.

    **PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (a) counsel for the Trustee, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Bradford J. Sandler and Peter J.

Keane) bsandler@pszjlaw.com, pkeane@pszjlaw.com; (b) the U.S. Trustee, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE  19801 (Attn: Jon Lipshie) jon.lipshie@usdoj.gov; and (c) all parties requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **NOVEMBER 3, 2025, AT 3:00 P.M. (EASTERN TIME)** BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

Dated:  October 10, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
            pkeane@pszjlaw.com
            ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*