# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11354 (JKS)<br><br>**Re: Docket Nos. 124, 131** |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on October 10, 2025, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

1.  **Motion of George L. Miller, Chapter 7 Trustee, For Orders (A) Establishing Bidding Procedures In Connection With Sale of Debtor's Assets and Authorizing Trustee's Ability to Select Stalking Horse and Provide Bid Protections; (B) Approving the Form and Manner of Notices; (C) Scheduling A Sale Hearing; (D) Authorizing the Sale of the Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (E) Granting Related Relief [Docket No. 124]**

2.  **Notice of Hearing on Motion of George L. Miller, Chapter 7 Trustee, For Orders (A) Establishing Bidding Procedures In Connection With Sale of Debtor's Assets and Authorizing Trustee's Ability to Select Stalking Horse and Provide Bid Protections; (B) Approving the Form and Manner of Notices; (C) Scheduling A Sale Hearing; (D) Authorizing the Sale of the Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (E) Granting Related Relief [Docket No. 131].**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

Diamondhead Casino Corporation
2002 Service List FCM & Email
Case No. 24-11354 (JKS)
Document No. 4898-8038-7680.001
01 – First Class Mail
06 – Electronic Mail

*ELECTRONIC MAIL*
(Counsel to the U.S. Trustee)
Bradford J Sandler, Esquire
Peter J Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N Market St, 17th Floor
Wilmington, DE 19801
**Email:  bsandler@pszjlaw.com; pkeane@pszjlaw.com**

*ELECTRONIC MAIL*
(Counsel to Debtor)
Robert D. Goldberg, Esquire
Biggs & Battaglia
921 North Orange Street
Wilmington, DE 19801
**Email: goldberg@batlaw.com**

*ELECTRONIC MAIL*
(Counsel to Petitioning Creditors)
Jonathan Stemerman, Esquire
Armstrong Teasdale LLP
1007 North Market Street, 3rd Floor
Wilmington, DE 19801
**Email: jstemerman@atllp.com**

*ELECTRONIC MAIL*
U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
**Email: USTPRegion03.WL.ECF@USDOJ.GOV**

*ELECTRONIC MAIL*
Deborah A. Vitale, Esquire
1866 Carpenter Road
Alexandria, VA 22314
**Email: vitaledav@aol.com**

*FIRST CLASS MAIL*
Europa Cruises Corporation Stock
    Ownership Plan
1013 Princess Street
Alexandria, VA 22314