## Exhibit A

**Proposed Order**

4906-9697-8026.5 57101.00001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11354 (JKS)<br><br>**Ref. Docket No.** _____ |

**ORDER GRANTING APPLICATION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, PURSUANT TO SECTIONS 327(a) AND 328 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014(a) AND 2016, AND LOCAL RULE 2014-1, FOR AUTHORITY TO EMPLOY AND RETAIN COLLIERS LOUISIANA, LLC AS REAL ESTATE BROKER TO THE CHAPTER 7 TRUSTEE, EFFECTIVE AS OF SEPTEMBER 15, 2025**

Upon consideration of the Application (the "Application")[1] of George L. Miller, the chapter 7 trustee (the "Trustee") to the estate of the above-captioned debtor (the "Debtor"), for entry of an order (this "Order"), pursuant to sections 327 and 328 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rule 2014-1, authorizing the Trustee to employ and retain Colliers Louisiana, LLC ("Colliers") as real estate broker to the Trustee, effective as of September 15, 2025, as more fully set forth in the Application; and the Court having reviewed the Application and the Abadie Declaration; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Application in this district is proper pursuant

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

4906-9697-8026.5 57101.00001

to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Trustee's notice of the Application and opportunity for a hearing on the Application were appropriate and no other notice need be provided; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED as set forth herein.

2. The Trustee is hereby authorized to employ and retain Colliers as real estate broker pursuant to sections 327 and 328 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rule 2014-1, effective as of September 15, 2025.

3. Colliers is authorized to render professional services to the Trustee as described in the Application and in accordance with the terms of the Agreement.

4. The Exclusive Listing Agreement attached to the Application is approved by its terms. Pursuant to the terms therein, any extensions thereof shall not require additional Court approval. Colliers shall be compensated in accordance with the terms of the Agreement and shall file a final fee application in this case.

5. The Trustee is authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.