# Notice Recipients

District/Off: 0311−1           User: admin                Date Created: 10/23/2025
Case: 24−11354−JKS             Form ID: van043            Total: 56

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Bradford J. Sandler | bsandler@pszjlaw.com |
| aty | Edward A. Corma | ecorma@pszjlaw.com |
| aty | Peter J Keane | pkeane@pszjlaw.com |
| aty | Robert D. Goldberg | goldberg@batlaw.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Diamondhead Casino Corporation | 1013 Princess Street    Alexandria, VA 22314 |
| tr | George L. Miller | 1628 John F. Kennedy Blvd.    Suite 950    Philadelphia, PA 19103−2110 |
| 20034612 | Access Storage | 2125 Main St.    Ferdinand, IN 47532 |
| 20034613 | Andrew Steinberg | 3581 Sherbrooke Circle    Woodbridge, VA 22192 |
| 20034614 | Argonaut 2000 Partners, L.P. | Robert M. Malbie Jr., Managing Director    22287 Mullholand Hwy. #47    Calabasas, CA 91302 |
| 20034615 | Barry Stark and Irene Stark | 10692 Hawks Vista Street    Plantation, FL 33324 |
| 20034616 | Benjamin Harrell | 162 Hesper Avenue    Metairie, LA 70005 |
| 20034617 | Bhagwan Khalsa and Brandyn Hicks | 6415 Pinehurst Road    Baltimore, MD 21212 |
| 20034618 | Biggs and Battaglia | 921 North Orange Street    P.O. Box 1489    Wilmington, DE 19899 |
| 20034619 | Bonnie K. Wachtel | 1711 Massachusetts Ave. NW, Unit 528    Washington, D.C. 20036 |
| 20034620 | Bruce Ash and Pamela Ash | 3091 Rice Field Lane    Mt. Pleasant, SN 29466 |
| 20034624 | CT Corporation | 1209 Orange Street    Wilmington, DE, 19801 |
| 20034621 | College, Health and Investments, LP | c/o Samuel I. Burstyn, Gen. Ptnr.    701 Brickell Ave., Suite 2450    Miami, FL 33131 |
| 20034622 | Colonial Stock Transfer | 7840 S 700 E    Sandy, UT 84070 |
| 20034623 | Continental Stock Transfer & Trust Co. | One State Street, 30th Floor    New York, NY 10004 |
| 20034625 | David Wheeler, Esq. | 185 Main Street    P.O. Box 264    Biloxi, MS 39533 |
| 20034626 | Deborah A. Vitale | 1866 Carpenter Road    Alexandria, VA 22314 |
| 20034627 | Deborah A. Vitale, as Lien Agent | 1013 Princess Street    Alexandria, VA 22314 |
| 20034677 | Department of Labor | Division of Unemployment Insurance    P.O. Box 9953    Wilmington, DE 19809 |
| 20034628 | Diamondhead Country Club & | Property Owners Association    7610 Country Club Circle    Diamondhead, MS 39525 |
| 20034629 | Dominic Tasselli | 932 Pear Street    Brea, CA 92821 |
| 20034630 | Dr. Michael Berenhaus | 5451 Merriam Street    Bethesda, MD 20814 |
| 20034631 | Dr. Norton Fishman and | Kathryn H. Fishman    1182 Farrow Drive    Charlottesville, VA 22901 |
| 20034635 | EMS Consulting Services, LLC | 145 West 67th Street, Apt. 8C    New York, NY 10023 |
| 20034632 | Edson R. Arneault | One Riverside Drive    New Cumberland, W. VA 26047 |
| 20034633 | Elliott C. Lepler & Marcia L. Lepler | Trustees FBO The Lepler Family Trust    UA DEC 26, 2000    439 Calderon Avenue    Mountain View, CA 94041 |
| 20034634 | Emerson Partners | J. Steven Emerson Authorized Trader    1522 Ensley Ave.    Los Angeles, CA 90024 |
| 20034636 | Finger & Slanina LLP | One Commerce Center    1201 N. Orange St., 7th Floor    Wilmington, DE 19801−1186 |
| 20034637 | Gregory A. Harrison | 16209 Kimberly Grove    Gaithersburg, MD 20878 |
| 20034638 | Gregory A. Harrison, as Lien Agent | 16209 Kimberly Grove    Gaithersburg, MD 20878 |
| 20034639 | J. Steven Emerson | 1522 Ensley Ave.    Los Angeles, CA 90024 |
| 20034640 | James Molner and Nora Molner | 2496 Aron Drive    Seaford, NY 11783 |
| 20034641 | John St. Peter and Marilyn C. St. Peter | 22121 Creekview Drive    Gaithersburg, MD 20882 |
| 20034642 | Kathleen Devlin and James Devlin | 7269 Golf Colony Court, Unit #106    Lake Worth, FL 33467 |
| 20034643 | Law Office of Edward Friedman | 10411 Motor City Drive, Suite 750    Bethesda, MD 20817 |
| 20034644 | Marcum LLP | 601 Route 73 North, Suite 400    Marlton, NJ 08053 |
| 20034645 | Martin Blount | 1320 Maryland Avenue    Washington, DC 20002 |
| 20034646 | Millennium Trust Company, LLC | Cust. FBO: J. Steven Emerson Roth IRA    2001 Spring Road, Suite 700    Oak Brook, IL 60523 |
| 20034647 | Pamela Jo Stevens and Carl D. Stevens | 1753 GA Highway 42S    Forsyth, GA 31029 |
| 20034652 | ROI Capital Management, Inc., | Defined Benefit Plan    c/o Mitchell Soboleski, Trustee    300 Drakes Landing Road #175    Greenbrae, CA 94904 |
| 20034648 | Redmon, Peyton & Braswell, LLP | 510 King Street, Suite 301    Alexandria, VA 22314 |
| 20034649 | Robert Croker | 13710 Lionel Lane    Rockville, MD 20853 |
| 20034650 | Robert F. Skaff, Jr. | 386 Waverly Ave.    Brooklyn, NY 11226 |
| 20034651 | Robert Zimmerman | 700 Starkey Road, Unit 421    Largo, FL 33771 |
| 20034653 | Seeman Saeed and Iram Seeman | 11507 Saunders Haven Court    Great Falls, VA 22066 |
| 20034676 | State of Delaware | Division of Revenue    820 N. French Street, 8th Floor    Wilmington, DE 19801−0820 |
| 20034654 | Stephen Duran Field and | Margaret C. McCulla    104 Dale Drive    Rockville, MD 20850 |
| 20034655 | Stephen Luginbill | 25 Wall Street    Rockville, MD 20850 |
| 20034656 | Steven Rothstein | 34 Jefferson Landing Circle    Port Jefferson, NY 11778 |

| | | | |
|---|---|---|---|
| 20034657 | Wells Fargo | 420 Montgomery Street | San Francisco, CA 94104 |
| 20034658 | Wendie L. Wachtel | 1101–14th Street, NW | Washington, D.C. 20005 |

TOTAL: 51