# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DIAMONDHEAD CASINO CORPORATION, | Case No. 24-11354 (JKS) |
| Debtor. | **Re: Docket No. 141** |

## CERTIFICATE OF SERVICE

    I, Bradford J. Sandler, hereby certify that on the 29th day of October, 2025, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

> **Reply of George L. Miller, Chapter 7 Trustee, (I) in Further Support of Bidding Procedures and Sale Motion and (II) in Response to Objection of Deborah A. Vitale to Notice of Creditors' Meeting Scheduled for November 7, 2025 and to Bidding Procedures and Sale Motion [Docket No. 141]**

                                             */s/ Bradford J. Sandler*
                                             Bradford J. Sandler (DE Bar No. 4142)

*ELECTRONIC MAIL*
(Counsel to Debtor)
Robert D. Goldberg, Esquire
Biggs & Battaglia
921 North Orange Street
Wilmington, DE 19801
**Email: goldberg@batlaw.com**

*ELECTRONIC MAIL*
(Counsel to Petitioning Creditors)
Jonathan Stemerman, Esquire
Armstrong Teasdale LLP
1007 North Market Street, 3rd Floor
Wilmington, DE 19801
**Email: jstemerman@atllp.com**

*ELECTRONIC MAIL*
U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
**Email: USTPRegion03.WL.ECF@USDOJ.GOV**

*ELECTRONIC MAIL*
Deborah A. Vitale, Esquire
1866 Carpenter Road
Alexandria, VA 22314
**Email: vitaledav@aol.com**