# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> DIAMONDHEAD CASINO CORPORATION, <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-11354 (JKS) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON NOVEMBER 3, 2025, AT 3:00 P.M. (EASTERN TIME)

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (ET) one business day prior to the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**MATTERS GOING FORWARD:**

1. Motion of George L. Miller, Chapter 7 Trustee, for Orders (A) Establishing Bidding Procedures in Connection With Sale of Debtor's Assets and Authorizing Trustee's Ability to Select Stalking Horse and Provide Bid Protections; (B) Approving the Form and Manner of Notices; (C) Scheduling a Sale Hearing; (D) Authorizing the Sale of the Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (E) Granting Related Relief [Filed 10/10/25] (Docket No. 124)

    Response Deadline:   October 27, 2025 at 4:00 p.m. (Eastern Time); Extended for US Trustee only to October 30, 2025 at 4:00 p.m. (Eastern Time)

Related Documents:

(a) Notice of Hearing on Motion of George L. Miller, Chapter 7 Trustee, for Orders (A) Establishing Bidding Procedures in Connection With Sale of Debtor's Assets and Authorizing Trustee's Ability to Select Stalking Horse and Provide Bid Protections; (B) Approving the Form and Manner of Notices; (C) Scheduling a Sale Hearing; (D) Authorizing the Sale of the Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (E) Granting Related Relief [Filed 10/10/25] (Docket No. 131)

(b) Certificate of Service of Reply of George L. Miller, Chapter 7 Trustee, (I) in Further Support of Bidding Procedures and Sale Motion and (II) in Response to Objection of Deborah A. Vitale to Notice of Creditors' Meeting Scheduled for November 7, 2025 and to Bidding Procedures and Sale Motion [Filed 10/29/25] (Docket No. 142)

Responses Received:

(a) Objection to Notice of Creditors' Meeting Scheduled for November 7, 2025 and to Motion of George L. Miller, Chapter 7 Trustee, for Orders (A) Establishing Bidding Procedures in Connection with Sale of Debtor's Assets and Authorizing Trustee's Ability to Select Stalking Horse and Provide Bid Protections; (B) Approving the Form and Manner of Notices; (C) Scheduling a Sale Hearing; (D) Authorizing the Sale of the Assets Free and Clear of All Liens, Claims, Interests and Encumbrances; and (E) Granting Related Relief and Objection to Notice of Section [Filed 10/27/25] (Docket No. 140)

(b) Informal comments from the U.S. Trustee

Reply:

(a) Reply of George L. Miller, Chapter 7 Trustee, (I) in Further Support of Bidding Procedures and Sale Motion and (II) in Response to Objection of Deborah A. Vitale to Notice of Creditors' Meeting Scheduled for November 7, 2025 and to Bidding Procedures and Sale Motion [Filed 10/29/25] (Docket No. 141)

Status: The hearing on this matter is going forward.

2. Application of George L. Miller, Chapter 7 Trustee, Pursuant to Sections 327(a) and 328 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, for Authority to Employ and Retain Colliers Louisiana, LLC as Real Estate Broker to the Chapter 7 Trustee, Effective as of September 15, 2025 [Filed 10/13/25] (Docket No. 133)

   Response Deadline:   October 27, 2025 at 4:00 p.m. (Eastern Time); Extended for US Trustee only to October 28, 2025 at 12:00 p.m. (Eastern Time)

   Related Documents:   None

   Responses Received:

   (a)   Informal comments from the U.S. Trustee

   Status:  The hearing on this matter is going forward.

Dated:  October 30, 2025            **PACHULSKI STANG ZIEHL & JONES LLP**

   */s/ Peter J. Keane*
   Bradford J. Sandler (DE Bar No. 4142)
   Peter J. Keane (DE Bar No. 5503)
   Edward A. Corma (DE Bar No. 6718)
   919 North Market Street, 17th Floor
   P.O. Box 8705
   Wilmington, DE 19899-8705 (Courier 19801)
   Telephone:  (302) 652-4100
   Facsimile:  (302) 652-4400
   Email:  bsandler@pszjlaw.com
            pkeane@pszjlaw.com
            ecorma@pszjlaw.com

   *Counsel to George L. Miller, Chapter 7 Trustee*