**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 24-11354 (JKS) |
| DIAMONDHEAD CASINO CORPORATION, | |
| Debtor. | Chapter 7 |

## GLOBAL NOTES AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The Chapter 7 Trustee, George L. Miller (the Trustee"), hereby submits the Debtor's Statement of Financial Affairs (the "SOFA") and Schedule of Assets and Liabilities (the "Schedules"), in compliance with this Court's October 2, 2025 [Docket No. 122] Order and pursuant to 11 U.S.C. §521 and Federal Rule of Bankruptcy Procedure 1007. The following notes and disclaimers regarding the SOFA and Schedules are fully incorporated into and made part of the SOFA and Schedules and should be referred to and considered in connection with any review of the SOFA and Schedules.

1.      The Trustee has no personal knowledge of the Debtor's financial affairs as of the date of bankruptcy. The financial and other information contained in the SOFA and Schedules is derived from multiple sources including, but not limited to, the following: the Debtor's books and records, records obtained from the Debtor's former officers, court pleadings in the instant matter, and other third-party sources.

2.      The current market value of the Debtor's assets has not been provided to the Trustee and such information is not readily available at this time. It would be prohibitively expensive, unduly burdensome, and extremely time-consuming to obtain current market valuations of the Debtor's assets. Accordingly, unless otherwise indicated, net book values rather than current market values are reflected on the SOFA and Schedules. The Trustee has performed no independent review of the value of these assets. The actual value of the assets listed may differ significantly from the amounts reflected in the Debtor's books and records.

3.      It is unclear as of the filing of the SOFA and Schedules if the Debtor's books and records accurately reflect ownership of assets and obligation of liabilities. The Trustee is continuing to investigate the manner in which the Debtor maintained its activities in the ordinary course of business.

4.      The SOFA and Schedules prepared by the Trustee and his professionals are unaudited. While the Trustee has tried to ensure that the SOFA and Schedules are accurate and complete based upon information that was made available at the time of the preparation, the subsequent receipt of information may result in material changes in financial and other data contained in the SOFA and Schedules.

5.      While the Trustee has sought to file complete and accurate SOFA and Schedules, inadvertent errors and omissions may exist.  The Trustee reserves all rights to amend the SOFA and Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defense to any claim reflected on the SOFA and Schedules as to amount, liability or classification, or to otherwise subsequently designate any claims as "disputed", "contingent" or "unliquidated".  Furthermore, nothing contained in the SOFA and Schedules shall constitute a waiver of rights by the Trustee involving any present or future causes of action, contested matters or other issues under the provisions of the Bankruptcy Code or other relevant non-bankruptcy laws.

6.      Schedule E contains the Trustee's best estimate of all potential priority claims against the Debtor's estate held by governmental entities and former employees of the Debtor, if any.

7.      While reasonable efforts have been made to ensure the accuracy of Schedule G, the Trustee does not make, and specifically disclaims, any representation or warranty as to the completeness or accuracy of the information set forth herein, or the validity or enforceability of any contracts, agreements, or documents listed herein.

8.      The Trustee reserves all of the Debtor's rights with respect to any claims, causes of action, defenses, and/or remedies the Debtor's estate has or may have, and neither the SOFA nor the Schedules shall be deemed a waiver of any such claims, causes of action, defenses, and/or remedies.  Furthermore, nothing contained in the SOFA and Schedules shall constitute a waiver of any of the Debtor's estate's or the Trustee's claims, causes of action, defenses, and/or remedies with respect to these Bankruptcy Cases.

9.      Because the Debtor's cash management system may have been commingled with other non-debtor affiliated entities, certain of the information set forth in the SOFA and Schedules may not accurately reflect payments by an affiliated non-debtor on behalf of the Debtor and vice-versa.

