## SIGN-IN SHEET

| CASE NAME   Diamondhead Casino Corporation | COURTROOM #5 |
|---|---|
| CASE NUMBER:  24-11354 JKS | DATE:  11/3/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jonathan Stevenson | Armstrong Teasdale | Petitioning Creditors |
| Peter Keane | Pachulski Stang Ziehl & Jones | Ch. 7 Trustee - George Miller |
| Jonathan Lipshie | UST | UST |
| Deborah Vitale | | Pro Se |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## 3:00 PM

**24-11354-JKS Diamondhead Casino Corporation**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Rick Archer | Law360 | | 3:00 PM | Audio Only | no |
| Clara Geoghegan | Law360 | | 3:00 PM | Audio Only | no |
| Uday Gorrepati | uday.gorrepati@gmail.com | uday.gorrepati@gmail.com | 3:00 PM | Audio Only | no |
| William Homony | Miller Coffey Tate LLP | Trustee | 3:00 PM | Zoom(Video and Audio) | yes |
| Peter J Keane | Pachulski Stang Ziehl & Jones LLP | George L. Miller, Chapter 7 Trustee | 3:00 PM | Zoom(Video and Audio) | yes |
| George Miller | | Chapter 7 Trustee | 3:00 PM | Zoom(Video and Audio) | yes |
| Bradford J. Sandler | Pachulski Stang Ziehl & Jones LLP | George L. Miller, Chapter 7 Trustee | 3:00 PM | Zoom(Video and Audio) | yes |
| Vince Sullivan | Law360 | | 3:00 PM | Audio Only | no |
| Alex Wittenberg | | | 3:00 PM | Audio Only | no |