IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION,<br><br>　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 24-11354 (JKS) |

### NOTICE OF EXTENDED SALE DEADLINES

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

　　　　1.　　On October 7, 2025, George L. Miller, chapter 7 trustee (the "Trustee") to the estate of the above-captioned debtor (the "Debtor") filed a motion [Docket No. 124] (the "Motion")[1] for entry of an order: (a) establishing bidding procedures (the "Bid Procedures") in connection with the sale (the "Sale") of the Debtor's assets (the "Assets"), free and clear of all liens, claims, and encumbrances, and authorizing the Trustee's ability to designate a stalking horse bidder and provide bid protections, subject to filing a Stalking Horse Supplement; (b) approving the form and manner of notices of the Sale and the Bid Procedures; (c) scheduling a hearing to consider the approval of the Sale (the "Sale Hearing"), and (d) granting related relief, with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

　　　　2.　　On November 5, 2025, the Bankruptcy Court entered an order (the "Bid Procedures Order") approving the Bid Procedures [Docket No. 154]. The Bid Procedures Order established certain dates and deadlines in connection with the Sale. On November 5, 2025, the Trustee filed and served the *Notice of (I) Proposed Sale of Debtor's Assets, (II) Auction, and (III) Sale Hearing* [Docket No. 155]. Pursuant to the Bid Procedures, the Trustee is authorized to, among other things, extend the associated sale process deadlines established under the Bid Procedures.

　　　　3.　　To permit additional negotiations with potential Stalking Horse Bidders, the Trustee has extended certain dates and deadlines, as set forth in the chart below:

---

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to them in the Motion or Bid Procedures Order, as applicable.

| Event: | Original Date/Deadline: | Extended Date/Deadline (if any): |
|---|---|---|
| **Deadline for Selection of Stalking Horse Bidder** | December 15, 2025 at 4:00 p.m. (ET) | **December 22, 2025 at 4:00 p.m. (ET)** |
| **Objection Deadline for Selection of Stalking Horse Bidder** | December 22, 2025 at 4:00 p.m. (ET) | **December 29, 2025 at 4:00 p.m. (ET)** |
| **Bid Deadline for Qualified Bids** | January 9, 2026 at 4:00 p.m. (ET) | **January 16, 2026 at 4:00 p.m. (ET)** |
| **Notification of Qualified Bidders** | January 13, 2026 at 4:00 p.m. (ET) | **January 20, 2026 at 4:00 p.m. (ET)** |
| **Auction** | January 22, 2026 at 10:00 a.m. (ET) | **January 26, 2026 at 10:00 a.m. (ET)** |
| **Deadline to file any objections to Sale** | January 29, 2026 at 4:00 p.m. (ET) | **January 29, 2026 at 4:00 p.m. (ET)** |
| **Sale Hearing** | February 5, 2026 at 10:00 a.m. (ET) | **February 5, 2026 at 10:00 a.m. (ET)** |

       4.       The extended dates and deadlines noted above are without prejudice to the Trustee further extending the timeline.

       5.       Copies of the Motion, the Bid Procedures, and the Bid Procedures Order, may be obtained by parties in interest free of charge by contacting the undersigned counsel to the Trustee. Copies of such documents are also available for inspection during regular business hours at the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801, and may be viewed for a fee on the internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov/) by following the directions for accessing the ECF system on such website.

Dated: December 15, 2025       **PACHULSKI STANG ZIEHL & JONES LLP**

       */s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
      pkeane@pszjlaw.com
      ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*