

## N THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| DIAMONDHEAD CASINO CORPORATION | ) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| DEBORAH A. VITALE | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) |
| | ) |
| EDSON ARNEAULT, et al., | ) |
| | ) |
| Appellees. | ) |
| | ) |

Chapter 7
Case No. 24-11354 (JKS)

Case No. 1:25-cv-01022-MN
Case No. 1:25-cv-01167-MN

### CERTIFICATE OF SERVICE RE NOTICE OF APPEAL

I hereby certify that on December 16, 2025, a copy of the Notice of Appeal to the United

States Court of Appeals for the Third Circuit, filed on December 16, 2025, was served on the

following, in the manner indicated below:

via Electronic Mail
Jonathan M. Stemerman, Esquire
Armstrong Teasdale, LLP
1007 N. Market Street, 3rd Floor
Wilmington, DE 19801
Email: jstemerman@atllp.com

via Electronic Mail
Bradford J. Sandler, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Email: bsandler@pszjlaw.com
Email: pkeane@pszjlaw.com



via Electronic Mail
Robert D. Goldberg, Esquire
Biggs & Battaglia
921 N. Orange Street
Wilmington, DE 19899
Email: goldberg@batlaw.com


                                        /s/ Deborah A. Vitale
                                        Deborah A. Vitale, Pro Se
                                        1013 Princess Street
                                        Alexandria, Virginia 22314
                                        Telephone: (727) 510-1412
                                        Email: vitaledav@aol.com