# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DIAMONDHEAD CASINO CORPORATION, | Case No. 24-11354 (JKS) |
| Debtor. | Related Docket No. 165 |

## CERTIFICATE OF SERVICE

      I, Peter J. Keane, hereby certify that on the 13th day of January, 2026, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

*Third Notice of Extended Sale Deadlines* **[Dkt 165]**

Dated: January 14, 2026

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

4929-7013-2616.1 57101.00001

| | |
|---|---|
| *ELECTRONIC MAIL*<br>(Counsel to Debtor)<br>Robert D. Goldberg, Esquire<br>Biggs & Battaglia<br>921 North Orange Street<br>Wilmington, DE 19801<br>**Email: goldberg@batlaw.com** | **FIRST CLASS MAIL**<br>Argonaut 2000 Partners, L.P.<br>Robert M. Malbie, Jr., Managing Director<br>22287 Mullholand Hwy. #47<br>Calabasas, CA 91302 |
| *ELECTRONIC MAIL*<br>(Counsel to Petitioning Creditors)<br>Jonathan Stemerman, Esquire<br>Armstrong Teasdale LLP<br>1007 North Market Street, 3rd Floor<br>Wilmington, DE 19801<br>**Email: jstemerman@atllp.com** | **FIRST CLASS MAIL**<br>Barry Stark and Irene Stark<br>10692 Hawks Vista Street<br>Plantation, FL 33324 |
| | **FIRST CLASS MAIL**<br>Benjamin Harrell<br>162 Hesper Avenue<br>Metairie, LA 70005 |
| *ELECTRONIC MAIL*<br>U.S. Trustee<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>**Email:**<br>**USTPRegion03.WL.ECF@USDOJ.GOV** | **FIRST CLASS MAIL**<br>Bhagwan Khalsa & Brandyn Hicks<br>6415 Pinehurst Road<br>Baltimore, MD 21212 |
| | **FIRST CLASS MAIL**<br>Biggs and Battaglia<br>921 North Orange Street<br>PO Box 1489<br>Wilmington, DE 19899 |
| *ELECTRONIC MAIL*<br>Deborah A. Vitale, Esquire<br>1866 Carpenter Road<br>Alexandria, VA 22314<br>**Email: vitaledav@aol.com** | **FIRST CLASS MAIL**<br>Bonnie K. Wachtel<br>1711 Massachusetts Avenue, NW<br>Unit 528<br>Washington, D.C. 20036 |
| **FIRST CLASS MAIL**<br>Access Storage<br>2125 Main Street<br>Ferdinand, IN 47532 | **FIRST CLASS MAIL**<br>Bruce Ash and Pamela Ash<br>3091 Rice Field Lane<br>Mt. Pleasant, SN 29466 |
| **FIRST CLASS MAIL**<br>Andrew Steinberg<br>3581 Sherbrooke Circle<br>Woodbridge, VA 22192 | **FIRST CLASS MAIL**<br>College, Health and Investments, Limited Partnership<br>c/o Samuel I. Burstyn, General Partner<br>701 Brickell Avenue, Suite 2450<br>Miami, FL 33131 |

**FIRST CLASS MAIL**  
Colonial Stock Transfer  
7840 S 700 E  
Sandy, UT 84070

**FIRST CLASS MAIL**  
Continental Stock Transfer and Trust Company  
One State Street, 30th Floor  
New York, NY 10004

**FIRST CLASS MAIL**  
CT Corporation  
1209 Orange Street  
Wilmington, DE, 19801

**FIRST CLASS MAIL**  
David Wheeler, Esquire  
185 Main Street  
PO Box 264  
Biloxi, MS 39533

**FIRST CLASS MAIL**  
Deborah A. Vitale  
1866 Carpenter Road  
Alexandria, VA 22314

**FIRST CLASS MAIL**  
Deborah A. Vitale, as Lien Agent  
1013 Princess Street  
Alexandria, VA 22314

**FIRST CLASS MAIL**  
Diamondhead Country Club & Property Owners Association  
7610 Country Club Circle  
Diamondhead, MS 39525

