IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DIAMONDHEAD CASINO CORPORATION, | Case No. 24-11354 (JKS) |
| Debtor. | Re: Docket No. 154 |

<u>Rescheduled</u> Hearing Date: February 26, 2026, at 11:00 a.m. (ET)

## NOTICE OF RESCHEDULED SALE HEARING

**PLEASE TAKE NOTICE** that the sale hearing pursuant to the *Order (A) Establishing Bidding Procedures in Connection With Sale of Debtor's Assets and Authorizing Trustee's Ability to Select Stalking Horse and Provide Bid Protections; (B) Approving the Form and Manner of Notices; (C) Scheduling a Sale Hearing; (D) Authorizing the Sale of the Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (E) Granting Related Relief* [Docket No. 154], has been rescheduled from February 5, 2026 at 10:00 a.m. (Eastern Time) to **February 26, 2026 at 11:00 a.m. (Eastern Time)** before the Honorable J. Kate Stickles, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801.

4911-0736-3722.1 57101.00001

| | |
|---|---|
| Dated:  January 23, 2026 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | /s/ *Bradford J. Sandler* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Peter J. Keane (DE Bar No. 5503) |
| | Edward A. Corma (DE Bar No. 6718) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | Email:  bsandler@pszjlaw.com |
| |         pkeane@pszjlaw.com |
| |         ecorma@pszjlaw.com |
| | *Counsel to George L. Miller, Chapter 7 Trustee* |