## UNSECURED DIRECTOR'S FEES
## EARNED PRE-PETITION

| YEAR | AMOUNT |
|---|---|
| 2021 | 15,000 |
| 2022 | 15,000 |
| 2023 | 15,000 |
| 2024<br>1-1-24 through 6-12-24 (Petition Date) | 6,683.33 |
| | |
| **TOTAL DUE AS OF PETITION DATE** | **51,683.33** |