# Notice Recipients

District/Off: 0311−1    User: admin    Date Created: 1/30/2026
Case: 24−11354−JKS    Form ID: van439    Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp        Deborah A. Vitale        1866 Carpenter Road        Alexandria, VA 22314

TOTAL: 1