# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Diamondhead Casino Corporation

**Case No.:** 24−11354−JKS

**Chapter:** 7

## ADMINISTRATIVE CLAIM NOTICE

Your administrative expense claim has been received, and has been added to the docket and the claims register in this bankruptcy case. Your claim will not be noticed for a hearing at this time. You will receive written notice in the future when your administrative expense claim will be scheduled for a hearing.

BY THE COURT

Date: 1/30/26

Stephen L Grant, Clerk of Court

(VAN−439)

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: | Case No. 24-11354-JKS |
| Diamondhead Casino Corporation | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 30, 2026 | Form ID: van439 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| intp | + Deborah A. Vitale, 1866 Carpenter Road, Alexandria, VA 22314-6244 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2026         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradford J. Sandler | on behalf of Trustee George L. Miller bsandler@pszjlaw.com  abates@pszjlaw.com |
| Edward A. Corma | on behalf of Trustee George L. Miller ecorma@pszjlaw.com  abates@pszjlaw.com |
| George L. Miller | gmiller@mctllp.com  lcromley@mctllp.com;Clawless@mctllp.com;de22@ecfcbis.com |
| Jonathan M. Stemerman | on behalf of Creditor J. Steven Emerson jstemerman@atllp.com  msinko@atllp.com |
| Jonathan M. Stemerman | on behalf of Creditor Emerson Partners jstemerman@atllp.com  msinko@atllp.com |
| Jonathan M. Stemerman | on behalf of Creditor Kathleen and James Devlin jstemerman@atllp.com  msinko@atllp.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 30, 2026 | Form ID: van439 | Total Noticed: 1 |

Jonathan M. Stemerman
    on behalf of Creditor John Hawley as Servicing Agent for Argonaut 2000 Partners  L.P. jstemerman@atllp.com, msinko@atllp.com

Jonathan M. Stemerman
    on behalf of Creditor Steven Rothstein jstemerman@atllp.com  msinko@atllp.com

Jonathan M. Stemerman
    on behalf of Creditor Edson Arneault jstemerman@atllp.com  msinko@atllp.com

Jonathan M. Stemerman
    on behalf of Creditor J. Steven Emerson as Successor to Steven Emerson Roth IRA jstemerman@atllp.com  msinko@atllp.com

Jonathan M. Stemerman
    on behalf of Creditor Barry and Irene Stark jstemerman@atllp.com  msinko@atllp.com

Peter J Keane
    on behalf of Trustee George L. Miller pkeane@pszjlaw.com

Robert D. Goldberg
    on behalf of Debtor Diamondhead Casino Corporation goldberg@batlaw.com

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV


TOTAL: 14