# EXHIBIT  A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| DIAMONDHEAD CASINO CORPORATION., | Case No. 24-11354 (JKS) |
| Debtor. | **Re: Docket No. ____** |

**ORDER PURSUANT TO 11 U.S.C. §§ 503(b)(3)(A) AND 503(b)(4)**
**ALLOWING THE REIMBURSMENT AND PAYMENT OF PETITIONING**
**CREDITORS' ADMINISTRATIVE EXPENSE REQUEST**

Upon the *Petitioning Creditors' Administrative Expenses Request Pursuant to 11 U.S.C. §§ 503(b)(3)(A) and 503(b)(4)* (the "Request") submitted by Edson Arneault, Kathleen and James Devlin, J. Steven Emerson, Emerson Partners, J. Steven Emerson as Successor to the J. Steven Emerson Roth IRA, John Hawley as Servicing Agent for Argonaut 2000 Partners, L.P., Steven Rothstein, Barry and Irene Stark (collectively, the "Petitioning Creditors") in the above-captioned chapter 7 bankruptcy case of Diamondhead Casino Corporation (the "Debtor"), and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Request is ALLOWED; and it is further ORDERED that the Petitioning Creditors are granted an allowed administrative expense claim in the total amount of $276,982.90 through January 31, 2026 pursuant to Bankruptcy Code Sections 503(b)(3)(A) and 503(b)(4).