IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11354 (JKS)<br><br>Re: Docket Nos. 124, 154, 162, 164, 165, 168 |

## FIFTH NOTICE OF EXTENDED SALE DEADLINES

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On October 7, 2025, George L. Miller, chapter 7 trustee (the "Trustee") to the estate of the above-captioned debtor (the "Debtor") filed a motion [Docket No. 124] (the "Motion")[1] for entry of an order: (a) establishing bidding procedures (the "Bid Procedures") in connection with the sale (the "Sale") of the Debtor's assets (the "Assets"), free and clear of all liens, claims, and encumbrances, and authorizing the Trustee's ability to designate a stalking horse bidder and provide bid protections, subject to filing a Stalking Horse Supplement; (b) approving the form and manner of notices of the Sale and the Bid Procedures; (c) scheduling a hearing to consider the approval of the Sale (the "Sale Hearing"), and (d) granting related relief, with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. On November 5, 2025, the Bankruptcy Court entered an order (the "Bid Procedures Order") approving the Bid Procedures [Docket No. 154]. The Bid Procedures Order established certain dates and deadlines in connection with the Sale. On November 5, 2025, the Trustee filed and served the *Notice of (I) Proposed Sale of Debtor's Assets, (II) Auction, and (III) Sale Hearing* [Docket No. 155]. Pursuant to the Bid Procedures, the Trustee is authorized to, among other things, extend the associated sale process deadlines established under the Bid Procedures.

3. On December 15, 2025, the Trustee filed the *Notice of Extended Sale Deadlines* [Docket No. 162], extending certain dates and deadlines. On December 23, 2026, the Trustee filed the *Second Notice of Extended Sale Deadlines* [Docket No. 164], extending certain dates and deadlines. On January 13, 2026, the Trustee filed the *Third Notice of Extended Sale Deadlines* [Docket No. 165], extending certain dates and deadlines. On January 23, 2026, the Trustee filed the *Fourth Notice of Extended Sale Deadlines* [Docket No. 168], extending certain dates and deadlines.

4. To permit additional negotiations, the Trustee has further extended certain dates and deadlines, as set forth in the chart below:

---

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to them in the Motion or Bid Procedures Order, as applicable.

| Event | Prior Date/Deadline: | Extended Date/Deadline (if any):[2] |
|---|---|---|
| **Deadline for Selection of Stalking Horse Bidder** | January 30, 2026 at 4:00 p.m. (ET) | January 30, 2026 at 4:00 p.m. (ET) |
| **Objection Deadline for Selection of Stalking Horse Bidder** | February 6, 2026 at 4:00 p.m. (ET) | February 6, 2026 at 4:00 p.m. (ET) |
| **Bid Deadline for Qualified Bids** | February 10, 2026 at 4:00 p.m. (ET) | **February 20, 2026 at 4:00 p.m. (ET)** |
| **Notification of Qualified Bidders** | February 12, 2026 at 4:00 p.m. (ET) | **February 23, 2026 at 4:00 p.m. (ET)** |
| Auction | February 17, 2026 at 10:00 a.m. (ET) | **February 25, 2026 at 10:00 a.m. (ET)** |
| **Deadline to file any objections to Sale** | February 19, 2026 at 4:00 p.m. (ET) | **February 27, 2026 at 4:00 p.m. (ET)** |
| **Sale Hearing** | February 26, 2026 at 11:00 a.m. (ET) | **A date to be determined by the Court, but no earlier than one week after the Auction.** |

5. The extended dates and deadlines noted above are without prejudice to the Trustee further extending the timeline.

6. Copies of the Motion, the Bid Procedures, and the Bid Procedures Order, may be obtained by parties in interest free of charge by contacting the undersigned counsel to the Trustee. Copies of such documents are also available for inspection during regular business hours at the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801, and may be viewed for a fee on the internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov/) by following the directions for accessing the ECF system on such website.

Dated: February 18, 2026    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Email: bsandler@pszjlaw.com
    pkeane@pszjlaw.com
    ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*

---

[2] **Amended dates are in bold.**