# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) |
| | ) Chapter 7 |
| DIAMONDHEAD CASINO | ) |
| CORPORATION, | ) C. A. No. 24-11354-JKS |
| | ) |
| | ) Objection Deadline: March 5, 2026 |
| Debtor. | ) Sale Hearing Date: March 10, 2026 |
| | ) 11. A.M. (ET) |

**OBJECTION OF CREDITORS, Stephen Duran Field & Margaret C. McCulla, TO AUCTION/SALE HELD ON MARCH 4, 2026**

Stephen Duran Field & Margaret C. McCulla, are creditors and large stakeholders in this case and respectfully submits this Objection to the Auction/Sale conducted on March 4, 2026.") and, therefore, states the following:

We have intimate knowledge of the property and know that Colliers International performed a land opportunity study and put a value of $60 million on the land early 2024. Other appraisals in 5-15 years prior thereto were in the $35 to $55 million range. The land was purchased for about $5 million circa 1994, over 30 years ago. The very idea that "any" land with 100s of acres and having 2 miles of water front and water view would fetch only $5 million is an affront to my common sense let alone professional knowledge of the land and surrounding attributes. We fear something went wrong, and/or was conducted wrongly.

1

We invested $90,000 dollars to pay property taxes, SEC, and outside independent accounting expenses and a sale of only $5 million coupled with fees and expenses leaves most creditors having none of their liens paid at all.

The Company hired Colliers during December 2023 for the sale of the property (and they were in the process of doing so) to say it is ironic that the petitioners Trustee hired Colliers to sell the land in or about November, 2025 and almost 2 years later is a masterpiece of understatement.  Again, something is plain wrong from a big picture perspective.  To say Colliers underperformed is yet another masterpiece of understatement because we did not see any ad in the Wall Street Journal where BK sales are advertised and the question of what exactly did Colliers do to attract bidders is an open question in my mind.  And, especially since it was Colliers that professed the property was one of the very best undeveloped gaming sites in the USA and valued at $60 million.  For no other reason, this is an excellent basis to not approve the recent bid price but to put the property in Ch 11, replace Colliers, but ensure the Trustee is financially taken care of regarding his expenses and fees in the end result.

Another basis for my objection is that we learned Ms. Deborah Vitale was sternly instructed not to communicate with any prospective bidder despite her bringing several to the table. We believe this discouraged certain late arrivals from continuing with their interests and ultimately dropped out.

**REQUEST FOR RELIEF**

The undersigned respectfully requests that the Court:

1. Hold an evidentiary hearing before approving any sale;

2. Decline to approve the March 4, 2026 sale;

3. Grant whatever legal relief is available and other or further relief as the Court deems just and proper to include conversion to a Chapter 11.

Dated: March 5, 2026

> Respectfully submitted,
> /s/ Stephen Duran Field & Margaret C. McCulla
> 104 Dale Dr, Rockville, MD 20850
> Phone: 301-529- 2230
> Email: duranfield@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2026, a true and correct copy of the foregoing, Stephen Duran Field & Margaret C. McCulla to Auction/Sale held on March 4, 2026, was served on the following in the manner indicated below:

Served via Electronic Mail
Jonathan M. Stemerman, Esquire
Armstrong Teasdale, LLP
1007 N. Market Street, 3rd Floor
Wilmington, DE 19801
Email: jstemerman@atllp.com

Served via Electronic Mail
Bradford J. Sandler, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Email: bsandler@pszjlaw.com
Email: pkeane@pszjlaw.com
Counsel for the Trustee

Served via Electronic Mail
Robert D. Goldberg, Esquire
Biggs & Battaglia
921 N. Orange Street
Wilmington, DE 19899
Email: goldberg@batlaw.com
Former counsel to Debtor

Served via Electronic Mail
George L. Miller, Trustee
Miller Coffey Tate LLP
8 Penn Center
1628 John F Kennedy Blvd, Suite #950
Philadelphia, PA 19103

Email: gmiller@mctllp.com

<u>Served via Electronic Mail</u>
U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: USTPRegion03.WL.ECF@USDOJ.GOV

<u>Served via Electronic Mail</u>
Office of the United States Trustee
U.S. Trustee for Region 3
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Attn. John Lipshie
Email: jon.lipshie@usdoj.gov

/s/ S. Duran Field & Margaret C. McCulla
104 Dale Drive
Rockville, Maryland 20850
Telephone: (301) 529-2230
Email: duranfield@aol.com