UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) |
| | ) Chapter 7 |
| DIAMONDHEAD CASINO | ) |
| CORPORATION, | ) C. A. No. 24-11354-JKS |
| | ) |
| | ) Objection Deadline: March 5, 2026 |
| Debtor. | ) Sale Hearing Date: March 10, 2026 |
| | ) 11. A.M. (ET) |

**OBJECTION OF CREDITOR, NORTON L. FISHMAN, MD and KATHRYN HAUN FISHMAN. TO AUCTION/SALE HELD ON MARCH 4, 2026**

Norton Fishman and Kathryn Haun Fishman, are creditors and stakeholders and respectfully submit this Objection to the Auction/Sale conducted on March 4, 2026.") and, therefore, states the following:

**Over the past 20 plus years, we have been investors in DHCC based on the long-term prospects of the land owned by DHCC especially after Colliers International, a highly regarded and respected land use company was engaged to represent the land to prospective buyers in 2024 with a value of $60 million. We were impressed by their sales literature distributed to prospective buyers at that time.**

**As a retired couple in their 80's, this was an important and major aspect of our retirement We felt that land investment especially the land owned by DHCC**

1

was a prudent and strong investment especially considering the earlier appraisals over the previous years as well as the more recent appraisal by Colliers in 2024-2025 of $50-60 million.

We are mystified as to how a large valuable piece of well-located lad previously appraised over many years at $35-60 million sold for such a pittance in a very opaque process. The result of this leaves us in a very precarious and tenuous position for the balance of our lives, especially as our position as a lien-holder is also wiped out.

### REQUEST FOR RELIEF

The undersigned respectfully requests that the Court:

1. Hold an evidentiary hearing before approving any sale;

2. Decline to approve the March 4, 2026 sale;

3. Grant whatever legal relief is available and other or further relief as the Court deems just and proper to include conversion to a Chapter 11.

Dated: March 5, 2026

> Respectfully submitted,
> Norton L. Fishman MD
> Kathryn Haun Fishman
> 1182 Farrow Drive
> Charlottesville, VA 22901
> Tele: 301-979-8200
> Email: drnfishman@yahoo.com
> kfishman@ohpmd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2026, a true and correct copy of the foregoing, Objection of Norton L. Fishman, MD and Kathryn Haun Fishman to Auction/Sale held on March 4, 2026, was served on the following in the manner indicated below:

Served via Electronic Mail
Jonathan M. Stemerman, Esquire
Armstrong Teasdale, LLP
1007 N. Market Street, 3rd Floor
Wilmington, DE 19801
Email: jstemerman@atllp.com

Served via Electronic Mail
Bradford J. Sandler, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Email: bsandler@pszjlaw.com
Email: pkeane@pszjlaw.com
Counsel for the Trustee

Served via Electronic Mail
Robert D. Goldberg, Esquire
Biggs & Battaglia
921 N. Orange Street
Wilmington, DE 19899
Email: goldberg@batlaw.com
Former counsel to Debtor

Served via Electronic Mail
George L. Miller, Trustee
Miller Coffey Tate LLP

8 Penn Center
1628 John F Kennedy Blvd, Suite #950
Philadelphia, PA 19103
Email: gmiller@mctllp.com

Served via Electronic Mail
U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: USTPRegion03.WL.ECF@USDOJ.GOV

Served via Electronic Mail
Office of the United States Trustee
U.S. Trustee for Region 3
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Attn. John Lipshie
Email: jon.lipshie@usdoj.gov

Norton L. Fishman MD
Kathryn Haun Fishman
1182 Farrow Drive
Charlottesville, VA 22901
Telephone: (301) 979-8200
Email: drnfishman@yahoo.com
         kfishman@ohpmd.com