## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) |
| | ) Chapter 7 |
| DIAMONDHEAD CASINO | ) |
| CORPORATION, | ) C. A. No. 24-11354-JKS |
| | ) |
| | ) Objection Deadline: March 5, 2026 |
| Debtor. | ) Sale Hearing Date: March 10, 2026 |
| | ) 11. A.M. (ET) |

### OBJECTION OF CREDITOR, MICHAEL A. BERENHAUS, OD.MBA., TO AUCTION/SALE HELD ON MARCH 4, 2026

Michael A. Berenhaus, a creditor and a large stakeholder in this case, respectfully submits this Objection to the Auction/Sale conducted on March 4, 2026.") and, therefore, states the following:

The auctioned land has been valued based on comparative land sold by the esteemed realtors, Colliers International, to be ~ $60 million dollars. For the 400 acres to be sold at $5 million dollars at auction, or 8.33% of the value posed by Colliers, there sure seems that there must be an error or something was done improperly. Families like mine have invested heavily knowing that the "comps" were substantial and consistent with the Colliers number. For a figure to be finalized at a fraction of that value, understanding that it was auctioned and in Chapter 7, doesn't seem right by any stretch of the imagination.

Where is the protection that we, as citizens, deserve?

**REQUEST FOR RELIEF**

The undersigned respectfully requests that the Court:

1. Hold an evidentiary hearing before approving any sale;

2. Decline to approve the March 4, 2026 sale;

3. Grant whatever legal relief is available and other or further relief as the Court deems just and proper.

Dated: March 5, 2026

                                      Respectfully submitted,
                                      /s/ Michael A. Berenhaus
                                      5451 Merriam Drive
                                      Bethesda, MD 20814
                                      Telephone: 301-520-2120
                                      Email: mberenhaus@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2026, a true and correct copy of the foregoing, Objection of Michael A. Berenhaus to Auction/Sale held on March 4, 2026, was served on the following in the manner indicated below:

Served via Electronic Mail
Jonathan M. Stemerman, Esquire
Armstrong Teasdale, LLP
1007 N. Market Street, 3rd Floor
Wilmington, DE 19801
Email: jstemerman@atllp.com

Served via Electronic Mail
Bradford J. Sandler, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Email: bsandler@pszjlaw.com
Email: pkeane@pszjlaw.com
Counsel for the Trustee

Served via Electronic Mail
Robert D. Goldberg, Esquire
Biggs & Battaglia
921 N. Orange Street
Wilmington, DE 19899
Email: goldberg@batlaw.com
Former counsel to Debtor

Served via Electronic Mail
George L. Miller, Trustee

Miller Coffey Tate LLP
8 Penn Center
1628 John F Kennedy Blvd, Suite #950
Philadelphia, PA 19103
Email: gmiller@mctllp.com

Served via Electronic Mail
U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: USTPRegion03.WL.ECF@USDOJ.GOV

Served via Electronic Mail
Office of the United States Trustee
U.S. Trustee for Region 3
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Attn. John Lipshie
Email: jon.lipshie@usdoj.gov

/s/ Michael A. Berenhaus
5451 Merriam Street
Bethesda, MD 20814
Telephone: (301) 520-2120
Email: mberenhaus@comcast.net