## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DIAMONDHEAD CASINO CORPORATION, | Case No. 24-11354 (JKS) |
| Debtor. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON MARCH 10, 2026, AT 11:00 A.M. (EASTERN TIME)

**PLEASE NOTE: THE HEARING IS CANCELED AS NO MATTERS ARE GOING FORWARD.**

**ADJOURNED MATTERS:**

1.     Motion of George L. Miller, Chapter 7 Trustee, for Orders (A) Establishing Bidding Procedures in Connection With Sale of Debtor's Assets and Authorizing Trustee's Ability to Select Stalking Horse and Provide Bid Protections; (B) Approving the Form and Manner of Notices; (C) Scheduling a Sale Hearing; (D) Authorizing the Sale of the Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (E) Granting Related Relief [Filed 10/7/25] (Docket No. 124)

Response Deadline:     October 27, 2025 at 4:00 p.m. (ET)
                       (Extended to March 5, 2026 at 4:00 p.m. (ET) for sale objections)

Responses Received:

        (a) Objection of Deborah A. Vitale to Notice of Creditors' Meeting Scheduled for November 7, 2025 and to Motion of George L. Miller, Chapter 7 Trustee, for Orders (A) Establishing Bidding Procedures in Connection With Sale of Debtor's Assets and Authorizing Trustee's Ability to Select Stalking Horse and Provide Bid Protections; (B) Approving the Form and Manner of Notices; (C) Scheduling a Sale Hearing; (D) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Interests and Encumbrances; and (E) Granting Related Relief and Objection to Notice of Section [Filed 10/27/25] (Docket No. 140)

 Related Documents:

        (a)  Notice of Filing of Revised Bid Procedures Order [Filed 10/30/25] (Docket No. 146)

(b) Certification of Counsel Submitting Revised Order (A) Establishing Bid Procedures in Connection With Sale of Debtor's Assets and Authorizing Trustee's Ability to Designate a Stalking Horse an Provide Bid Protections, Subject to Filing a Stalking Horse Supplement; (B) Approving the Form and Manner of Notices; (C) Scheduling a Sale Hearing; and (D) Granting Related Relief [Filed 11/4/25] (Docket No. 153)

(c) Order (A) Establishing Bidding Procedures in Connection With Sale of Debtor's Assets and Authorizing Trustee's Ability to Select Stalking Horse and Provide Bid Protections; (B) Approving the Form and Manner of Notices; (C) Scheduling a Sale Hearing; (D) Authorizing the Sale of the Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (E) Granting Related Relief [Filed 11/5/25] (Docket No. 154)

(d) Notice of (I) Proposed Sale of Debtor's Assets, (II) Auction, and (III) Sale Hearing [Filed 11/5/25] (Docket No. 155)

(e) Notice of Filing of Proposed Form of Stock Purchase Agreement [Filed 11/11/25] (Docket No. 160)

(f) Notice of Extended Sale Deadlines [Filed 12/15/25] (Docket No. 162)

(g) Second Notice of Extended Sale Deadlines [Filed 12/23/25] (Docket No. 164)

(h) Third Notice of Extended Sale Deadlines [Filed 1/13/26] (Docket No. 165)

(i) Notice of Rescheduled Sale Hearing [Filed 1/23/26] (Docket No. 167)

(j) Fourth Notice of Extended Sale Deadlines [Filed 1/23/26] (Docket No. 168)

(k) Fifth Notice of Extended Sale Deadlines [Filed 2/18/26] (Docket No. 178)

(l) Notice of Rescheduled Sale Hearing [Filed 2/19/26] (Docket No. 180)

(m) Sixth Notice of Extended Sale Deadlines [Filed 2/24/26] (Docket No. 182)

<u>Replies</u>:

(a) Reply of George L. Miller, Chapter 7 Trustee, (I) in Further Support of Bidding Procedures and Sale Motion and (II) in Response to Objection of Deborah A. Vitale to Notice of Creditors Meeting Scheduled for November 7, 2025 and to Bidding Procedures and Sale Motion [Filed 10/29/25] (Docket No. 141)

<u>Status</u>:  The sale hearing has been adjourned to a date to be determined.

2.  Petitioning Creditors' First Motion for Payment of Administrative Expenses Pursuant to 11 U.S.C. §503(b)(3)(A) and 503(b)(4) [Filed 2/2/26] (Docket No. 176)

    <u>Response Deadline</u>:  February 19, 2026 at 4:00 p.m. (ET) (Extended to March 3, 2026 at 4:00 p.m. (ET) for the Chapter 7 Trustee)

    <u>Responses Received</u>:

        (a)  Objection of Creditor, Deborah A. Vitale, to Petitioning Creditors' First Motion for Payment of Administrative Expenses Pursuant to 11 U.S.C. §§503(b)(3)(A) and 503(b)(4) [Filed 2/19/26] (Docket No. 179)

    <u>Status</u>:  This matter has been adjourned to a date to be determined.


Dated:  March 6, 2026            PACHULSKI STANG ZIEHL & JONES LLP

                                 _/s/ Peter J. Keane_____
                                 Bradford J. Sandler (DE Bar No. 4142)
                                 Peter J. Keane (DE Bar No. 5503)
                                 Edward A. Corma (DE Bar No. 6718)
                                 919 North Market Street, 17th Floor
                                 P.O. Box 8705
                                 Wilmington, DE 19899-8705 (Courier 19801)
                                 Telephone:  (302) 652-4100
                                 Facsimile:  (302) 652-4400
                                 Email:  bsandler@pszjlaw.com
                                         pkeane@pszjlaw.com
                                         ecorma@pszjlaw.com

                                 *Counsel to George L. Miller, Chapter 7 Trustee*