UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) |
| | ) Chapter 7 |
| DIAMONDHEAD CASINO | ) |
| CORPORATION, | ) C. A. No. 24-11354-JKS |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |

RECEIVED
2026 MAR 16  A 10:09
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## MOTION OF PRO SE CREDITOR, DEBORAH A. VITALE, FOR AUTHORIZATION TO FILE DOCUMENTS ELECTRONICALLY THROUGH CM/ECF

Deborah A. Vitale, Creditor, appearing pro se, respectfully moves the Court for authorization to file documents electronically in the above-captioned case through the Court's CM/ECF system, and states as follows:

1. I am a Creditor in this case and am required to file motions, objections, responses, and other pleadings in order to protect my rights and participate in the case.

2. The volume and frequency of filings in this case, as well as the need to respond promptly to motions, notices, and deadlines, make electronic filing necessary to ensure timely participation and efficient case administration.

3. I have a PACER account and regular access to a computer, reliable internet service, and the technical ability to review PDF documents, convert documents to PDF for filing, upload filings, and comply with all CM/ECF requirements.

1

4.  I am an attorney in good standing licensed to practice in Maryland, Virginia, and Washington D.C.

5.  I have used electronic filing systems in other federal courts and in the United States Court of Appeals for the Third Circuit.

6.  I agree to comply with all applicable Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and any CM/ECF procedures or training requirements imposed by the Clerk's Office.

7.  I have noticed that filings hand-delivered to the Court and subsequently scanned into the Court's system once downloaded on Pacer are sometimes not as clear and readable as the originals. Allowing the Movant to file directly using CM/ECF will eliminate this problem.

8.  The Movant resides in the Commonwealth of Virginia and must travel to Delaware to hand-file documents or make other arrangements to have documents hand-filed in Delaware. Alternatively, the Movant must pay delivery services to file documents with the Court usually for overnight service which is expensive. Filing via CM/ECF would allow the Movant to eliminate this expense.

9.  I understand that electronic filing privileges may be revoked if I fail to comply with the Court's rules or misuse the CM/ECF system.

WHEREFORE, for good cause shown, the undersigned respectfully requests that the Court enter an order authorizing me to file documents electronically in this

case through the CM/ECF system and granting such other and further relief as the Court deems just and proper. Because this motion is administrative in nature, Movant respectfully requests that the Court decide the motion on the papers without a hearing unless the Court determines otherwise.

Dated: March 10, 2026

                                              Respectfully submitted,

                                              /s/ Deborah A. Vitale
                                              DEBORAH A. VITALE
                                              1013 Princess Street
                                              Alexandria, Virginia 22314
                                              Telephone: (727) 510-1412
                                              Email: vitaledav@aol.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2026, a true and correct copy of the foregoing, Motion of Pro Se Creditor, Deborah A. Vitale, for Authorization to File Documents Electronically Through CM/ECF and [Proposed] Order was served on the following in the manner indicated below:

Served via Electronic Mail
Jonathan M. Stemerman, Esquire
Armstrong Teasdale, LLP
1007 N. Market Street, 3rd Floor
Wilmington, DE 19801
Email: jstemerman@atllp.com

Served via Electronic Mail
Bradford J. Sandler, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Email: bsandler@pszjlaw.com
Email: pkeane@pszjlaw.com
Counsel for the Trustee

Served via Electronic Mail
Robert D. Goldberg, Esquire
Biggs & Battaglia
921 N. Orange Street
Wilmington, DE 19899
Email: goldberg@batlaw.com
Former counsel to Debtor

Served via Electronic Mail
George L. Miller, Trustee

4

Miller Coffey Tate LLP
8 Penn Center
1628 John F Kennedy Blvd, Suite #950
Philadelphia, PA 19103
Email: gmiller@mctllp.com

Served via Electronic Mail
U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: USTPRegion03.WL.ECF@USDOJ.GOV

Served via Electronic Mail
Office of the United States Trustee
U.S. Trustee for Region 3
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Attn. John Lipshie
Email: jon.lipshie@usdoj.gov

/s/ Deborah A. Vitale
DEBORAH A. VITALE
1013 Princess Street
Alexandria, Virginia 22314
Telephone: (727) 510-1412
Email: vitaledav@aol.com

5

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | |
| DIAMONDHEAD CASINO ) | |
| CORPORATION, ) | C. A. No. 24-11354-JKS |
| ) | |
| DEBTOR. ) | Chapter 7 |

## [PROPOSED] ORDER

Upon consideration of the Motion of Pro Se Creditor, Deborah A. Vitale, for Authorization to File Documents Electronically Through CM/ECF [D.I.   ] and any responses thereto and after due consideration and sufficient cause appearing therefor, IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. The Clerk is directed to provide the movant with instructions for activating CM/ECF access.

3. The Movant is authorized to file documents electronically in this case through the Court's CM/ECF system, subject to all applicable rules and procedures.

4. The Court shall retain jurisdiction to interpret and enforce this Order.

Dated: _____, 2026.

_____
J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE