## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

RECEIVED

2026 MAR 30  A 9: 32

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) |
| | ) Chapter 7 |
| DIAMONDHEAD CASINO | ) C.A. No. 24-11354-JKS |
| CORPORATION, | ) |
| | ) Re: Docket No. 192 |
| | ) |
| | ) **Objection Deadline: April 14, 2026 at 4:00 p.m. (ET)** |
| Debtor. | ) **Hearing Date: April 21, 2026 at 3:00 p.m. (ET)** |
| | ) |

## NOTICE OF MOTION AND HEARING ON CREDITOR'S MOTION TO STRIKE THE TESTIMONY OF A PAID FACT WITNESS AND TO VACATE THE ORDER FOR RELIEF UNDER RULE 60

**PLEASE TAKE NOTICE** that on March 16, 2026, Creditor, Deborah A. Vitale, filed the Motion to Strike the Testimony of a Paid Fact Witness and to Vacate the Order for Relief Under Rule 60 [D.I. 192] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable J. Kate Stickles, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801, **on Tuesday, April 21, 2026, at 3:00 P.M. (ET).**

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be filed with the Clerk of the United States Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801, no later than **April 14, 2026 (the "Objection Deadline"),** which is seven (7) days before the hearing, in accordance with Local Rule 9006-1.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon the undersigned, Deborah A. Vitale, via email at vitaledav@aol.com, and all persons listed on the Certificate of Service, **so as to be received no later than April 14, 2026.**

If no objections are timely filed, the Court may grant the relief requested in the Motion without further notice or a hearing.

1

Dated: March 30, 2026

Respectfully submitted.

/s/ Deborah A. Vitale
DEBORAH A. VITALE
1013 Princess Street
Alexandria, Virginia 22314
Telephone: (727) 510-1412
Email: vitaledav@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, a true and correct copy of the foregoing, **NOTICE OF MOTION AND HEARING ON CREDITOR'S MOTION TO STRIKE THE TESTIMONY OF A PAID FACT WITNESS AND TO VACATE THE ORDER FOR RELIEF UNDER RULE 60,** was served on the following in the manner indicated below:

Served via Electronic Mail
Jonathan M. Stemerman, Esquire
Armstrong Teasdale, LLP
1007 N. Market Street, 3rd Floor
Wilmington, DE 19801
Email: jstemerman@atllp.com

Served via Electronic Mail
Bradford J. Sandler, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Email: bsandler@pszjlaw.com
Email: pkeane@pszjlaw.com
Counsel for the Trustee

Served via Electronic Mail
Robert D. Goldberg, Esquire
Biggs & Battaglia
921 N. Orange Street
Wilmington, DE 19801
Email: goldberg@batlaw.com
Former counsel to Debtor

Served via Electronic Mail
George L. Miller, Trustee
Miller Coffey Tate LLP
8 Penn Center

3

1628 John F Kennedy Blvd, Suite #950
Philadelphia, PA 19103
Email: gmiller@mctllp.com

Served via Electronic Mail
U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: USTPRegion03.WL.ECF@USDOJ.GOV

Served via Electronic Mail
Office of the United States Trustee
U.S. Trustee for Region 3
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Attn. John Lipshie
Email: jon.lipshie@usdoj.gov

/s/ Deborah A. Vitale
DEBORAH A. VITALE
1013 Princess Street
Alexandria, Virginia 22314
Telephone: (727) 510-1412
Email: vitaledav@aol.com

4