**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO<br>CORPORATION.,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11354 (JKS)<br><br>**RE:  D.I. No. 194** |

## <u>NOTICE OF WITHDRAWAL OF RESPONSE</u>

PLEASE TAKE NOTICE that Edson Arneault, Kathleen and James Devlin, J. Steven Emerson, Emerson Partners, J. Steven Emerson as Successor to the J. Steven Emerson Roth IRA, John Hawley as Servicing Agent for Argonaut 2000 Partners, L.P., Steven Rothstein, Barry and Irene Stark (collectively, the "Petitioning Creditors"), by and through their undersigned counsel, hereby withdraw their Response to Creditor Deborah A. Vitale's Motion to Strike Testimony of Paid Fact Witness and to Vacate the Order for Relief Under Rule 60 ("Motion"), which was filed on April 14, 2026 at ECF No. 194. Petitioning Creditors filed their proper Objection to Creditor Deborah A. Vitale's Motion at ECF No. 195.

ARMSTRONG TEASDALE, LLP

*/s/ Jonathan M. Stemerman*_____
Jonathan M. Stemerman (No. 4510)
1007 North Market Street, Third Floor
Wilmington, Delaware 19801
Telephone: (302) 416-9670
jstemerman@atllp.com

*Counsel to Petitioning Creditors*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on the **16th** day of **April**, **2026**, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record.

*/s/ Jonathan M. Stemerman*