**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| DIAMONDHEAD CASINO CORPORATION, | Case No. 24-11354 (JKS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 21, 2026, AT 3:00 P.M. (EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (ET) one business day prior to the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**CONTESTED MATTER:**

1.   Motion to Strike the Testimony of a Paid Fact Witness and to Vacate the Order for Relief Under Rule 60 [Filed 3/16/26] (Docket No. 192)

   Response Deadline:  April 14, 2026 at 4:00 p.m. (ET)

   Responses Received:

   (a) Petitioning Creditors' Objection to Creditor Deborah A. Vitale's Motion to Strike Testimony of Paid Fact Witness and to Vacate the Order for Relief Under Rule 60 [Filed 4/14/26] (Docket No. 195)

   Related Documents:

   (a) Notice of Motion and Hearing on Creditor's Motion to Strike the Testimony of a Paid Fact Witness and to Vacate the Order for Relief Under Rule 60 [Filed 4/14/26] (Docket No. 193)

   Status:  The hearing on this matter is going forward.

4910-1953-1426.1 57101.00001

1

Dated:  April 17, 2026          PACHULSKI STANG ZIEHL & JONES LLP

                                   */s/ Peter J. Keane*
                                   Bradford J. Sandler (DE Bar No. 4142)
                                   Peter J. Keane (DE Bar No. 5503)
                                   Edward A. Corma (DE Bar No. 6718)
                                   919 North Market Street, 17th Floor
                                   P.O. Box 8705
                                   Wilmington, DE 19899-8705 (Courier 19801)
                                   Telephone:  (302) 652-4100
                                   Facsimile:  (302) 652-4400
                                   Email:  bsandler@pszjlaw.com
                                                  pkeane@pszjlaw.com
                                                  ecorma@pszjlaw.com

                                   *Counsel to George L. Miller, Chapter 7 Trustee*