UNITED STATES BANKRUPTCY COURT RECEIVED
FOR THE DISTRICT OF DELAWARE

2026 APR 20  A 8:07

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) |
| | ) Chapter 7 |
| DIAMONDHEAD CASINO | ) C.A. No. 24-11354-JKS |
| CORPORATION, | ) |
| | ) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 21, 2026 AT 3:00 P.M. (EASTERN TIME)

This proceeding will be conducted in person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (ET) one business day prior to the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

## MATTERS GOING FORWARD:

1. **Motion to Strike the Testimony of a Paid Fact Witness and to Vacate the Order for Relief Under Rule 60**
   Filed: March 16, 2026 [Docket No. 192]

   **Response Deadline**:
   April 14, 2026 at 4:00 p.m. (Eastern Time)

   **Related Documents:**

   (a) Notice of Motion and Hearing on Creditor's Motion to Strike the Testimony of a Paid Fact Witness and to Vacate the Order for Relief Under Rule 60

1

Filed March 30, 2026 [Docket No. 193]

(b) Exhibit B [invoices] to Petitioning Creditors' First Motion for Payment of Administrative Expenses Pursuant to 11 U.S.C. §503(b)(3)(A) and 503(b)(4) Filed: February 2, 2026 [Docket No. 176-2]

**Responses Received:**

(a) Petitioning Creditors' Objection to Deborah A. Vitale's Motion to Strike Testimony of Paid Fact Witness and to Vacate the Order for Relief Under Rule 60.
Filed: April 14, 2026 [Docket No. 195]

**Status**:  The hearing on this matter is going forward.

Dated: April 17, 2026

/s/ Deborah A. Vitale
Deborah A. Vitale
1013 Princess Street
Alexandria, VA 22314
Telephone: (727) 510-1412
Email: vitaledav@aol.com

*Creditor Pro Se*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, a true and correct copy of the foregoing, NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 21, 2026 AT 3:00 P.M. (EASTERN TIME), was served on the following in the manner indicated below:

Served via Electronic Mail
Jonathan M. Stemerman, Esquire
Armstrong Teasdale, LLP
1007 N. Market Street, 3rd Floor
Wilmington, DE 19801
Email: jstemerman@atllp.com

Served via Electronic Mail
Bradford J. Sandler, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Email: bsandler@pszjlaw.com
Email: pkeane@pszjlaw.com
Counsel for the Trustee

Served via Electronic Mail
Robert D. Goldberg, Esquire
Biggs & Battaglia
921 N. Orange Street
Wilmington, DE  19899
Email: goldberg@batlaw.com
Former counsel to Debtor

Served via Electronic Mail
George L. Miller, Trustee
Miller Coffey Tate LLP
8 Penn Center
1628 John F Kennedy Blvd, Suite #950
Philadelphia, PA 19103
Email: gmiller@mctllp.com

3

Served via Electronic Mail
U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: USTPRegion03.WL.ECF@USDOJ.GOV

Served via Electronic Mail
Office of the United States Trustee
U.S. Trustee for Region 3
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Attn. John Lipshie
Email: jon.lipshie@usdoj.gov

/s/ Deborah A. Vitale
DEBORAH A. VITALE
1013 Princess Street
Alexandria, Virginia 22314
Telephone: (727) 510-1412
Email: vitaledav@aol.com
*Creditor Pro Se*

4

**DEBORAH A. VITALE**
1013 PRINCESS STREET
ALEXANDRIA, VA 22314
727-510-1412
Email: vitaledav@aol.com

RECEIVED

2026 APR 20  A 8:07

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

April 16, 2026

Clerk of the Court
U.S. Bankruptcy Court for the District of Delaware
824 N. Market Street, 3RD Floor
Wilmington, DE 19801

Re: In re Diamondhead Casino Corporation, C.A. No. 24-11354-JKS

Dear Sir/Madam:

Enclosed for filing in the above-referenced case, please find two copies of a Notice of Agenda of Matters Scheduled for Hearing on April 21, 2026 at 3:00 P.M. (Eastern Time).

With kindest professional regards, I remain

Very truly yours,

Deborah A. Vitale
Creditor, Pro Se

Enclosures (2)