## SIGN-IN SHEET

| CASE NAME   Diamondhead Casino Corporation | COURTROOM #6 |
|---|---|
| CASE NUMBER:  24-11354 JKS | DATE: 4/21/2026 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Peter Keane | Pachulski Stang Ziehl & Jones LLP | Chapter 7 Trustee |
| Jonsthan Stevesner | Armstrong Teesdale LLP | Petitioning Creditor |
| Jonathan Lipshie | UST | UST |
| Deborah Vitale | N/A   Pro Se | Pro Se |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## 3:00 PM

### 24-11354-JKS Diamondhead Casino Corporation

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Edward A. Corma | Pachulski Stang Ziehl & Jones | George L. Miller, Chapter 7 Trustee | 3:00 PM | Zoom(Video and Audio) | yes |
| Clara Geoghegan | Law360 | | 3:00 PM | Audio Only | no |
| Uday Gorrepati | | | 3:00 PM | Audio Only | no |
| Hugh D. Grotkowski | | | 3:00 PM | Audio Only | no |
| Peter J Keane | Pachulski Stang Ziehl & Jones LLP | George L. Miller, Chapter 7 Trustee | 3:00 PM | Zoom(Video and Audio) | yes |
| Bradford J. Sandler | Pachulski Stang Ziehl & Jones LLP | George L. Miller, Chapter 7 Trustee | 3:00 PM | Zoom(Video and Audio) | yes |
| Vince Sullivan | Law360 | | 3:00 PM | Audio Only | no |
| Alex Wittenberg | | | 3:00 PM | Audio Only | no |
| Robert Zimmerman | | Self | 3:00 PM | Audio Only | yes |
| leigh aulper | hammock investors | | 3:00 PM | Audio Only | no |