## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11354 (JKS)<br><br>**Re: Docket No. 192** |

### NOTICE OF ZOOM HEARING ON
### APRIL 23, 2026, AT 3:00 P.M. (EASTERN TIME)

**PLEASE TAKE NOTICE** that at a hearing will be held on the *Motion to Strike the Testimony of a Paid Fact Witness and to Vacate the Order for Relief Under Rule 60* [Docket No. 192] (the "Motion") in the above-captioned case on **April 23, 2026, at 3:00 p.m. (Eastern Time)** (the "Hearing") before the Honorable J. Kate Stickles, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held remotely via Zoom videoconference. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements. Registration is required by **4:00 p.m. (Eastern Time) on April 22, 2026** using the eCourtAppearances tool available on the Court's website.

*[Remainder of Page Intentionally Left Blank]*

4918-7770-9220.1

Dated:  April 22, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com
           pkeane@pszjlaw.com
           ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*

4918-7770-9220.1

2