# 04/23/2026 Appearances

## 3:00 PM

☐ **24-11354-JKS Diamondhead Casino Corporation**

| Party | Firm | Representing |
|-------|------|--------------|
| ☐ Clara Geoghegan | Law360 | |
| ☐ Uday Gorrepati | | |
| ☐ Hugh D. Grotkowski | | |
| ☐ Peter J Keane | Pachulski Stang Ziehl & Jones LLP | George L. Miller, Chapter 7 Trustee |
| ☐ Jonathan Lipshie | DOJ-Ust | ust |
| ☐ James P Roberts | Baker Donelson PC | Carter Green Investments |
| ☐ Bradford J. Sandler | Pachulski Stang Ziehl & Jones LLP | George L. Miller, Chapter 7 Trustee |
| ☐ Jonathan M. Stemerman | Armstrong Teasdale | Petitioning Creditors |
| ☐ Vince Sullivan | Law360 | |
| ☐ DEBORAH A VITALE | N/A | Pro Se Deborah Vitale |
| ☐ Alex Wittenberg | | |
| ☐ Robert Zimmerman | | |
| ☐ leigh aulper | hammock investors | |