### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DIAMONDHEAD CASINO CORP., | Case No. 24-11354 (JKS) |
| Debtor. | **Related D.I. No. 192 and 195** |

### <u>ORDER</u>

For the reasons set forth on the record at the hearing on April 23, 2026, the *Motion of Debroah A. Vitale to Stike the Testimony of a Paid Fact Witness and to Vacate the Order for Relief Under Rule 60* (D.I. 192) is hereby **DENIED.**

Dated: April 23, 2026

J. Kate Stickles
United States Bankruptcy Court