UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:**  24-11354                 BK ⦿  AP ◯

If AP, related BK case number:

**Title of Order Appealed:**  Order; Transcript from Hearing on 4/23/26 for Bench Ruling

**Docket #:** 206; 208          **Date Entered:** 4/23/26; 4/24/26

Item Transmitted:

| | | |
|---|---|---|
| ✓ **Notice of Appeal** | **Docket #:** 209 | **Date Filed:** 5/5/26 |
| ☐ **Amended Notice of Appeal** | **Docket #:** | **Date Filed:** |
| ☐ **Cross Appeal** | **Docket #:** | **Date Filed:** |
| ☐ **Motion for Leave to Appeal** | **Docket #:** | **Date Filed:** |
| ☐ **Request for Certification of Direct Appeal** | **Docket #:** | **Date Filed:** |

**Appellant/Cross Appellant:**

Deborah A. Vitale (Pro se)
1013 Princess St
Alexandria, VA 22314

**Appellee/Cross Appellee**

Edson Arneault; Kathleen and James Devlin; Emerson Partners; J. Steven Emerson, as successor to Steven Emerson Roth IRA: J. Steven Emerson; John Hawley, as servicing agent for Argonaut 2000 Partners, L.P.; (see below)**

**Counsel for Appellant/Cross Appellant:**

N/A

**Counsel for Appellee/Cross Appellee:**

All Appellees have one Attorney:
Jonathan M. Stemerman
1007 N. Market St, 3rd Floor
Wilmington, DE  19801

| | | | |
|---|---|---|---|
| **Filing fee paid?** | Yes ⦿ | No ◯ | |
| **IFP application filed by applicant?** | Yes ◯ | No ⦿ | |
| **Have additional appeals of the same order been filed?** | Yes ◯ | No ⦿ | |
| ***If Yes, has District Court assigned a Civil Action Number?** | Yes ◯ | No ⦿ | |
| **Civil Action Number:** | | | |

*(continued on next page)*

**Notes:**   **List of Appellees continued:
Steven Rothstein
Barry and Irene Stark

*I hereby certify that all designated items are available electronically through CM/ECF.*

/s/ Kimberly Ross

**Date:** 5/6/26                    **by:**_____
                                                **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   26-35