**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11354 (JKS) |

**Objection Deadline: August 18, 2026, at 4:00 p.m. (ET)**
**Hearing Date: September 16, 2026, at 11:00 a.m. (ET)**

**NOTICE OF MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR ENTRY OF AN ORDER (I) APPROVING THE PRIVATE SALE OF DEBTOR'S ASSETS TO MISSISSIPPI GULF DEVELOPMENT LLC FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES; AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that August 4, 2026, George L. Miller, the chapter 7 trustee (the "Trustee") to the estate of the above-captioned debtor (the "Debtor"), filed the attached *Motion of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Approving the Private Sale of Debtor's Assets to Mississippi Gulf Development LLC Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (II) Granting Related Relief* (the "Motion").[1]

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the Motion must be made on or before **August 18, 2026, at 4:00 p.m. (Eastern time)** and a copy of such response or objection must also be served upon: (a) counsel for the Trustee, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Bradford J. Sandler and Peter J. Keane) bsandler@pszjlaw.com, pkeane@pszjlaw.com; (b) the U.S. Trustee, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Jon Lipshie) jon.lipshie@usdoj.gov; and (c) all parties requesting notice pursuant to Bankruptcy Rule 2002.

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Motion, the Trustee has reserved all rights, in the exercise of his business judgment, to accept any higher or better offers for an alternative value-maximizing transaction for the Assets noted in the Motion, up until the hearing to approve the Sale, that the Trustee determines, in the exercise of his business judgment, will provide a greater value for the estate. Any such offers shall be subject to the Bid Procedures Order and the associated bidding procedures, and the Trustee reserves all rights to conduct a further auction in the exercise of his business judgment. Accordingly, any party wishing to make an offer for the Assets must comply with the bidding procedures set forth in the Bid Procedures Order, unless otherwise agreed by the Trustee, and must submit such offer in writing by email to (a) counsel for the Trustee, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Bradford J. Sandler and Peter J. Keane) (bsandler@pszjlaw.com, pkeane@pszjlaw.com); (b) accountants and bankruptcy consultants to the Trustee, Miller Coffey Tate LLP, 1628 John F Kennedy Blvd #950, Philadelphia, PA 19103 (Attn: William A. Homony) (bhomony@mctllp.com); (c) real estate broker to the Trustee, Colliers Louisiana, LLC 1625 Eye Street, NW Suite 950, Washington, DC 20006 (Attn: Patrick Slagle) (pat.slagle@colliers.com); and (d) the Trustee, George L. Miller, 1628 John F Kennedy Blvd #950, Philadelphia, PA 19103 (gmiller@mctllp.com).

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **SEPTEMBER 16, 2026, AT 11:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

Dated: August 4, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*