**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| DIAMONDHEAD CASINO CORPORATION, | Case No. 24-11354 (JKS) |
| Debtor. | **Re: Docket Nos. 217, 218, 219** |

**CERTIFICATE OF SERVICE**

I, Peter J. Keane, hereby certify that on the 4th day of August, 2026, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Certification of Counsel Regarding Omnibus Hearing Date [Docket No. 217]**

**Motion of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Approving the Private Sale of Debtor's Assets to Mississippi Gulf Development LLC Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (II) Granting Related Relief [Docket No. 218]**

**[Signed] Order Scheduling Omnibus Hearing Date [Docket No. 219]**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

4910-7495-3587.1 57101.00001

Diamondhead Casino Corporation
2002 Service List FCM & Email
Case No. 24-11354 (JKS)
Document No. 4898-8038-7680.001
01 – First Class Mail
06 – Electronic Mail

***ELECTRONIC MAIL***
(Counsel to the US Trustee)
Bradford J Sandler, Esquire
Peter J Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N Market St, 17th Floor
Wilmington, DE 19801
**Email:  bsandler@pszjlaw.com;
pkeane@pszjlaw.com**

***ELECTRONIC MAIL***
(Counsel to Debtor)
Robert D. Goldberg, Esquire
Biggs & Battaglia
921 North Orange Street
Wilmington, DE 19801
**Email: goldberg@batlaw.com**

***ELECTRONIC MAIL***
(Counsel to Petitioning Creditors)
Jonathan Stemerman, Esquire
Armstrong Teasdale LLP
1007 North Market Street, 3rd Floor
Wilmington, DE 19801
**Email: jstemerman@atllp.com**

***ELECTRONIC MAIL***
U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
**Email: USTPRegion03.WL.ECF@USDOJ.GOV**

***ELECTRONIC MAIL***
Deborah A. Vitale, Esquire
1866 Carpenter Road
Alexandria, VA 22314
**Email: vitaledav@aol.com**

***FIRST CLASS MAIL***
Deborah A. Vitale, Esq.
1013 Princess Street
Alexandria, VA 22314

4898-8038-7680.1 57101.00001