**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| DIAMONDHEAD CASINO CORPORATION, | Case No. 24-11354 (JKS) |
| Debtor. | **Re: Docket No. 218** |

**CERTIFICATE OF SERVICE**

   I, Peter J. Keane, hereby certify that on the 4th day of August, 2026, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

    **Motion of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Approving the Private Sale of Debtor's Assets to Mississippi Gulf Development LLC Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (II) Granting Related Relief [Docket No. 218]**

           */s/ Peter J. Keane*
           Peter J. Keane (DE Bar No. 5503)

4910-7495-3587.1 57101.00001

Diamondhead – Sale Motion Service List
Case No. 24-11354 (JKS)
09 – Email

**Email**
Norton L. Fishman MD
Kathryn Haun Fishman
Email:  drnfishman@yahoo.com;
kfishman@ohpmd.com

**Email**
Gregory A. Harrison
Email:  gregoryaharrison@aol.com

**Email**
Bhagwan S. Khalsa
Email:  bhagwankhalsa@gmail.com

**Email**
Stephen Duran Field & Margaret C.
McCulla
Email:  duranfield@aol.com

**Email**
Michael A. Berenhaus
Email:  mberenhaus@comcast.net

**Email**
(Counsel to Urbana Realty Advisors, LLC)
Marc W. Taubenfeld
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 4000
Dallas, TX  75201
Email:  mtaubenfeld@munsch.com

**Email**
(Buyer (Mississippi Gulf Development
LLC))
Jack Davidson
Broker/Owner
Davidson Realty
Email:  davidsonrealty@earthlink.net

**Email**
Brett Pastrick
Email:  bpastrick@gmail.com

4912-4880-3780.1 57101.00001

Diamondhead Creditor Service List FCM
Case No. 24-11354 (JKS)
Document No. 4896-3692-6839v1
47 – First Class Mail


FIRST CLASS MAIL
Access Storage
2125 Main Street
Ferdinand, IN 47532

FIRST CLASS MAIL
Andrew Steinberg
3581 Sherbrooke Circle
Woodbridge, VA 22192

FIRST CLASS MAIL
Argonaut 2000 Partners, L.P.
Robert M. Malbie, Jr., Managing Director
22287 Mullholand Hwy. #47
Calabasas, CA 91302

FIRST CLASS MAIL
Barry Stark and Irene Stark
10692 Hawks Vista Street
Plantation, FL 33324

FIRST CLASS MAIL
Benjamin Harrell
162 Hesper Avenue
Metairie, LA 70005

FIRST CLASS MAIL
Bhagwan Khalsa & Brandyn Hicks
6415 Pinehurst Road
Baltimore, MD 21212

FIRST CLASS MAIL
Biggs and Battaglia
921 North Orange Street
PO Box 1489
Wilmington, DE 19899

FIRST CLASS MAIL
Bonnie K. Wachtel
1711 Massachusetts Avenue, NW
Unit 528
Washington, D.C. 20036

FIRST CLASS MAIL
Bruce Ash and Pamela Ash
3091 Rice Field Lane
Mt. Pleasant, SN 29466

FIRST CLASS MAIL
College, Health and Investments, Limited
Partnership
c/o Samuel I. Burstyn, General Partner
701 Brickell Avenue, Suite 2450
Miami, FL 33131

FIRST CLASS MAIL
Colonial Stock Transfer
7840 S 700 E
Sandy, UT 84070

FIRST CLASS MAIL
Continental Stock Transfer and Trust
Company
One State Street, 30th Floor
New York, NY 10004

FIRST CLASS MAIL
CT Corporation
1209 Orange Street
Wilmington, DE, 19801

FIRST CLASS MAIL
David Wheeler, Esquire
185 Main Street
PO Box 264
Biloxi, MS 39533

FIRST CLASS MAIL
Deborah A. Vitale
1866 Carpenter Road
Alexandria, VA 22314

FIRST CLASS MAIL
Deborah A. Vitale, as Lien Agent
1013 Princess Street
Alexandria, VA 22314

FIRST CLASS MAIL
Diamondhead Country Club &
Property Owners Association
7610 Country Club Circle
Diamondhead, MS 39525

