**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| DIAMONDHEAD CASINO CORPORATION, | Case No. 24-11354 (JKS) |
| Debtor. | **Re: Docket No. 223** |

**CERTIFICATE OF SERVICE**

I, Peter J. Keane, hereby certify that on the 2nd day of September, 2026, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Notice of Rescheduled Sale Hearing [Docket No. 223]**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

**Email**
Norton L. Fishman MD
Kathryn Haun Fishman
Email: drnfishman@yahoo.com;
kfishman@ohpmd.com

**Email**
Gregory A. Harrison
Email: gregoryaharrison@aol.com

**Email**
Bhagwan S. Khalsa
Email: bhagwankhalsa@gmail.com

**Email**
Stephen Duran Field & Margaret C. McCulla
Email: duranfield@aol.com

***ELECTRONIC MAIL***
(Counsel to Debtor)
Robert D. Goldberg, Esquire
Biggs & Battaglia
921 North Orange Street
Wilmington, DE 19801
**Email: goldberg@batlaw.com**

***ELECTRONIC MAIL***
(Counsel to Petitioning Creditors)
Jonathan Stemerman, Esquire
Armstrong Teasdale LLP
1007 North Market Street, 3rd Floor
Wilmington, DE 19801
**Email: jstemerman@atllp.com**

**Email**
Michael A. Berenhaus
Email: mberenhaus@comcast.net

**Email**
(Counsel to Urbana Realty Advisors, LLC)
Marc W. Taubenfeld
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 4000
Dallas, TX 75201
Email: mtaubenfeld@munsch.com

**Email**
(Buyer (Mississippi Gulf Development LLC))
Jack Davidson
Broker/Owner
Davidson Realty
Email: davidsonrealty@earthlink.net

***ELECTRONIC MAIL***
U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
**Email: USTPRegion03.WL.ECF@USDOJ.GOV**

***ELECTRONIC MAIL***
Deborah A. Vitale, Esquire
1866 Carpenter Road
Alexandria, VA 22314
**Email: vitaledav@aol.com**