**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DIAMONDHEAD CASINO CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11354 (JKS) |

**CHAPTER 7 TRUSTEE'S WITNESS AND EXHIBIT LIST FOR**
**HEARING ON SEPTEMBER 18, 2026 AT 10:00 A.M. (ET)**

George L. Miller, the chapter 7 trustee (the "Trustee") hereby submits this *Witness and Exhibit List* (the "Witness and Exhibit List") for the hearing scheduled for **September 18, 2026 at 10:00 a.m. (Eastern Time)** (the "Hearing") in the above-captioned cases pending before Judge J. Kate Stickles, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801, at which time the following motion (the "Motion") is currently scheduled to be heard:

> *Motion of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Approving the Private Sale of Debtor's Assets to Mississippi Gulf Development LLC Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (II) Granting Related Relief* [Docket No. 218].

**WITNESS LIST**

The Trustee may call any of the following witnesses at the Hearing:

1. George L. Miller, Chapter 7 Trustee;
2. Patrick Slagle (Vice President at Colliers International DC, LLC);
3. Brett Pastrick (Mississippi Gulf Development LLC);
4. Any witness listed, offered, or called by any other party; and
5. Any witness required for rebuttal or impeachment.

**EXHIBIT LIST**

The Trustee may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | DOCKET NO. |
|---|---|---|
| 1. | *Motion of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Approving the Private Sale of Debtor's Assets to Mississippi Gulf Development LLC Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (II) Granting Related Relief* | 218 |
| 2. | Stock Purchase Agreement | 218-2 |
| 3. | *Declaration of George L. Miller in Support of Motion of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Approving the Private Sale of Debtor's Assets to Mississippi Gulf Development LLC Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (II) Granting Related Relief* | To Be Filed |
| 4. | *Declaration of Patrick Slagle in Support of Motion of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Approving the Private Sale of Debtor's Assets to Mississippi Gulf Development LLC Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (II) Granting Related Relief* | To Be Filed |
| 5. | *Declaration of Brett Pastrick on Behalf of Mississippi Gulf Development LLC in Support of Motion of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Approving the Private Sale of Debtor's Assets to Mississippi Gulf Development LLC Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (II) Granting Related Relief* | To Be Filed |
| 6. | Any exhibits listed, designated, or offered by any other party | |
| 7. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | |
| 8. | Any pleading or other document filed with the Court on the docket of the above-captioned cases | |

The Trustee reserves the right to (i) ask the Court to take judicial notice of pleadings, orders, transcripts, and/or documents filed in, or in connection with, the above-captioned cases, (ii) offer rebuttal exhibits, and (iii) supplement, modify, or amend this Witness and Exhibit List at any time prior to the Hearing. Designation of any exhibit above does not waive any objections the Trustee may have to any exhibit listed on any other party's exhibit list.

Dated: September 16, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*<u>/s/ Peter J. Keane</u>*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*