**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| DIAMONDHEAD CASINO CORPORATION, | Case No. 24-11354 (JKS) |
| Debtor. | **Re: Docket Nos. 225, 227** |

**CERTIFICATE OF SERVICE**

I, Peter J. Keane, hereby certify that on the 16th day of September, 2026, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Chapter 7 Trustee's Witness and Exhibit List for Hearing on September 18, 2026 at 10:00 a.m. (ET) [Docket No. 225]**

**Notice of Agenda of Matters Scheduled for Hearing on September 18, 2026 at 10:00 a.m. (Eastern Time) [Docket No. 227]**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

Diamondhead – Sale Motion Service List
Case No. 24-11354 (JKS)
09 – Email

**Email**
Norton L. Fishman MD
Kathryn Haun Fishman
Email: drnfishman@yahoo.com; kfishman@ohpmd.com

**Email**
Gregory A. Harrison
Email: gregoryaharrison@aol.com

**Email**
Bhagwan S. Khalsa
Email: bhagwankhalsa@gmail.com

**Email**
Stephen Duran Field & Margaret C. McCulla
Email: duranfield@aol.com

**Email**
Michael A. Berenhaus
Email: mberenhaus@comcast.net

**Email**
(Counsel to Urbana Realty Advisors, LLC)
Marc W. Taubenfeld
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 4000
Dallas, TX 75201
Email: mtaubenfeld@munsch.com

**Email**
(Buyer (Mississippi Gulf Development LLC))
Jack Davidson
Broker/Owner
Davidson Realty
Email: davidsonrealty@earthlink.net

**Email**
Brett Pastrick
Email: bpastrick@gmail.com

Diamondhead Casino Corporation
2002 Service List FCM & Email
Case No. 24-11354 (JKS)
Document No. 4898-8038-7680.001
01 – Overnight Delivery
06 – Electronic Mail

***ELECTRONIC MAIL***
(Counsel to the US Trustee)
Bradford J Sandler, Esquire
Peter J Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N Market St, 17th Floor
Wilmington, DE 19801
**Email: bsandler@pszjlaw.com; pkeane@pszjlaw.com**

***ELECTRONIC MAIL***
(Counsel to Debtor)
Robert D. Goldberg, Esquire
Biggs & Battaglia
921 North Orange Street
Wilmington, DE 19801
**Email: goldberg@batlaw.com**

***ELECTRONIC MAIL***
(Counsel to Petitioning Creditors)
Jonathan Stemerman, Esquire
Armstrong Teasdale LLP
1007 North Market Street, 3rd Floor
Wilmington, DE 19801
**Email: jstemerman@atllp.com**

***ELECTRONIC MAIL***
U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
**Email: USTPRegion03.WL.ECF@USDOJ.GOV**

***ELECTRONIC MAIL***
Deborah A. Vitale, Esquire
1866 Carpenter Road
Alexandria, VA 22314
**Email: vitaledav@aol.com**

***OVERNIGHT DELIVERY***
Deborah A. Vitale, Esq.
1013 Princess Street
Alexandria, VA 22314