**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| DIAMONDHEAD CASINO CORPORATION, | Case No. 24-11354 (JKS) |
| Debtor. | **Re: Docket No. 218** |

**NOTICE OF FILING OF CLEAN AND REDLINE VERSIONS OF REVISED ORDER (I) APPROVING STOCK PURCHASE AGREEMENT AND AUTHORIZING THE SALE OF DEBTOR'S ASSETS TO MISSISSIPPI GULF DEVELOPMENT LLC FREE AND CLEAR OF ALL LIENS, CLAIMS, RIGHTS, ENCUMBRANCES, AND OTHER INTERESTS PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 363(b), 363(f) AND 363(m); AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On August 4, 2026, the Trustee filed the *Motion of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Approving the Private Sale of Debtor's Assets to Mississippi Gulf Development LLC Free and Clear of all Liens, Claims, Interests, and Encumbrances; and (II) Granting Related Relief* (the "Motion") [Docket No. 218].

2. Pursuant to the *Notice of Rescheduled Sale Hearing* [Docket No. 223], the hearing on the Motion is scheduled for September 18, 2026 at 10:00 a.m. (ET) (the "Hearing") before the Honorable J. Kate Stickles, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

3. Attached to the Motion as Exhibit A was a proposed order (the "Proposed Order") which seeks the relief requested in the Motion. Attached hereto as **Exhibit A** is a revised Proposed Order (the "Revised Order"), which the Trustee intends to present at the Hearing.

4. For the convenience of the Court and all parties in interest, a redline comparison of the Revised Order marked against the original Proposed Order filed with the Motion is attached hereto as **Exhibit B**

Dated: September 18, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*