**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| DIAMONDHEAD CASINO CORPORATION, | Case No. 24-11354 (JKS) |
| Debtor. | **Re: Docket No. 227** |

**AMENDED[1] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 18, 2026 AT 10:00 A.M. (EASTERN TIME)**

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (ET) one business day prior to the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**MATTER GOING FORWARD:**

1. Motion of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Approving the Private Sale of Debtor's Assets to Mississippi Gulf Development LLC Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (II) Granting Related Relief [Filed 8/4/26] (Docket No. 218)

   Response Deadline: August 18, 2026 at 4:00 p.m. (ET)

   Responses Received: None.

   Related Documents:

   (a) Notice of Rescheduled Sale Hearing [Filed 9/2/26] (Docket No. 223)

   (b) Chapter 7 Trustee's Witness and Exhibit List for Hearing on September 18, 2026 at 10:00 a.m. (ET) [Filed 9/16/26] (Docket No. 225)

   (c) Certification of No Objection Regarding Motion of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Approving the Private Sale of Debtor's Assets to Mississippi Gulf Development LLC Free and Clear of All Liens,

[1] **Amended items are noted in bold.**

Claims, Interests, and Encumbrances; and (II) Granting Related Relief [Filed 9/16/26] (Docket No. 226)

(d) **Declaration of George L. Miller in Support of Motion of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Approving the Private Sale of Debtor's Assets to Mississippi Gulf Development LLC Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (II) Granting Related Relief [Filed 9/18/26] (Docket No. 229)**

(e) **Declaration of Patrick Slagle in Support of Motion of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Approving the Private Sale of Debtor's Assets to Mississippi Gulf Development LLC Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (II) Granting Related Relief [Filed 9/18/26] (Docket No. 230)**

(f) **Declaration of Brett Pastrick on Behalf of Mississippi Gulf Development LLC in Support of Motion of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Approving the Private Sale of Debtor's Assets to Mississippi Gulf Development LLC Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (II) Granting Related Relief [Filed 9/18/26] (Docket No. 231)**

(g) **Amended Chapter 7 Trustee's Witness and Exhibit List for Hearing on September 18, 2026 at 10:00 a.m. (ET) [Filed 9/18/26] (Docket No. 232)**

(h) **Notice of Filing of Clean and Redline Versions of Revised Order (I) Approving Stock Purchase Agreement and Authorizing the Sale of Debtor's Assets to Mississippi Gulf Development LLC Free and Clear of All Liens, Claims, Rights, Encumbrances, and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f), and 363(m); and (II) Granting Related Relief [Filed 9/18/26] (Docket No. 233)**

Status: No objections have been filed. The Trustee filed a certification of no objection to reflect the lack of objections to the proposed sale. Consistent with the motion and notice, however, the proposed sale is still subject to higher and better offers, including at the sale hearing. Accordingly, the hearing on this matter is going forward. **The Trustee has filed supporting declarations and a revised proposed order in support of the sale.**

Dated: September 18, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*<u>/s/ Peter J. Keane</u>*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*