# SIGN-IN SHEET

| CASE NAME Diamondhead Casino Corporation | COURTROOM #6 |
|---|---|
| CASE NUMBER: 24-11354 JKS | DATE: 9/18/2026 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| BRADFORD J. SANDLER | PACHULSKI STANG | TRUSTEE |
| PETER KEANE | " | " |
| Jonathan Lipshie | UST | UST |
| Jonathan Steinman | AT | Petitioning Creditors |
| [signature] (Deborah Vitale) | N/A | N/A |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

10:00 AM

**24-11354-JKS Diamondhead Casino Corporation**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Rick Archer | Law360 | | 10:00 AM | Audio Only | no |
| Jack Davidson | | Buyer Rep | 10:00 AM | Zoom(Video and Audio) | yes |
| Clara Geoghegan | Law360 | | 10:00 AM | Audio Only | no |
| Uday Gorrepati | | | 10:00 AM | Audio Only | no |
| William Homony | | Chapter 7 Trustee | 10:00 AM | Zoom(Video and Audio) | yes |
| Peter Keane | Pachulski Stang Ziehl & Jones LLP | Chapter 7 Trustee | 10:00 AM | Zoom(Video and Audio) | yes |
| Emily Lever | | | 10:00 AM | Audio Only | no |
| George Miller | | Chapter 7 Trustee | 10:00 AM | Zoom(Video and Audio) | yes |
| Brett Pastrick | | Buyer Rep | 10:00 AM | Zoom(Video and Audio) | yes |
| Bradford Sandler | Pachulski Stang Ziehl & Jones LLP | Chapter 7 Trustee | 10:00 AM | Zoom(Video and Audio) | yes |
| Robert F Skaff | DiNotte Lighting | N/A | 10:00 AM | Audio Only | yes |
| Vince Sullivan | Law360 | | 10:00 AM | Audio Only | no |
| Alex Wittenberg | | | 10:00 AM | Audio Only | no |

| | | | |
|---|---|---|---|
| leigh aulper | 10:00 AM | Audio Only | no |