10.     As of the filing of the SOFA and Schedules, the Debtor's most significant asset appears to be its 100% equity interest in Mississippi Gaming Corporation ("MGC"), which owns approx. 400 acres of land, of which 50 acres received gaming site approval from the Mississippi Gaming Commission.  For further financial disclosures regarding both the Debtor and MGC, please refer to the Debtor's SEC filings which can be found on the SEC's EDGAR database or by following this link: https://www.sec.gov/edgar/browse/?CIK=844887.

Fill in this information to identify the case:

Debtor name    **Diamondhead Casino Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **24-11354 (JKS)**

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 30, 2025**          X _____
Signature of individual signing on behalf of debtor

**George L. Miller**
Printed name

**Chapter 7 Trustee**
Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: |
| --- |
| Debtor name  **Diamondhead Casino Corporation** |
| United States Bankruptcy Court for the:   DISTRICT OF DELAWARE |
| Case number (if known)  **24-11354 (JKS)** |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*......................................................................... $     **17,347.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................... $     **12,697.51**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................... $     **30,044.51**

### Part 2:    Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... +$     **4,992,320.10**

4.   **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b     $     **4,992,320.10**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Diamondhead Casino Corporation** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **24-11354 (JKS)** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. **Truist** | **Checking** | 1347 | $12,697.51 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $12,697.51 |

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:    Investments

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.

Debtor    **Diamondhead Casino Corporation**                          Case number *(if known)* **24-11354 (JKS)**
_____                        _____
Name

■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**
     Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
     Name of entity:                                    % of ownership

| | Name of entity | % of ownership | | Valuation method | Current value |
|---|---|---|---|---|---|
| 15.1. | **Mississippi Gaming Corporation** | **100** | % | **N/A** | **Unknown** |
| 15.2. | **Casino World, Inc.** | **100** | % | **N/A** | **Unknown** |
| 15.3. | **Europasky Corporation (Delaware)** | **100** | % | **N/A** | **Unknown** |

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
     Describe:

17.  **Total of Part 4.**                                                               **$0.00**
     Add lines 14 through 16. Copy the total to line 83.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No. Go to Part 8.
   ☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No. Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

| Debtor | **Diamondhead Casino Corporation** | Case number *(If known)* **24-11354 (JKS)** |
|---|---|---|
| | Name | |

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Small Residential Lot (Back gate of land owned by Mississippi Gaming Corporation - Parcel 131M-2-11-001.000** | Fee simple | Unknown | Tax records | $17,347.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $17,347.00 |
|---|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property**<br>**SEC public stock listing** | $0.00 | N/A | Unknown |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

Debtor  **Diamondhead Casino Corporation**                          Case number *(If known)*  **24-11354 (JKS)**
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Part 11:    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Available Net Operating Losses as reported on 2023**<br>**Federal Form 1120 - $21,573,668.00** | Tax year **2023**    Unknown |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Potential claims and causes of action against certain actual and alleged debenture holders** | Unknown |
|  | Nature of claim | |
|  | Amount requested | $0.00 |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Diamondhead Casino Corporation**                          Case number *(If known)*  **24-11354 (JKS)**
        Name

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $12,697.51 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...............................> | | $17,347.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,697.51 | + 91b. $17,347.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $30,044.51 |

**Fill in this information to identify the case:**

Debtor name **Diamondhead Casino Corporation**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **24-11354 (JKS)**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   **Diamondhead Casino Corporation**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **24-11354 (JKS)**

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **Unknown** | **Unknown** |

| | | |
|---|---|---|
| **2.1** | Priority creditor's name and mailing address **Deborah A. Vitale** **1866 Carpenter Road** **Alexandria, VA 22314** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed |
| | Date or dates debt was incurred **Unknown** | Basis for the claim: **Unpaid salary** |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | **$0.00** | **Unknown** |

| | | |
|---|---|---|
| **2.2** | Priority creditor's name and mailing address **Delaware Division of Revenue/Bankruptcy Attn: Bankruptcy Administrator Carvel State Building 820 N. French Street, 8th Floor Wilmington, DE 19801** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ■ Disputed |
| | Date or dates debt was incurred **Unknown** | Basis for the claim: **All Delaware state taxes** |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Diamondhead Casino Corporation** | Case number (if known) | **24-11354 (JKS)** |
|---|---|---|---|
| | Name | | |