**FIRST CLASS MAIL**  
Dominic Tasselli  
932 Pear Street  
Brea, CA 92821

**FIRST CLASS MAIL**  
Dr, Michael Berenhaus  
5451 Merriam Street  
Bethesda, MD 20814

**FIRST CLASS MAIL**  
Dr. Norton Fishman & Kathryn H. Fishman  
1182 Farrow Drive  
Charlottesville, VA 22901

**FIRST CLASS MAIL**  
Edson R. Arneault  
One Riverside Drive  
New Cumberland, W. VA 26047

**FIRST CLASS MAIL**  
Elliott C. Lepler & Marcia L. Lepler. Trustees  
FBO The Lepler Family Trust UA DEC 26, 2000  
439 Calderon Avenue  
Mountain View, CA 94041

**FIRST CLASS MAIL**  
Emerson Partners,  
J. Steven Emerson Authorized Trader  
1522 Ensley Avenue  
Los Angeles, CA 90024

**FIRST CLASS MAIL**  
EMS Consulting Services, LLC  
145 West 67th Street, Apt. 8C  
New York, NY 10023

**FIRST CLASS MAIL**  
Finger & Slanina LLP  
One Commerce Center  
1201 N. Orange Street,  7th Floor  
Wilmington, DE 19801-1186

**FIRST CLASS MAIL**  
Gregory A. Harrison  
16209 Kimberly Grove  
Gaithersburg, MD 20878

**FIRST CLASS MAIL**
Gregory A. Harrison, as Lien Agent
16209 Kimberly Grove
Gaithersburg, MD 20878

**FIRST CLASS MAIL**
J. Steven Emerson
1522 Ensley Avenue
Los Angeles, CA 90024

**FIRST CLASS MAIL**
James Molner and Nora Molner
2496 Aron Drive
Seaford, NY 11783

**FIRST CLASS MAIL**
John St. Peter and Marilyn C. St. Peter
22121 Creekview Drive
Gaithersburg, MD 20882

**FIRST CLASS MAIL**
Kathleen Devlin and James Devlin
7269 Golf Colony Court, Unit #106
Lake Worth, FL 33467

**FIRST CLASS MAIL**
Law Office of Edward Friedman
10411 Motor City Drive, Suite 750
Bethesda, MD 20817

**FIRST CLASS MAIL**
Marcum LLP
601 Route 73 North, Suite 400
Marlton, NJ 08053

**FIRST CLASS MAIL**
Martin Blount
1320 Maryland Avenue
Washington, DC 20002

**FIRST CLASS MAIL**
Millenium Trust Company, LLC
Custodian FBO: J. Steven Emerson Roth IRA
2001 Spring Road, Suite 700
Oak Brook, IL 60523

**FIRST CLASS MAIL**
Pamela Jo Stevens & Carl D. Stevens
1753 GA Highway 42S
Forsyth, GA 31029

**FIRST CLASS MAIL**
Redmon, Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314

**FIRST CLASS MAIL**
Robert Croker
13710 Lionel Lane
Rockville, MD 20853

**FIRST CLASS MAIL**
Robert F. Skaff, Jr.
386 Waverly Ave.
Brooklyn, NY 11226

**FIRST CLASS MAIL**
Robert Zimmerman
700 Starkey Road, Unit 421
Largo, FL 33771

**FIRST CLASS MAIL**
ROI Capital Management, Inc., Defined Benefit Plan
c/o Mitchell Soboleski, Trustee
300 Drakes Landing Road #175
Greenbrae, CA 94904

**FIRST CLASS MAIL**
Seeman Saeed and Iram Seeman
11507 Saunders Haven Court
Great Falls, VA 22066

**FIRST CLASS MAIL**
Stephen Duran Field & Margaret C. McCulla
104 Dale Drive
Rockville, MD 20850

| | |
|---|---|
| **FIRST CLASS MAIL**<br>Stephen Luginbill<br>25 Wall Street<br>Rockville, MD 20850 | **FIRST CLASS MAIL**<br>Wells Fargo<br>420 Montgomery Street<br>San Francisco, CA 94104 |
| **FIRST CLASS MAIL**<br>Steven Rothstein<br>34 Jefferson Landing Circle<br>Port Jefferson, NY 11778 | **FIRST CLASS MAIL**<br>Wendie L. Wachtel<br>1101-14th Street, NW<br>Washington, D.C. 20005 |