FIRST CLASS MAIL
Dominic Tasselli
932 Pear Street
Brea, CA 92821

FIRST CLASS MAIL
Dr, Michael Berenhaus
5451 Merriam Street
Bethesda, MD 20814

FIRST CLASS MAIL
Dr. Norton Fishman & Kathryn H. Fishman
1182 Farrow Drive
Charlottesville, VA 22901

FIRST CLASS MAIL
Edson R. Arneault
One Riverside Drive
New Cumberland, W. VA 26047

FIRST CLASS MAIL
Elliott C. Lepler & Marcia L. Lepler.
Trustees
FBO The Lepler Family Trust UA DEC 26,
2000
439 Calderon Avenue
Mountain View, CA 94041

FIRST CLASS MAIL
Emerson Partners,
J. Steven Emerson Authorized Trader
1522 Ensley Avenue
Los Angeles, CA 90024

FIRST CLASS MAIL
EMS Consulting Services, LLC
145 West 67th Street, Apt. 8C
New York, NY 10023

FIRST CLASS MAIL
Finger & Slanina LLP
One Commerce Center
1201 N. Orange Street,  7th Floor
Wilmington, DE 19801-1186

FIRST CLASS MAIL
Gregory A. Harrison
16209 Kimberly Grove
Gaithersburg, MD 20878

FIRST CLASS MAIL
Gregory A. Harrison, as Lien Agent
16209 Kimberly Grove
Gaithersburg, MD 20878

FIRST CLASS MAIL
J. Steven Emerson
1522 Ensley Avenue
Los Angeles, CA 90024

FIRST CLASS MAIL
James Molner and Nora Molner
2496 Aron Drive
Seaford, NY 11783

FIRST CLASS MAIL
John St. Peter and Marilyn C. St. Peter
22121 Creekview Drive
Gaithersburg, MD 20882

FIRST CLASS MAIL
Kathleen Devlin and James Devlin
7269 Golf Colony Court, Unit #106
Lake Worth, FL 33467

FIRST CLASS MAIL
Law Office of Edward Friedman
10411 Motor City Drive, Suite 750
Bethesda, MD 20817

FIRST CLASS MAIL
Marcum LLP
601 Route 73 North, Suite 400
Marlton, NJ 08053

FIRST CLASS MAIL
Martin Blount
1320 Maryland Avenue
Washington, DC 20002

FIRST CLASS MAIL
Millenium Trust Company, LLC
Custodian FBO: J. Steven Emerson Roth
IRA
2001 Spring Road, Suite 700
Oak Brook, IL 60523

FIRST CLASS MAIL
Pamela Jo Stevens & Carl D. Stevens
1753 GA Highway 42S
Forsyth, GA 31029

FIRST CLASS MAIL
Redmon, Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314

FIRST CLASS MAIL
Robert Croker
13710 Lionel Lane
Rockville, MD 20853

FIRST CLASS MAIL
Robert F. Skaff, Jr.
386 Waverly Ave.
Brooklyn, NY 11226

FIRST CLASS MAIL
Robert Zimmerman
700 Starkey Road, Unit 421
Largo, FL 33771

FIRST CLASS MAIL
ROI Capital Management, Inc., Defined
Benefit Plan
c/o Mitchell Soboleski, Trustee
300 Drakes Landing Road #175
Greenbrae, CA 94904

FIRST CLASS MAIL
Seeman Saeed and Iram Seeman
11507 Saunders Haven Court
Great Falls, VA 22066

FIRST CLASS MAIL
Stephen Duran Field & Margaret C.
McCulla
104 Dale Drive
Rockville, MD 20850

FIRST CLASS MAIL
Stephen Luginbill
25 Wall Street
Rockville, MD 20850

FIRST CLASS MAIL
Steven Rothstein
34 Jefferson Landing Circle
Port Jefferson, NY 11778

FIRST CLASS MAIL
Wells Fargo
420 Montgomery Street
San Francisco, CA 94104

FIRST CLASS MAIL
Wendie L. Wachtel
1101-14th Street, NW
Washington, D.C. 20005

4896-3692-6839.1 57101.00001

3