**2.3** Priority creditor's name and mailing address

**Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:                                    **$0.00    Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Unknown** | **All federal taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address

**Mississippi Department of
Revenue
Bankruptcy Section
P.O. Box 22808
Jackson, MS 39225-2808**

As of the petition filing date, the claim is:                                    **$0.00    Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Unknown** | **All Mississippi state taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Access Storage
2125 Main Street
Ferdinand, IN 47532**

Date(s) debt was incurred  **Unknown**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*                **$7,697.95**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**Andrew Steinberg
3581 Sherbrooke Circle
Woodbridge, VA 22192**

Date(s) debt was incurred  **Unknown**

Last 4 digits of account number  **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*                **$10,000.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

**Argonaut 2000 Partners, L.P.
22287 Mullholand Hwy., 347
Robert M. Malbie, Jr.
Managing Director
Calabasas, CA 91302**

Date(s) debt was
incurred  **3/31/2014 and 12/31/2014**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                **$162,194.67**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Amended and Restated First Tranche Collateralized
Convertible Senior Debenture and Second Tranche Collateralized
Convertible Senior Debenture**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Diamondhead Casino Corporation**
_____
Name

Case number (if known)   **24-11354 (JKS)**
_____

| | | |
|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Barry Stark and Irene Stark**<br>**10692 Hawks Vista Street**<br>**Fort Lauderdale, FL 33324**<br>Date(s) debt was<br>incurred **3/31/2014 and 12/31/2014**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Amended and Restated First Tranche Collateralized Convertible Senior Debenture and Second Tranche Collateralized Convertible Senior Debenture**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$162,194.67** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Benjamin Harrell**<br>**162 Hesper Avenue**<br>**Metairie, LA 70005**<br>Date(s) debt was incurred **Various Periods**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Board of Director Fees**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Biggs & Battaglia**<br>**921 N. Orange Street**<br>**Wilmington, DE 19899**<br>Date(s) debt was incurred **Unknown**<br>Last 4 digits of account number **Unknown** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **_**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**College, Health and Investments, LP**<br>**Samuel I. Burstyn, GP**<br>**701 Brickell Ave., Suite 2450**<br>**Miami, FL 33131**<br>Date(s) debt was incurred **3/31/2014**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **First Tranche Collateralized Convertible Senior Debenture**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$70,000.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Colonial Stock Transfer**<br>**7840 S 700 E**<br>**Sandy, UT 84070**<br>Date(s) debt was incurred **Unknown**<br>Last 4 digits of account number **Unknown** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **_**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Continental Stock Transfer and Trust Co**<br>**One State Street, 30th Floor**<br>**New York, NY 10004**<br>Date(s) debt was incurred **Unknown**<br>Last 4 digits of account number **Unknown** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **_**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**CT Corporation**<br>**1209 Orange Street**<br>**Wilmington, DE 19801**<br>Date(s) debt was incurred **Unknown**<br>Last 4 digits of account number **Unknown** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **_**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,831.00** |

| Debtor | **Diamondhead Casino Corporation** | Case number (if known) | **24-11354 (JKS)** |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address
Daniel G. Burstyn
2828 Lemmon Ave., Apt. 5103
Dallas, TX 75204

Date(s) debt was incurred **Various Periods**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Board of Director Fees**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address
David Wheeler, Esquire
185 Main Street
P.O. Box 264
Biloxi, MS 39533

Date(s) debt was incurred **Unknown**

Last 4 digits of account number **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*  **$10,010.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address
Deborah A. Vitale
1866 Carpenter Road
Alexandria, VA 22314

Date(s) debt was incurred **Various Periods**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Board of Director Fees, Officer Compensation and Reimbursement of Expenses and Office Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address
Deborah A. Vitale, Lien Agent
1866 Carpenter Road
Alexandria, VA 22314

Date(s) debt was incurred **Various periods**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*  **$2,000,000.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Secured Promissory Note dated 3/31/2014**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address
Diamondhead Country Club & Property HOA
7610 Country Club Circle
Diamondhead, MS 39525

Date(s) debt was incurred **Unknown**

Last 4 digits of account number **Unknown**

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address
Edson R. Arneault
One Riverside Drive
New Cumberland, WV 26047

Date(s) debt was
incurred **3/31/2014 and 12/31/2014**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*  **$162,194.67**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Amended and Restated First Tranche Collateralized Convertible Senior Debenture and Second Tranche Collateralized Convertible Senior Debenture**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Diamondhead Casino Corporation** | | Case number (if known) | **24-11354 (JKS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$421,705.67** |
|---|---|---|---|

**Emerson Partners**
**J. Steven Emerson Authorized Trader**
**1522 Ensley Avenue**
**Los Angeles, CA 90024**
Date(s) debt was
incurred  3/31/2014 and 12/31/2014

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Amended and Restated First Tranche Collateralized Convertible Senior Debenture and Second Tranche Collateralized Convertible Senior Debenture**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**EMS Consulting Services, LLC**
**145 West 67th Street, Apt. 8C**
**New York, NY 10023**
Date(s) debt was incurred  **Unknown**

Last 4 digits of account number  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,931.66** |
|---|---|---|---|

**Finger & Slanina LLP**
**One Commerce Center**
**1201 N. Orange Street, 7th Floor**
**Wilmington, DE 19801-1186**
Date(s) debt was incurred  **Unknown**

Last 4 digits of account number  **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**Gregory A. Harrison**
**16209 Kimberly Grove**
**Gaithersburg, MD 20878**
Date(s) debt was incurred  3/31/2014

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Amended and Restated First Tranche Collateralized Convertible Senior Debenture**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gregory Harrison**
**16209 Kimberly Grove**
**Gaithersburg, MD 20878**
Date(s) debt was incurred  **Various Periods**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Board of Director Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$356,826.67** |
|---|---|---|---|

**J. Steven Emerson**
**1522 Ensley Avenue**
**Los Angeles, CA 90024**
Date(s) debt was
incurred  3/31/2014 and 12/31/2014

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Amended and Restated First Tranche Collateralized Convertible Senior Debenture and Second Tranche Collateralized Convertible Senior Debenture**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Diamondhead Casino Corporation** | Case number (if known) | **24-11354 (JKS)** |
|---|---|---|---|
| | Name | | |

**3.23** Nonpriority creditor's name and mailing address
**James Molner and Nora Molner**
**2496 Aron Drive**
**Seaford, NY 11783**
Date(s) debt was incurred **3/31/2014 and 12/31/2014**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$139,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Amended and Restated First Tranche Collateralized Convertible Senior Debenture and Second Tranche Collateralized Convertible Senior Debenture**
Is the claim subject to offset? ☒ No ☐ Yes

**3.24** Nonpriority creditor's name and mailing address
**Kathleen Devlin and James Devlin**
**7269 Golf Colony Court**
**Unit #106**
**Lake Worth, FL 33467**
Date(s) debt was incurred **3/31/2014 and 12/31/2014**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$259,510.67**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Amended and Restated First Tranche Collateralized Convertible Senior Debenture and Second Tranche Collateralized Convertible Senior Debenture**
Is the claim subject to offset? ☒ No ☐ Yes

**3.25** Nonpriority creditor's name and mailing address
**Law Office of Edward Friedman**
**10411 Motor City Drive, Suite 750**
**Bethesda, MD 20817**
Date(s) debt was incurred **Unknown**
Last 4 digits of account number **Unknown**

As of the petition filing date, the claim is: Check all that apply. **$1,440.00**
☒ Contingent
☒ Unliquidated
☒ Disputed
Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

**3.26** Nonpriority creditor's name and mailing address
**Marcum LLP**
**601 Route 73 North**
**Suite 400**
**Marlton, NJ 08053**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **Unknown**
☒ Contingent
☒ Unliquidated
☒ Disputed
Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

**3.27** Nonpriority creditor's name and mailing address
**Martin Blount**
**1320 Maryland Avenue**
**Washington, DC 20002**
Date(s) debt was incurred **Various Periods**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Board of Director Fees**
Is the claim subject to offset? ☒ No ☐ Yes

**3.28** Nonpriority creditor's name and mailing address
**Merrill Corporation**
**1501 Energy Park Drive**
**Saint Paul, MN 55108**
Date(s) debt was incurred **Unknown**
Last 4 digits of account number **Unknown**

As of the petition filing date, the claim is: Check all that apply. **$12,619.58**
☒ Contingent
☒ Unliquidated
☒ Disputed
Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

Debtor **Diamondhead Casino Corporation**
_____
Name

Case number (if known)   **24-11354 (JKS)**

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$746,092.67** |
|------|------|------|------|

**Millenium Trust Company, LLC**
**FBO: J Steven Emerson Roth IRA**
**2001 Spring Road, Suite 700**
**Oak Brook, IL 60523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **3/31/2014 and 12/31/2014**

Basis for the claim:  **Amended and Restated First Tranche Collateralized Convertible Senior Debenture and Second Tranche Collateralized Convertible Senior Debenture**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|------|------|------|

**Mississippi Gaming Corporation**
**1628 John F. Kennedy Blvd.**
**Suite 950**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various periods**

Basis for the claim:  **Intercompany loans/advances**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|------|------|------|

**Redmon, Peyton & Braswell, LLP**
**510 King Street**
**Suite 301**
**Alexandria, VA 22314**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred **Unknown**

Basis for the claim: _

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70,000.00** |
|------|------|------|------|

**Robert F. Skaff, Jr.**
**386 Waverly Ave.**
**Brooklyn, NY 11226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/31/2014**

Basis for the claim:  **Amended and Restated First Tranche Collateralized Convertible Senior Debenture**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|------|------|------|

**Robert S. Crow III**
**5910 Coral Sea Avenue**
**Rockville, MD 20851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various Periods**

Basis for the claim:  **Board of Director Fees**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,800.00** |
|------|------|------|------|

**Robert Zimmerman**
**700 Starkey Road**
**Unit 421**
**Largo, FL 33771**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred **Unknown**

Basis for the claim:  **Officer Compensation**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Diamondhead Casino Corporation**                                    Case number (if known)    **24-11354 (JKS)**
_____
Name

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139,000.00 |
|---|---|---|---|

**ROI Capital Management, Inc.**
**Defined Benefit Plan**
**Mitchell Soboleski, Trustee**
**300 Drakes Landing Road #175**
**Seaford, NY 11783**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **3/31/2014 and 12/31/2014**

Basis for the claim:  **Amended and Restated First Tranche Collateralized Convertible Senior Debenture and Second Tranche Collateralized Convertible Senior Debenture**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162,194.67 |
|---|---|---|---|

**Steven Rothstein**
**34 Jefferson Landing Circle**
**Rocky Point, NY 11778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **3/31/2014 and 12/31/2014**

Basis for the claim:  **Amended and Restated First Tranche Collateralized Convertible Senior Debenture and Second Tranche Collateralized Convertible Senior Debenture**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,075.55 |
|---|---|---|---|

**Wells Fargo**
**420 Montgomery Street**
**San Francisco, CA 94104**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **Unknown**

Last 4 digits of account number  **UInknown**

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,992,320.10 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,992,320.10 |

**Fill in this information to identify the case:**

Debtor name   **Diamondhead Casino Corporation**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **24-11354 (JKS)**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Office lease (unknown if formal written lease agreement exists)** | |
| State the term remaining    **Unknown** | |
| List the contract number of any government contract | **Deborah A. Vitale**<br>**1866 Carpenter Road**<br>**Alexandria, VA 22314** |

**Fill in this information to identify the case:**

Debtor name  **Diamondhead Casino Corporation**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **24-11354 (JKS)**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of**
   **creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City      State      Zip Code | | |
| 2.2 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City      State      Zip Code | | |
| 2.3 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City      State      Zip Code | | |
| 2.4 | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | |
| | | City      State      Zip Code | | |

**Fill in this information to identify the case:**

Debtor name **Diamondhead Casino Corporation**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known) **24-11354 (JKS)**

☐ Check if this is an amended filing

Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1. **Deborah A. Vitale**<br>**1866 Carpenter Road**<br>**Alexandria, VA 22314** | 4/1/2024 -<br>$4,534.00<br>(Rent)<br>5/1/2024 -<br>$4,534.00<br>(Rent)<br>5/22/2024 -<br>$3,570.47<br>(Taxes)<br>6/5/2024 -<br>$4,534.00<br>(Rent) | $17,172.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Office lease** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | Diamondhead Casino Corporation | Case number *(if known)* | 24-11354 (JKS) |
|---|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Deborah A. Vitale**<br>**1866 Carpenter Road**<br>**Alexandria, VA 22314**<br>**Board Member and Officer** | 8/15/2023 -<br>$3,489.84<br>(Taxes)<br>10/22/2023 -<br>$3,493.52<br>(Taxes)<br>1/5/2024 -<br>$4,534.00<br>(Rent)<br>1/26/2024 -<br>$4,534.00<br>(Rent) | **$16,051.36** | **Office lease** |
| 4.2. **Serco America Corporation**<br>**12930 Worldgate Drive**<br>**Suite 600**<br>**Herndon, VA 20170**<br>**Preferred Shareholder** | 1/12/2024 -<br>$15,000.00 | **$15,000.00** | **Preferred dividend payment to avoid litigation** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Edson R. Arneault, et al., v. Diamondhead Casino Corporation**<br>**C.A. No. I: I 6-cv-00989-LPS** | **Civil - Consent Judgment Entered 9/20/2023 in favor of certain debenture holders for payment default** | **Delaware Federal District Court** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Diamondhead Casino Corporation** | Case number *(if known)* | **24-11354 (JKS)** |

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

| Debtor | Diamondhead Casino Corporation | Case number *(if known)* | 24-11354 (JKS) |
|---|---|---|---|

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Diamondhead Casino Corporation | Case number *(if known)* | 24-11354 (JKS) |
|---|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.    Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Diamondhead Casino Corporation** | Case number *(if known)* **24-11354 (JKS)** |
|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. | **Mississippi Gaming Corporation**<br>**1628 John F. Kennedy Blvd.**<br>**Suite 950**<br>**Philadelphia, PA 19103** | **Holder of approx. 400 acres of vacant land with gaming site approval from Mississippi Gaming Commission** | EIN: **59-3229086**<br>From-To **Inception thru present date** |
| 25.2. | **Casino World Inc.**<br>**1628 John F. Kennedy Blvd.**<br>**Suite 950**<br>**Philadelphia, PA 19103** | **Dormant inactive corporation formed for purpose of development of casino property on land held by Mississippi Gaming Corporation** | EIN: **Unknown**<br>From-To **Inception thru present** |
| 25.3. | **Europasky Corporation (Delaware)**<br>**1628 John. F. Kennedy Blvd.**<br>**Suite 950**<br>**Philadelphia, PA 19103** | **Unknown** | EIN: **Unknown**<br>From-To **Unknown** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **EMS Consulting Services, LLC**<br>**145 West 67th Street, Apt. 8C**<br>**New York, NY 10023** | **Unknown** |
| 26a.2. | **Marcum LLP**<br>**601 Route 73 North**<br>**Suite 400**<br>**Marlton, NJ 08053** | **Unknown** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Marcum LLP**<br>**601 Route 73 North**<br>**Suite 400**<br>**Marlton, NJ 08053** | **Unknown** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **EMS Consulting Services, LLC**<br>**145 West 67th Street, Apt. 8C**<br>**New York, NY 10023** | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Diamondhead Casino Corporation** | Case number *(if known)* | **24-11354 (JKS)** |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. **Marcum LLP**<br>**601 Route 73 North**<br>**Suite 400**<br>**Marlton, NJ 08053** | |
| 26c.3. **Deborah A. Vitale**<br>**1866 Carpenter Road**<br>**Alexandria, VA 22314** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Debtor | Diamondhead Casino Corporation | Case number *(if known)* | 24-11354 (JKS) |
| --- | --- | --- | --- |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Deborah A. Vitale** | **1866 Carpenter Road Alexandria, VA 22314** | **Director, President, Secretary, Treasurer and Chief Financial Officer, and Shareholder** | **Common Shareholder 14.78% Includes 1,590,920 unallocated common shares of the ESOP Trust; 767,001 shares of Common Stock owned directly by Ms. Vitale; options to purchase 2,965,000 shares of Common Stock; and 447,272 shares of Common Stock, which represent shares of Common Stock held in Ms. Vitale's fully vested ESOP participant account.** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Martin Blount** | **1320 Maryland Avenue Washington, DC 20002** | **Director and Shareholder** | **Common Shareholder 0.51% Consists of options to purchase 200,000 shares of Common Stock.** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor     **Diamondhead Casino Corporation**                               Case number *(if known)*   **24-11354 (JKS)**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Benjamin J. Harrell** | **162 Hesper Avenue**<br>**Metairie, LA 70005** | **Director, Vice-President and Shareholder** | **Common Shareholder 2.14% Includes 400,025 shares of Common Stock owned directly by Mr. Harrell and options to purchase 435,000 shares of Common Stock.** |

Debtor  **Diamondhead Casino Corporation**                    Case number *(if known)*  **24-11354 (JKS)**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gregory A. Harrison** | **16209 Kimberly Grove Gaithersburg, MD 20878** | **Chairman of the Board of Diamondhead Casino Corporation, Vice-President, and Shareholder** | **Common Shareholder 6.03% Includes 1,386,728 shares of Common Stock owned directly by Mr. Harrison; options to purchase 450,000 shares of Common Stock; 15,275 shares of Common Stock held in Mr. Harrison's fully vested ESOP participation account; 35,000 shares of common stock to be issued to Mr. Harrison pursuant to an agreement to cancel an indemnificatio n agreement, 100,000 shares of Common Stock to be issued in connection with notes payable issued in 2021 and 200,000 shares of Common Stock to** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Diamondhead Casino Corporation**                                    Case number *(if known)*    **24-11354 (JKS)**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Robert S. Crow III | 5910 Coral Sea Avenue<br>Rockville, MD 20851 | Director and Shareholder | Common Shareholder 2.89% Includes 1,029,869 shares of Common Stock owned directly by Mr. Crow and options to purchase 100,000 shares of Common Stock. |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Daniel G. Burstyn | 2828 Lemmon Ave., Apt. 5103<br>Dallas, TX 75204 | Director and Shareholder | Common Shareholder 0.10% Consists of options to purchase 40,000 shares of Common Stock. Mr. Burstyn is the son of the General Partner of College Health & Investment LP, and College Health & Investment Ltd. |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **11**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Diamondhead Casino Corporation**                                   Case number *(if known)* **24-11354 (JKS)**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1  **See Response to Question #4** | | | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                                 **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

**Name of the pension fund**                                       **Employer Identification number of the pension fund**

**Europa Cruises Corporation**                                     **EIN:**     **Unknown**
**Employee Stock Ownership**
**Plan Trust**
**Deborah A. Vitale, Trustee**

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **October 30, 2025**

_____          **George L. Miller**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor      **Chapter 7 Trustee**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes